IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

_L Wells Jr_ )   2007 SEP 20 A 10: 18
me of _Pro-SE_ )
) DEBRA P. HACKETT, CLK
) U.S. DISTRICT COURT
) MIDDLE DIST. ALA.
) CIVIL ACTION NO. _3:07cv 848-WKW_
) (To be supplied by Clerk of U.S. District
) Court)

_Thomas F. Boswell_
_Loctta Holland_
_Danny Bussey_
_C.O. Wurst_
_Nurse Riley_
_Sgt. Greg Thomas_
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ☐  No ☑

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☑  NO ☐

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

         Plaintiff(s) _William Earl Wells Jr. Pro-SE_

         Defendant(s) _Billy Wayne Fulmer_
         _Chilton County Jail_

      2.  Court (if federal court, name the district; if state court, name the county)

         _U.S. Middle Dist. Court of Ala._

3. Docket number _Dont Remember_
4. Name of judge to whom case was assigned _Dont Remember_
5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _Dismissed_
6. Approximate date of filing lawsuit _2/2003_
7. Approximate date of disposition _6/2003_

II. PLACE OF PRESENT CONFINEMENT _Russell County Jail P.O. Box 640 Phenix City Al 36868_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Russell County Jail_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Thomas F. Boswell | P.O. Box 640 Phenix City Al 36868 |
| 2. | Loetta Holland | " " |
| 3. | Danny Bussey | " " |
| 4. | C.O. Wurst | " " |
| 5. | Nurse Riley | " " |
| 6. | Sgt. Greg Thomas | " " |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _8/17/07  8/24/07 8/29/07  9/4/07  9/11/07  9/12/07_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Assualt_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On or About 8/17/07 At 4:20 A.M. C.O. Wurst Kicked A door shut Resulting in One finger being broke And 2 Severaly Swollen.

GROUND TWO: Rufusing Access to Due Process of Law.

SUPPORTING FACTS: I wrote Several Inmate Request forms out to Different Persons in Command, Requesting Time in the Law Libiary to do Legal Research, I Received one Request Answerd by Sgt. Greg Thomas, Request Denied on 8/29/07 Sent Total (5) Request w/ No Answer on (4)

GROUND THREE: Unsanitary Living Conditions

SUPPORTING FACTS: On 9-2-07, I William Earl Wells Jr. Received A Lunch Tray by officer Tarver, it had a Roach Crawling on it, he gave me Another tray, it Also had A Roach on it. We Also have Problems w/ mice in the Kitchen, Eating the Cake mix est. There is Mold or Mildew Growing in the Kitchen Area/our Shower Areas, And I've Constantly Asked for Cleaning Supplys, Even sent A Request to Sgt. Bussey on 9/11/07. Still No Cleaning Supplys. There's Also All The Trash is Stored from All over the Jail, in the Kitchen.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like to be Compensated for my Pain & Suffering in the Amount of $250,000.

_William Earl Wells Jr._
Signature of plaintiff(s)   Pro-Se

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/18/07
(Date)

_William E. Wells Jr._ Pro-Se
Signature of plaintiff(s)

