**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.

Nurse Riley
Russell County Jail
P. O. Box 640
Phenix City, AL 36868

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _X Gary  RCSO_    ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

_X Gary  RCSO_

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

_07 cv 848_
_Compt Pro g_
_ad_

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7016 2760 0005 4873 1680

PS Form **3811**, February 2004      Domestic Return Receipt      102595-02-M-1540