**COMPLETE THIS SECTION ON DELIVERY**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.

Danny Bussey
Russell County Jail
P. O. Box 640
Phenix City, AL 36868

A. Signature
X /s/ L. Guy RCSO     ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
L. Guy RCSO

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

07cv848
cmp+proc. svd

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7007 1490 0000 0024 8387

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540