**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

C.O. Wurst
Russell County Jail
P. O. Box 640
Phenix City, AL 36868

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Mary RCSO*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
*Mary RCSO*

D. Is delivery address different from Item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

*cmpt proc ord*
*7cv848*

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7007 1490 0000 0024 8394

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540