In The District Court of The United States
For The Middle Dist. Of Alabama
Eastern

William Earl Wells Jr.  )
   Plaintiff;  )
     )
v.  )  Case No. 3:07-CV-848-WKW
     )
     )
Thomas F. Boswell, et al.,  )
   Defendants.  )

## Motion To Appoint Counsel

Comes Now Plaintiff William Earl Wells Jr. Pro-se in The Above Style Cause Asking this Honorable Court To Appoint Counsel. Plaintiff States his fear of Losing Case Due to his Inadequate Knowledge of the Law, And The Lack of Access To Law Materials. Done this 28th Day of September 2007.

Respectfully Submitted
*William Earl Wells Jr.
William Earl Wells Jr. Pro-se
Russell County Jail
P.O. Box 640
Phenix City, Al. 36868

William Earl Wells Jr. A.I.S. 166763
Russell County Jail
P.O. Box 640
Phenix City, Al. 36868

MONTGOMERY AL
01 OCT 2007 PM
USA 41

36101+0711

Office of Clerk
United States Dist. Court
P.O. Box 711
Montgomery, Al. 36101-0711