In The U.S Dist. Court For the Middle Dist. of Alabama Eastern Division

RECEIVED 2007 OCT -2 A 10:01
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

William Earl Wells Jr.
Plaintiff,   Pro-se
V.

Thomas F. Boswell, et Al;
   Defendant.

Case No. 3:07-CV-848-WKW

## Motion to Request Trail by Jury

Comes Now Plaintiff William Earl Wells Jr. Pro-se in the Above Style Cause Asking this Honorable Court to Honor this Motion for Trail by Jury.

Done this 28th Day of Sept. 2007.

Respectfully Submitted
*William Earl Wells Jr.
P.O. Box 640
Phenix City, Al. 36868