IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM EARL WELLS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:07-CV-848-WKW |
| ) | |
| THOMAS F. BOSWELL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to request trial by jury filed by the plaintiff on October 2, 2007 (Court Doc. No. 12), and for good cause, it is

ORDERED that:

1. To the extent the plaintiff seeks leave to submit a jury demand, this motion be and is hereby GRANTED. The Clerk is hereby DIRECTED to enter this document on the docket as a demand for jury trial.

2. To the extent the plaintiff seeks an order setting this case for a jury trial, this motion be and is hereby DENIED.

Done this 2nd day of October, 2007.

                                         /s/ Wallace Capel, Jr.
                                       WALLACE CAPEL, JR.
                                       UNITED STATES MAGISTRATE JUDGE