IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM EARL WELLS, JR., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 3:07-cv-848-WKW-WC |
| | ) |
| THOMAS F. BOSWELL, et al., | ) |
| | ) |
|     Defendants. | ) |

## ANSWER

    COME NOW Russell County Sheriff Thomas F. Boswell (hereafter, "Sheriff Boswell"), Russell County Jail Administrator Lieutenant Loetta Holland (hereafter, "Lieutenant Holland"), Russell County Assistant Jail Administrator Sergeant Danny Bussey (hereafter, "Sergeant Bussey"), Russell County Corrections Officer Wurst (hereafter, "Officer Wurst"), Russell County Corrections Officer Sergeant Greg Thomas (hereafter, "Sergeant Thomas"), and Nurse Tina Riley (hereafter, "Nurse Riley") (collectively, hereafter, the "Defendants"), Defendants in this action, and respond to the Complaint filed by Plaintiff in the above-styled cause and state as follows:

    1.    Plaintiff brings his suit under 42 U.S.C. § 1983 and claims that his constitutional rights were violated by Defendants.[1] More specifically, as a convicted inmate, the Plaintiff alleges that his civil rights have been violated in that he was subjected to excessive force, denied access to the legal process, and subjected to unconstitutional living conditions while incarcerated in the Russell County Jail.

---

[1] The following statement of the issues and claims made by Plaintiff are based upon Plaintiff's Complaint and the undersigned's interpretation of the issues raised. If other issues are presented, Defendants generally deny any such allegations as being untrue and completely without basis in law or fact.

1

2.       Defendants admit that the Plaintiff was incarcerated on or before August 14, 2007, at the Russell County Jail.

3.       Defendants deny the remaining allegations and inferences in the Plaintiff's Complaint.

## **AFFIRMATIVE DEFENSES**

1.       Plaintiff's Complaint fails to state a claim upon which relief can be granted. Defendants did not deprive Plaintiff of any constitutional right to which he is entitled.

2.       Any claims against Defendants in their official capacities are barred by the Eleventh Amendment and because Defendants are not "persons" under 42 U.S.C. § 1983.

3.       Defendants are entitled to qualified immunity in their individual capacities.

4.       The Plaintiff's claims are barred due to the Plaintiff's failure to exhaust all available state remedies.

5.       Defendants reserve the right to add additional defenses upon a complete investigation of Plaintiff's claims, completion of any discovery allowed, and if any further pleading is required or allowed by the Court.

WHEREFORE, PREMISES CONSIDERED, Defendants request this Court to enter judgment in their favor and grant unto them costs and attorney's fees pursuant to law and 42 U.S.C. § 1988.

Respectfully submitted this 1st day of November, 2007.

                                                                        s/Scott W. Gosnell
                                                                        SCOTT W. GOSNELL (GOS002)
                                                                        Attorney for Defendants

OF COUNSEL:

WEBB & ELEY, P.C.
7475 Halcyon Pointe Road (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  sgosnell@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and served the following by U.S. Mail:

William Earl Wells, Jr.
#166763
Russell County Jail
Post Office Box 640
Phenix City, Alabama  36868

                                              **s/Scott W. Gosnell**
                                              OF COUNSEL