# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **WILLIAM EARL WELLS, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:07-cv-848-WKW-WC** |
| | ) | |
| **THOMAS F. BOSWELL, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS' SPECIAL REPORT

COME NOW Russell County Sheriff Thomas F. Boswell (hereafter, "Sheriff Boswell"), Russell County Jail Administrator Lieutenant Loetta Holland (hereafter, "Lieutenant Holland"), Russell County Assistant Jail Administrator Sergeant Danny Bussey (hereafter, "Sergeant Bussey"), Russell County Corrections Officer Wurst (hereafter, "Officer Wurst"), Russell County Corrections Officer Sergeant Greg Thomas (hereafter, "Sergeant Thomas"), and Nurse Tina Riley (hereafter, "Nurse Riley") (collectively, hereafter, the "Defendants"), Defendants in this action, and submit this Special Report to the Court as follows:

## I.    INTRODUCTION

On or about September 20, 2007, Plaintiff filed this action against Sheriff Boswell, Lieutenant Holland, Sergeant Bussey, Officer Wurst, Sergeant Thomas, and Nurse Riley, alleging violation of his civil rights while he was incarcerated in the Russell County Jail (hereafter, "the Jail"). On September 21, 2007, this Court ordered that Defendants file an Answer and Special Report.

## II.    PLAINTIFF'S ALLEGATIONS

The Plaintiff alleges violations of his civil rights in that he was subjected to excessive force (assault), denied access to the jail law library resulting in denial of due process of law, and

unconstitutional living conditions, all perpetrated by Defendants while the Plaintiff was incarcerated at the Jail.[1]

### III.    DEFENDANTS' RESPONSE TO PLAINTIFF'S ALLEGATIONS

Defendants Sheriff Boswell, Lieutenant Holland, Sergeant Bussey, Officer Wurst, Sergeant Thomas, and Nurse Riley deny the allegations made against them by the Plaintiff, as said allegations are untrue and completely without basis in law or fact.

### A.    FACTS

The Plaintiff in this action, William Earl Wells, Jr., was incarcerated at the Russell County Jail on August 14, 2007, on a charge of Theft of Property Third Degree.  (See William Earl Wells's Inmate File (hereafter, "Inmate File"), attached hereto as Exhibit A and incorporated herein as if fully set forth.).

On August 18, 2007, at or about 4:20 a.m., Officer Wurst was distributing breakfast trays in the Plaintiff's cell block.  (Affidavit of Stephen Wurst dated October 31, 2007 (hereafter, "Wurst Aff."), attached hereto as Exhibit B and incorporated herein as if fully set forth, at ¶ 9.).  After giving the Plaintiff his breakfast tray, Officer Wurst noticed that the Plaintiff's cell door was resting on or near the door frame and jamb, but was not shut completely.  Id.  Jail inmates like to trade food items, which is against jail policy, therefore, the Jail has a policy that inmates are fed one door at a time.  (Wurst Aff. at ¶ 7.).  This means that the door to the previous cell must be completely closed before the next cell door is opened and food delivered to the inmate in that cell.  Id.  Officer Wurst instructed the Plaintiff to shut his door, but got no response.  (Wurst Aff. at ¶ 9.).  Officer Wurst then firmly pushed the Plaintiff's cell door shut with his hand; however, he could not see the location of the Plaintiff's hand and fingers.  Id.  At this time, Officer Wurst heard the Plaintiff yell

---

[1] The foregoing is the undersigned's construction of the claims contained in the Plaintiff's Complaint.  Should this Court construe the Plaintiff's Complaint to contain other and/or additional claims, said claims are denied, and Defendants request that this Court allow them additional opportunity to respond to such claims.

that his fingers were broken. <u>Id.</u> Upon opening the cell door, Officer Wurst observed that three of the Plaintiff's fingers were in the door jamb at the time that he secured the door. <u>Id.</u> Officer Wurst instructed Officer Andrews to escort the Plaintiff to the Jail infirmary to have his fingers checked. <u>Id.</u> He then finished distributing the breakfast trays. <u>Id.</u> Moments later, Officer Wurst was instructed by Sergeant Perry, the shift supervisor, to transport the Plaintiff to Summit Hospital. <u>Id.</u> At the hospital he observed the medical staff x-ray the Plaintiff's hand, and heard the medical staff state that one of the Plaintiff's fingers was broken. <u>Id.</u> That finger was splinted, and the Plaintiff was released and transported back to the Jail. <u>Id.</u>

Each cell door has an electronic monitor that sends a signal to the cell block observation room indicating whether the door is locked or open. (Wurst Aff. at ¶ 8.). While at the hospital, the Plaintiff informed Officer Wurst that he had placed his fingers on the cell door lock in an effort to induce the door's electronic signal to indicate that the door was closed and locked, when in reality it was propped open with the Plaintiff's fingers. (Wurst Aff. at ¶ 10.).

Nurse Riley has no personal knowledge of the facts of the Plaintiff's Complaint. (Affidavit of Tina Riley dated October 31, 2007 (hereafter, "Riley Aff."), attached hereto as Exhibit C and incorporated herein as if fully set forth, at ¶ 3.). She works an eight-to-five day shift, and was not on duty during the times relevant to the Plaintiff's Complaint. (Riley Aff. at ¶ 4.). However, she personally followed up with medical attention for the Plaintiff's broken finger. <u>Id.</u> On or about August 27, 2007, ten days after the Plaintiff broke his finger, Nurse Riley observed the Plaintiff without a splint on his injured middle finger. (<u>See</u> William Earl Wells's Medical File (hereafter, "Medical File"), attached hereto as Exhibit D and incorporated herein as if fully set forth; Riley Aff. at ¶ 5.). When she questioned the Plaintiff regarding the absence of the splint, the Plaintiff informed her that he could bend the finger. <u>Id.</u> Nurse Riley instructed the Plaintiff that the splint should be worn according to doctor's orders. <u>Id.</u>

It is jail policy that inmates may have access to the Jail law library on Mondays, Tuesdays, Thursdays, Fridays and Sundays, upon submission of a written request to the Administrator of Corrections, Sergeant, or Shift Supervisor. (Affidavit of Loetta Holland dated October 31, 2007 (hereafter, "Holland Aff."), attached hereto as Exhibit E and incorporated herein as if fully set forth, at ¶ 7; Affidavit of Danny Bussey dated October 31, 2007 (hereafter, "Bussey Aff."), attached hereto as Exhibit F and incorporated herein as if fully set forth, at ¶ 8; Affidavit of Gregory Thomas dated October 31, 2007 (hereafter, "Thomas Aff."), attached hereto as Exhibit G and incorporated herein as if fully set forth, at ¶ 6.). Inmates are not allowed to visit the law library on Wednesdays or Saturdays, as those are visitation days and it would be unsafe and unfeasible to allow inmates to visit the law library on those days. Id. The law library is typically available from 7:00 a.m. to 5:00 p.m., and inmates are typically allowed at least one hour per visit, sometimes more. Id. Occasionally, an inmate may be refused access to the law library if there is not sufficient jail staff available to supervise such a visit at the time requested. Id. However, every effort is made to allow the requesting inmate to visit the law library at an alternative time, when circumstances permit. Id.

Sergeant Thomas has no recollection of the Plaintiff and has no personal knowledge of the facts stated in the Plaintiff's Complaint. (Thomas Aff. at ¶ 3.). He does not specifically remember denying the Plaintiff's request to visit the Jail law library. (Thomas Aff. at ¶ 7.). However, August 29, 2007 is a Wednesday, which is visitation day at the Jail. Id. Therefore, because jail regulations do not allow inmates to visit the law library on visitation days, Sergeant Thomas almost certainly did deny the request for a visit on that day. Id.

The inmates receive cleaning supplies in their cells daily. (Holland Aff. at ¶ 6; Bussey Aff. at ¶ 7.). Said supplies include a mop and mop bucket containing a water and bleach solution, Comet cleanser, and a broom. Id.

The trash in the Jail is collected three times a day.  (Holland Aff. at ¶ 8; Bussey Aff. at ¶ 9.).
All trash is initially collected in the kitchen, which has a door leading outside to three (3) dumpsters
located immediately outside the kitchen door.  Id.  Trash is only collected in the kitchen, not stored
there; after the initial collection, all trash is immediately deposited outside in the dumpsters.  Id.

It is jail policy that all areas of the Jail are sprayed with insecticide at least once each month.
(Holland Aff. at ¶ 9; Bussey Aff. at ¶ 10.).  A licensed pest control service is contracted to provide
control for vermin and insects.  Id.  The Jail personnel utilize this service to the maximum extent
allowed in order to prevent and control the infestation of pests and vermin.  Id.

The Jail is inspected twice a year by the State of Alabama Department of Corrections.  (See,
State of Alabama Department of Corrections Jail Inspection Report dated December 5, 2006,
attached herewith as Exhibit H and incorporated herein as if fully set forth; State of Alabama
Department of Corrections Jail Inspection Report dated May 23, 2007, attached herewith as Exhibit
I and incorporated herein as if fully set forth.).  The two inspections for the last year indicate the
following:  (a) the general condition of the kitchen, tables, shelves and screens are good; (b) the
standards of sanitation are adequate; (c) the storage of the food is good; (d) there is a systematic
cleaning program in effect; (e) adequate tools and cleaning materials are available; and (f) the Jail
has a monthly pest control program.  Id.  The inspection reports also reported that there are no
justifiable complaints.  Id.

The Jail is also inspected at least annually by the Alabama Department of Public Health.
(See, Alabama Department of Public Health Detention Facility Inspection Report dated June 8,
2007, attached herewith as Exhibit J and incorporated herein as if fully set forth.).  The last
inspection report indicated that the Jail was in compliance with both Solid Waste disposal and
Vermin Control.  Id.  The Jail is also rated at least twice a year regarding its food service facilities.
(See, Alabama Department of Public Health Food Service Establishment/Retail Food Store

Inspection Reports, attached herewith as Exhibit K and incorporated herein as if fully set forth.). Reports dating back to 2001 consistently show health rating scores ranging between 94 and 99. <u>Id.</u>

At the time of the Plaintiff's incarceration, the Jail had an inmate grievance procedure. (Affidavit of Thomas F. Boswell dated October 31, 2007 (hereafter, "Boswell Aff."), attached hereto as Exhibit L and incorporated herein as if fully set forth, at ¶ 4; Holland Aff. at ¶ 4; Wurst Aff. at ¶ 4; Bussey Aff. at ¶ 4; Thomas Aff. at ¶ 4.). Grievances were required to be in writing and could be filed with any member of the Jail Staff. <u>Id.</u> Jail policy provided an exception that allowed emergency grievances to be made orally. <u>Id.</u> Copies of all written grievances were placed in the inmate's file. <u>Id.</u> The Plaintiff was aware of the grievance procedure. (Handbook on Inmate Rules and Regulations (hereafter, "Inmate Handbook"), attached herewith as Exhibit M and incorporated herein as if fully set forth, at p. 13.). The Plaintiff did not file any grievances with respect to the subject matter of this lawsuit. (Inmate File; Boswell Aff. at ¶ 5; Holland Aff. at ¶ 5; Wurst Aff. at ¶ 5; Bussey Aff. at ¶ 5; Thomas Aff. at ¶ 5.).

Sheriff Boswell, Loetta Holland, and Danny Bussey have no personal knowledge of the facts stated in the Complaint. (Boswell Aff. at ¶ 3; Holland Aff. at ¶ 3; Bussey Aff. at ¶ 3.). Sheriff Boswell is not personally involved in the day-to-day operations of the jail. (Boswell Aff. at ¶ 6.). He has delegated that power and authority to the Jail Administrator. <u>Id.</u>

## B.    LAW RELATING TO THE PLAINTIFF'S ALLEGATIONS

### 1.    The Plaintiff's Claims are Barred by the Prison Litigation Reform Act for Failure to Exhaust Administrative Remedies.

The Prison Litigation Reform Act requires exhaustion of all available administrative remedies ***before filing a lawsuit*** under 42 U.S.C. § 1983. <u>See</u> 42 U.S.C. § 1997e(a) (2005). Exhaustion is required for "all inmate suits about prison life, whether they involve general circumstances or particular episodes, and whether they allege excessive force or some other wrong."

Porter v. Nussle, 534 U.S. 516, 532 (2002).  The Plaintiff in this case has not utilized two separate and distinct administrative remedies available to him.  As a result, his claims are barred.

First, the Plaintiff failed to properly utilize the grievance procedure provided at the local level in the Russell County Jail to address his claims prior to the filing of this lawsuit.  The Russell County Jail had a grievance procedure.  (Boswell Aff. at ¶ 4; Holland Aff. at ¶ 4; Wurst Aff. at ¶ 4; Bussey Aff. at ¶ 4; Thomas Aff. at ¶ 4.).  The Plaintiff never filed a grievance related to any of his claims.  (Boswell Aff. at ¶ 5; Holland Aff. at ¶ 5; Wurst Aff. at ¶ 5; Bussey Aff. at ¶ 5; Thomas Aff. at ¶ 5; Inmate File.).

Second, the Plaintiff has not alleged that he pursued any grievance through the State Board of Adjustment.  See Brown v. Tombs, 139 F.3d 1102, 1103-04 (6th Cir. 1998) (requiring prisoners to affirmatively show that they have exhausted administrative remedies).  Alabama law provides the opportunity to file a claim and proceed before the Alabama State Board of Adjustment pursuant to Ala. Code § 41-9-60 et seq.

As state officials, sheriffs and jailers enjoy sovereign immunity from suit under Article I, § 14 of the Alabama Constitution.  Turquitt v. Jefferson County, 137 F.3d 1285, 1288-89 (11th Cir. 1998).  Consequently, a claim for monetary damages against these Defendants is, in essence, a claim against the State of Alabama.  See Hafer v. Melo, 502 U.S. 21, 25 (1991); Lancaster v. Monroe County, 116 F.3d 1419, 1429 (11th Cir. 1997); see also Kentucky v. Graham, 473 U.S. 159, 165-66 (1985).  Because both the Russell County Jail and the State provided administrative remedies that the Plaintiff failed to exhaust, the Plaintiff's claims are barred by 42 U.S.C. § 1997e(a).  See Alexander v. Hawk, 159 F.3d 1321, 1326-27 (11th Cir. 1998) (affirming dismissal of present action due to failure to exhaust administrative remedies).

2.    **The Defendants, in Their Official Capacities, Are Entitled to Judgment in Their Favor as a Matter of Law.**

In his Complaint, the Plaintiff has not designated whether he is suing the Defendants in their official or individual capacities. Out of an abundance of caution, to the extent the Plaintiff's Complaint can be construed as making official capacity claims, the Eleventh Amendment bars such claims. Additionally, Defendants, in their official capacities, are not "persons" for purposes of 42 U.S.C. § 1983.

(a)    **All official capacity claims against Defendants are barred by the Eleventh Amendment to the United States Constitution.**

The Plaintiff's official capacity claims are due to be dismissed for lack of subject matter jurisdiction. Defendants are executive officers of the State of Alabama. Therefore, a suit against Defendants, in their official capacities, is a suit against the State of Alabama. See Hafer, 502 U.S. at 25; Lancaster, 116 F.3d at 1429; see also Kentucky v. Graham, 473 U.S. at 165-66. Because this suit is, in effect, a suit against the State of Alabama, the Eleventh Amendment to the United States Constitution bars the Plaintiff's claims under § 1983. See Free v. Granger, 887 F.2d 1552, 1557 (11th Cir. 1989); see also Dean v. Barber, 951 F.2d 1210, 1215 n.5 (11th Cir. 1992); Carr v. City of Florence, 916 F.2d 1521, 1525 (11th Cir. 1990) (citing Parker v. Williams, 862 F.2d 1471, 1476 (11th Cir. 1989) and upholding the proposition that a deputy sued in his official capacity is entitled to Eleventh Amendment immunity). Thus, this Court lacks subject matter jurisdiction over these claims.

(b)    **Defendants, in their official capacities, are not "persons" for purposes of 42 U.S.C. § 1983.**

42 U.S.C. § 1983 prohibits a person, acting under color of law, from depriving another of his rights secured by the United States Constitution. 42 U.S.C. § 1983. The United States Supreme Court has held that a state official sued in his or her official capacity, is not a "person" under § 1983. Will v. Michigan Dep't of State Police, 491 U.S. 58, 71 (1989). Thus, any claims

against these Defendants, in their official capacities, are due to be dismissed because Defendants are not "persons" under § 1983, and therefore, these claims fail to state a claim upon which relief can be granted.  Id.; Carr, 916 F.2d at 1525 n.3 (citing Will and noting that, in addition to entitlement to Eleventh Amendment immunity, "neither a State nor its officials acting in their official capacities are a 'person' under § 1983").

### 3.    Defendants are Entitled to Qualified Immunity.

In the event this Court construes the Plaintiff's Complaint to include claims against the Defendants in their individual capacities, the Defendants are entitled to qualified immunity and a dismissal of Plaintiff's claims unless they violated his clearly established constitutional rights of which a reasonable person would have known.  Lancaster v. Monroe County, 116 F.3d 1419, 1424 (11th Cir. 1997).  Qualified immunity is a protection designed to allow government officials to avoid the expense and disruption of trial.  Ansley v. Heinrich, 925 F.2d 1339, 1345 (11th Cir. 1991). The Eleventh Circuit Court of Appeals has observed, "[t]hat qualified immunity protects governmental actors is the usual rule; only in exceptional cases will government actors have no shield against claims made against them in their *individual capacities*."  Lassiter v. Alabama A & M Univ., 28 F.3d 1146 (11th Cir. 1994) (en banc) (emphasis in original) (footnote omitted).  In the light of pre-existing law the unlawfulness must be apparent.  Anderson v. Creighton, 483 U.S. 635, 640 (1987).  Mere statements of broad legal truisms, without more, are not sufficient to overcome qualified immunity.  Post v. City of Ft. Lauderdale, 7 F.3d 1552, 1557 (11th Cir. 1993).

Once a defendant has asserted the defense of qualified immunity, the threshold inquiry a court must undertake is whether the plaintiff's allegations, if true, establish a constitutional violation.  Saucier v. Katz, 533 U.S. 194, 201 (2001).  This initial inquiry is whether "[t]aken in the light most favorable to the party asserting the injury, do the facts alleged show the officer's conduct violated a constitutional right?"  Id. (citing Siegert v. Gilley, 500 U.S. 226, 232 (1991)).  The second

inquiry is, if a constitutional violation is stated, were these rights "clearly established" to the degree that these Defendants had "fair warning" that their conduct violated the Plaintiff's constitutional rights? Willingham v. Loughnan, 321 F.3d 1299, 1301 (11th Cir. 2003).

In making an assessment of whether the particular conduct of these Defendants was clearly established as being violative of constitutional dictates, the reviewing court must examine the state of law at the time the alleged deprivation occurred. See Rodgers v. Horsley, 39 F.3d 308, 311 (11th Cir. 1994). A constitutional right is clearly established only if its contours are "sufficiently clear that a reasonable official would understand that what he is doing violates that right." Anderson v. Creighton, 483 U.S. 635, 640 (1987); Lancaster v. Monroe County, 116 F.3d 1419, 1424 (11th Cir. 1997). "In this circuit, the law can be 'clearly established' for qualified immunity purposes only by decisions of the U.S. Supreme Court, Eleventh Circuit Court of Appeals, or the highest court of the state where the case arose." Jenkins v. Talladega Board of Education, 115 F.3d 821, 827 (11th Cir. 1997) (en banc) (citations omitted).

The instant Plaintiff alleges that he was unlawfully subjected to excessive force by the Defendants, that he was denied due process by being denied access to the law library, and that he was subjected to unlawful jail conditions. The Defendants are entitled to judgment in their favor as a matter of law on these claims for three reasons. First, these Defendants' policies and actions were not deliberately indifferent to a constitutional right of the Plaintiff. Second, the Defendants did not promulgate policies that caused the Plaintiff's alleged constitutional deprivations. Third, no clearly established law provided these Defendants with "fair warning" that their conduct was unlawful.

    **(a)  The Complaint fails to allege a constitutional violation in that Defendants did not use excessive force against the Plaintiff.**

Initially, it is difficult to understand why Sheriff Boswell, Lieutenant Holland, Sergeant Bussey or Nurse Riley have been named as defendants in this lawsuit. The Plaintiff failed to allege any facts concerning these defendants in his Complaint – indeed, their names appear only in the

caption to the Complaint and in Section III, listing the names of the defendants. It is clear that these Defendants played no part in any of the events or circumstances underlying the Plaintiff's Complaint.

The Eleventh Circuit has stated that to establish an excessive force violation, a prisoner must prove that his injury was caused by an unnecessary and wanton infliction of pain. In such cases, a court must decide whether force was applied in a good-faith effort to maintain or restore discipline, or maliciously and cruelly to cause harm. Harris v. Chapman, 97 F.3d 499, 505 (11th Cir. 1996); McBride v. Rivers, No. 5:04-CV-26, 2005 WL 1163192 at *3 (May 16, 2005). The standard used in analyzing excessive force claims in Jail settings has been described by the United States Supreme Court as follows: "whether force was applied in a good faith effort to maintain or restore discipline or maliciously or sadistically for the very purpose of causing harm." Whitley v. Albers, 475 U.S. 312, 320-21 (1984); Bozeman v. Orum, 422 F.3d 125 (11th Cir. 2005).

While placed in the context of a Fourth Amendment excessive force claim, courts have employed standards that are equally applicable to similar claims under the Fourteenth Amendment. "In analyzing whether excessive force was used, courts must look at the totality of the circumstances." Garrett v. Athens-Clarke County, 378 F.3d 1274, 1280 (11th Cir. 2004). "We must look at the situation not with hindsight, but with the eye of the objectively reasonable officer on the scene." Garrett, 378 F.3d at 1281.

The instant record demonstrates conclusively that Officer Wurst did not use force maliciously, but for the legitimate purpose of enforcing the policies of the Jail. In the case at bar, it is clear that Officer Wurst did not intend to inflict any force or pain on the Plaintiff, and in fact, did not realize that he was doing so until the Plaintiff yelled. (Wurst Aff. at ¶ 9.). Upon discovering that the Plaintiff's fingers were injured, Officer Wurst immediately provided him medical attention. Id. Finally, by his own admission, the Plaintiff's injury was directly attributable to the Plaintiff's

11

defiant conduct in attempting to "trick" the door monitoring system and keep the door propped open contrary to jail rules. (Wurst Aff. at ¶ 10.).

### (1)    *Respondeat Superior* **cannot serve as a basis for § 1983 liability.**

To the extent the Plaintiff seeks to impose vicarious liability on Sheriff Boswell, Lieutenant Holland, or Sergeant Bussey, his claims are due to be dismissed. Vicarious liability is not permitted under § 1983. See Monell, 436 U.S. at 691.

### (2)    **There is no allegation of any personal wrongdoing on the part of Sheriff Boswell, Lieutenant Holland, Sergeant Bussey or Nurse Riley.**

The Plaintiff has essentially alleged three types of constitutional violations in his Complaint. First, the Plaintiff asserts that he was assaulted – subjected to unlawful and excessive force. Second, the Plaintiff asserts that he was denied access to the Jail law library. Finally, the Plaintiff alleges that he is being subjected to inhumane conditions of confinement.

It must again be noted that the Plaintiff has not made any specific allegations against Sheriff Boswell, Lieutenant Holland, Sergeant Bussey or Nurse Riley. Nonetheless, it appears from the face of the Complaint that only the legal process and jail conditions claims could be construed as being directed against these defendants. Accordingly, these claims are addressed below.

Turning first to the legal process claims, it is clear that the Plaintiff has ample opportunity to utilize the Jail law library. In fact, the Plaintiff's inmate file contains only one request to use the law library, which said request was granted. The request to Sgt. Thomas noted in the Plaintiff's Complaint was denied pursuant to jail policy that inmates are not permitted to visit the law library on visitation days.

Next, with respect to the Plaintiff's confinement claims, a claim by a convicted prisoner regarding conditions of confinement is reviewed under the Eighth Amendment's "cruel and unusual punishment" standard. Hamm v. DeKalb County, 774 F.2d 1567, 1574 (11th Cir. 1985) (noting

that under the Eighth Amendment, "states may not impose punishments that shock the conscience, involve unnecessary and wanton infliction of pain, offend evolving notions of decency, or are grossly disproportionate to the offense for which they are imposed.").

To overcome the Defendants' entitlement to qualified immunity, the Plaintiff must prove that they were deliberately indifferent. Farmer v. Brennan, 511 U.S. 825, 836 (1994). Specifically, the Plaintiff must prove that these Defendants were aware that a substantial risk of serious harm to the inmate's health or safety existed. The Plaintiff must further prove that the Defendants drew the inference of the existence of such a risk. Id.

It is clear from the Exhibits attached to this Special Report that the Defendants have not been deliberately indifferent to any risk of harm to the Plaintiff. In fact, all of the inspection reports from the Alabama Department of Corrections and the Alabama Department of Public Health indicate that the jail conditions at the Russell County Jail are good, including the kitchen conditions. Clearly, in light of the inspection reports, the Defendants could not know of any risk to the Plaintiff's health or safety, or draw the inference of the existence of such a risk. Further, the Plaintiff has failed to allege that he has suffered any injury whatsoever. The Plaintiff's Medical File does not indicate that he has suffered any injury due to the jail conditions.

Based upon the foregoing, the Plaintiff has failed to allege a violation of his federally protected rights, let alone a violation personally committed by these Defendants. Therefore, these Defendants are entitled to qualified immunity and judgment as a matter of law on the Plaintiff's claims.

**(3)    There is no causal connection between any policy or custom promulgated by Defendants Sheriff Boswell, Lieutenant Holland, and/or Sergeant Bussey and the Plaintiff's alleged injuries.**

The Eleventh Circuit has stated what is required to make out a § 1983 claim against a supervisor:

> Supervisory liability occurs either when the supervisor personally participates in the alleged constitutional violation or when there is a causal connection between actions of the supervising official and the alleged constitutional deprivation. The causal connection can be established when a history of widespread abuse puts the responsible supervisor on notice of the need to correct the alleged deprivation, and he fails to do so. The deprivations that constitute widespread abuse sufficient to notify the supervising official must be obvious, flagrant, rampant and of continued duration, rather than isolated occurrences.

Brown v. Crawford, 906 F.2d 667, 671 (11th Cir. 1990) (citations omitted). The causal connection may be established where the supervisor's improper "custom or policy ... result[s] in deliberate indifference to constitutional rights." Rivas v. Freeman, 940 F.2d 1491, 1495 (11th Cir. 1991) (citing Zatler v. Wainwright, 802 F.2d 397 (11th Cir. 1986)). "[T]he inadequacy of police training may serve as the basis for § 1983 liability **only** where the failure to train amounts to deliberate indifference to the rights of persons with whom the police come into contact." City of Canton v. Harris, 489 U.S. 378, 388 (1989) (emphasis added).

Supervisory officials are not liable under § 1983 for the unconstitutional acts of their subordinates "on the basis of *respondeat superior* or vicarious liability." Belcher v. City of Foley, 30 F.3d 1390, 1396 (11th Cir. 1994) (citation and quotation omitted). The Eleventh Circuit applies a three-prong test that the Plaintiff must satisfy to establish supervisory liability: (1) the supervisor's actions, either in training, promulgating policy, or otherwise, were deliberately indifferent to the Plaintiff's rights; (2) a reasonable person in the supervisor's position would know that his or her actions were deliberately indifferent; and (3) the supervisor's conduct was causally related to the subordinate's constitutional infringement. Greason v. Kemp, 891 F.2d 829, 836-37 (11th Cir. 1990). The Plaintiff's Complaint fails to allege facts supporting any of these elements, and there is no evidence to support the allegations even if they were made.

First, there is no allegation that Sheriff Boswell, Lieutenant Holland, or Sergeant Bussey had knowledge (either actual or constructive) of a training deficiency in the Russell County Jail or that the policies and/or customs of the jail would result in constitutional violations. Id. There

is no allegation of widespread obvious, flagrant, rampant and continuous abuse by corrections officers. Id.

Second, there are no facts in the record from which a reasonable person could conclude that the conduct of these defendants was deliberately indifferent. For example, there are no allegations that the sanitary conditions at the jail have harmed the Plaintiff, or any other inmate. Further, the jail has provided a law library and a policy granting inmates the right to use it.

Prison officials may be held liable for denying humane conditions of confinement only if they know that inmates face substantial risk of serious harm and disregard that risk by failing to take reasonable measures to abate it. Farmer v. Brennan, 511 U.S. 825, 837 (1994). There are no allegations in the Complaint at all to show that the Defendants were aware of any risk of harm to the Plaintiff, let alone a substantial risk of harm. Consequently, the Plaintiff has failed to meet the second element of supervisory liability under § 1983.

Regarding the third element of supervisory liability, there is no causal connection between these Defendants' conduct and the alleged constitutional deprivation. There is no evidence that these Defendants failed to train the Jail personnel.

The Plaintiff has failed to allege, and the facts do not show, the existence of the elements of supervisory liability under § 1983. See Greason, 891 F.2d at 836-37. These Defendants cannot be held vicariously liable under § 1983. Monell, 436 U.S. at 694-95. Consequently, the Defendants are entitled to qualified immunity and judgment in their favor as a matter of law. Saucier, 533 U.S. at 201.

### (b)    No clearly established law provided these Defendants with "fair warning" that their conduct was unlawful.

Before stripping an official of qualified immunity, clearly established law must provide "fair warning" to the official that his or her conduct was illegal. Willingham, 321 F.3d at 1301. The conduct of these Defendants was in accordance with clearly established law. As the Plaintiff cannot

show a constitutional violation of clearly established law, these Defendants are entitled to qualified immunity.  See Saucier, 533 U.S. at 201.

## IV.    MOTION FOR SUMMARY JUDGMENT

### A.    SUMMARY JUDGMENT STANDARD

On a motion for summary judgment, the court should view the evidence in the light most favorable to the nonmovant.  Greason, 891 F.2d at 831.  However, a plaintiff "must do more than show that there is some metaphysical doubt as to the material facts." Matsushita Elec. Indus. Co. v. Zenith Radio Corp., 475 U.S. 574, 586 (1986).  Only reasonable inferences with a foundation in the record inure to the nonmovant's benefit.  See Reeves v. Sanderson Plumbing Products, Inc., 530 U.S. 133 (2000).  "[T]he court should give credence to the evidence favoring the nonmovant as well as that 'evidence supporting the moving party that is uncontradicted or unimpeached, at least to the extent that that evidence comes from disinterested witnesses.'"  Reeves, 530 U.S. at 151, quoting 9A C. Wright & A. Miller, Federal Practice and Procedure § 2529, p. 299.[2]  "A reviewing court need not 'swallow plaintiff's invective hook, line and sinker; bald assertions, unsupportable conclusions, periphrastic circumlocutions, and the like need not be credited.'"  Marsh v. Butler County, 268 F.3d 1014, 1036 n.16 (11th Cir. 2001) (en banc) quoting Massachusetts School of Law v. American Bar, 142 F.3d 26, 40 (1st Cir. 1998).

### B.    MOTION FOR SUMMARY JUDGMENT

Defendants respectfully request that this Honorable Court treat this Special Report as a motion for summary judgment and grant unto them the same.

---

[2] Although Reeves was a review of a motion for judgment as a matter of law after the underlying matter had been tried, the Supreme Court, in determining the proper standard of review relied heavily on the standard for summary judgment stating, "the standard for granting summary judgment 'mirrors' the standard for judgment as a matter of law, such that 'the inquiry under each is the same.'"  Reeves, 530 U.S. at 150, citing Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 250-251 (1986); Celotex Corp. v. Catrett, 477 U.S. 317, 323 (1986).

Respectfully submitted this 1st day of November, 2007.

**s/Scott W. Gosnell**
SCOTT W. GOSNELL (GOS002)
Attorney for Defendants

OF COUNSEL:

WEBB & ELEY, P.C.
7475 Halcyon Pointe Road (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  sgosnell@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and served the following by U.S. Mail:

William Earl Wells, Jr.
#166763
Russell County Jail
Post Office Box 640
Phenix City, Alabama  36868

**s/Scott W. Gosnell**
OF COUNSEL

**Exhibit A**
**Inmate File of William Earl Wells, Jr.**

070204001

# INMATE REQUEST SLIP

C-DAY
LOCATION

Name William E. Wells    Date 09-04-07

☐ Telephone Call    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. Give to Jailer

I have Requested Some Time
in the Law Library twice
to do Some Legal Research,
I've yet to Receive A Response
or Any time.

(Do Not Write Below This Line – For Reply Only)

Referred to Sgt. San Nichols
H. Oneed

Given 30 Min. iN LL
Sgt. M...ll

Approved ✓    Denied ____    Collect Call ____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date 9/4/07    Time Received  0750

Jailer c/o Gibbons

0702040001

# INMATE REQUEST SLIP

D-Day
LOCATION

Name William Earl Wells  Date 10-1-07

☐ Telephone Call       ☐ Time Sheet

☐ Special Visit        ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. Give to Jailer

I would like to Request to go to Work
in the Kitchen, I'm A Baker.
I've Requested it before And Seen Several
People w/ Crimes that Dont Meet the
Critiror thats Set in the Rule book.
I've been Sentenced, And have A Great
Work Ethic.

**(Do Not Write Below This Line** — For Reply Only)

Dont Need

10/1/07

Approved _____  Denied  X  Collect Call_____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.

☐ Lieutenant    ☐ Chief Deputy      ☐ Sheriff

Date 10/1/07   Time Received 0700

Jailer _____

| VICTIM | CELL # | DATE | TIME | SHIFT SUPERVISOR |
|---|---|---|---|---|
| WILLIAM WELLS | I-13 | 08-18-07 | 0420 | SGT PERRY |
| **OFFENDER** | **CELL #** | **TYPE OF INCIDENT/OFFENSE** | | |
| | | POSSIBLE BROKEN FINGERS | | |
| **WITNESSES** | **CELL #** | **WITNESSES ( OFFICERS)** | | |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |

**NARRATIVE:**

ON 08-18-07 AT OR ABOUT 0420 HRS. C/O STEPHEN WURST

WAS FEEDING MALE POD 2 AREA. WHILE FEEDING I BLOCK

J3 WILLIAM WELLS (HOUSED IN I-13) RECIEVED HIS TRAY

AND PROCEDED TO PROP HIS DOOR OPEN. C/O WURST THEN

INSTRUCTED TO SHUT THE DOOR, C/O WURST NOTICED NO

RESPONSE. C/O WURST WALKED OVER TO ROOM 13 AND

PUSHED THE DOOR WITH FORCE, AT THIS TIME C/O

WURST NOTICED J3 WELLS' FINGERS WERE IN THE DOOR AT THE

TIME OF THE INCODENT. C/O WURST ASKED C/O ANDREWS TO ESCORT

J3 WELLS TO THE INFIRMARY. C/O WURST CONTINUED FEEDING

END OF REPORT.

| VICTIM | CELL # | DATE | TIME | SHIFT SUPERVISOR |
|---|---|---|---|---|
| RCJ | I-13 | 08-18-07 | 0420 | SGT PERRY |

| OFFENDER | CELL # | TYPE OF INCIDENT/OFFENSE |
|---|---|---|
| WILLIAM WELLS | | DISOBEYING A ORDER |

| WITNESSES | CELL # | WITNESSES ( OFFICERS) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

**NARRATIVE:**

ON 08-18-07 AT OR ABOUT 0420HRS C/O STEPHEN WURST WAS CONDUCTING MORNING FEEDING IN MALE POD 2 AREA. WHILE FEEDING I BLOCK INMATE WILLIAM WELLS (HOUSED IN I-13) RECIEVED HIS TRAY. C/O WURST NOTICED THAT HIS DOOR WAS NOT SHUT. C/O WURST INSTRUCTED INMATE WELLS TO SHUT THE DOOR. C/O WURST NOTICED NO RESPONSE. C/O WURST WALKED OVER TO ROOM 13 AND SECURED THE DOOR. INMATE WELLS YELLED HIS FINGERS WERE BROKEN. C/O WURST INFORMED C/O ANDREWS TO TAKE INMATE WELLS TO THE INFIRMARY TO HAVE HIS FINGERS CHECKED. C/O WURST FINNISHED FEEDING. MOMENTS LATER C/O WURST WAS INSTRUCTED BY SGT PERRY TO TRANSPORT INMATE WELLS TO SUMMIT HOSPITAL. WHILE AT SUMMIT HOSPITAL INMATE WELLS HAD HIS FINGERS EXAMEND BY ~~THE~~ HOSPITAL STAFF + X RAYED. HOSPITAL

| VICTIM | CELL # | DATE | TIME | SHIFT SUPERVISOR |
|--------|--------|------|------|------------------|

| OFFENDER | CELL # | TYPE OF INCIDENT/OFFENSE |
|----------|--------|--------------------------|

| WITNESSES | CELL # | WITNESSES ( OFFICERS) |
|-----------|--------|------------------------|
| 1. | | |
| 2. | | |
| 3. | | |

**NARRATIVE:**

STAFF STATED THAT ONE FINGER WAS BROKEN. THE FINGER WAS SPLENTED AND INMATE WELLS WAS RELEASED. AND C/O WURST TRANSPORTED BACK TO RUSSEL COUNTY JAIL. C/O WURST PLACED ALL MEDICAL PAPERWORK IN MEDICAL BOX. END OF STATEMENT

C/O WURST

PLG-032

```
-----------------------------------------------------------------
|           ALABAMA JUDICIAL INFORMATION SYSTEM                  |
|       * * * IN THE DISTRICT COURT OF RUSSELL COUNTY * * *      |
|                                                               |
| AGENCY NUMBER:                    WARRANT NUMBER: WR 2005 000086.00 |
|                                   OTHER CASE NBR:          .   |
|                      C O M P L A I N T                        |
|                                                               |
| BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT  COURT OF |
| RUSSELL COUNTY, ALABAMA, PERSONALLY APPEARED   JOHANNA GORDON  |
| WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR |
| BELIEVING, AND DOES BELIEVE THAT    WILLIAM WELLS          DEFENDANT, |
| WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE |
| NAMED COUNTY AND                                              |
|                                                               |
| DID ON OR ABOUT JANUARY 11, 2005, DID UNLAWFULLY PERMIT OR ALLOW A |
| DOG OR DOGS TO RUN AT LARGE IN RUSSELL COUNTY, ALABAMA,       |
| IN VIOLATION OF 003-001-005               OF THE CODE OF ALABAMA, |
| AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.        |
```

*Johanna Gordon*
COMPLAINANT'S SIGNATURE

# ORIGINAL

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 12 DAY OF JANUARY, 2005.

JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

CHARGES: DOGS-PERMITTING TO R   003-001-005          M  MISDEMEANOR

WITNESS FOR THE STATE

JOHANNA GORDON/14 MASSEY DRIVE/PHENIX CITY/36869

DEP BILLY RYALS/ANIMAL CONTROL OFFICER/PHENIX CITY/36867

OPERATOR: DEB    DATE: 01/12/2005

# CONSOLIDATED BOND
## (District Court, Grand Jury, Circuit Court)

☐ STATE OF ALABAMA

_William Wells Jr_

**DEFENDANT**

v.

Case Number

STATE OF ALABAMA

In the _District_ Court of

_Russell_ County

I, (Defendant) _William Earl Wells Jr._, as principal, and we, _Weeks Bonding Co., Inc._, as sureties, agree to pay the State of Alabama $ _500.00_ unless the above named defendant appears before the District Court of said County on (Date) _2/15/5_ at (Time) _9:00_ or at the next session of Circuit Court of said County; or in the event of transfer, in the district or circuit court of the county of transfer; there to await the action by the grand jury and from session to session thereafter until discharged by law to answer to the charge of _Dog running at Large_ or any other charge. We hereby severally certify that we have property over and above all debts and liabilities to the amount of the above bond. We waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt, by the Constitution and Laws of the State of Alabama, and we especially waive our rights to claim exempt our wages or salary, that we have under the laws of Alabama.

It is agreed and understood that this is a continuing bond which shall remain in full force and effect until such time as the undersigned are duly exonerated.

_William E. Wells_
Signature of Defendant

_Cynthia Lyda_
Signature of Surety

Signature of Surety

Signature of Surety

_1-13-05_
Date

_16 Massey Dr P.C. AL. 36869_
Address (Print)     City     State     Zip

_814 16th Avenue Phenix City AL 36867_
Address (Print)     City     State     Zip

Address (Print)     City     State     Zip

Address (Print)     City     State     Zip

Approved by

_SGT_
Title

## DEFENDANT'S INFORMATION

Date of Birth _4-3-70_     Social Security Number _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_     Sex _MALE_

Driver's License Number _AL 7312567_ State _AL_     Race _W_

Telephone – Residence _706-330-0735_  _Cell Phone_     Telephone – Work _____

☐ Appearance Bond – Property     ☐ Appearance Bond – Recognizance

☐ Bail Bond

# RELEASE CHECKLIST

INMATE NAME: _William E. Wells Jr_ DATE: _1/13/5_

### The following are enclosed in inmate file if applicable:

1) Copy of Bond(s)
2) Copy of Court Release(s)
3) Copy of Court Date Notice
4) Waiver
5) Check Stub and Signed Receipt
6) 3 x 5 Card

### The following steps have been completed prior to release:

1) NCIC Check
2) Property Inventory Slip Signed by Both Inmate and Officer
3) Any Notification of Release Made

### The following have been completed in computer:

1) Reviewed Involvements for any Additional Warrants, Summons, or Civil Papers
2) Entered End Time in Offense Screen
3) All Payments Made and How Made
4) And Holds Cleared (Notation to be made on 3x5 and Hold Sheet
5) Release Comments Entered Concerning Inmate Release

**Comments:**

Booking Officer's Signature _____

# CONSOLIDATED BOND
## (District Court, Grand Jury, Circuit Court)

☐ STATE OF ALABAMA

|  | Case Number |
|---|---|
| v. | STATE OF ALABAMA |
| *William Wells, Jr.* | In the _District_ Court of |
| DEFENDANT | _Russell_ County |

I, (Defendant) _William Earl Wells Jr._, as principal, and

we, _Weeks Bonding Co., Inc._, as sureties, agree to pay the

State of Alabama $ _500.00_ unless the above named defendant appears before the District

Court of said County on (Date) _2/15/5_ at (Time) _9:00_ or at the
next session of Circuit Court of said County, or in the event of transfer, in the district or circuit court of the county of
transfer; there to await the action by the grand jury and from session to session thereafter until discharged by law to

answer to the charge of _Dog running at Large_ or any other charge.
We hereby severally certify that we have property over and above all debts and liabilities to the amount of the above
bond. We waive the benefit of all laws exempting property from levy and sale under execution or other process for the
collection of debt, by the Constitution and Laws of the State of Alabama, and we especially waive our rights to claim
exempt our wages or salary, that we have under the laws of Alabama.

It is agreed and understood that this is a continuing bond which shall remain in full force and effect until such
time as the undersigned are duly exonerated.

| _William E. Wells_ | _16 Massey Dr P.C. AL. 36869_ | | | |
|---|---|---|---|---|
| Signature of Defendant | Address (Print) | City | State | Zip |
| _Cynthia Lula_ | _814 16th Avenue Phenix City, AL_ | | | _36867_ |
| Signature of Surety | Address (Print) | City | State | Zip |
| | | | | |
| Signature of Surety | Address (Print) | City | State | Zip |
| | | | | |
| Signature of Surety | Address (Print) | City | State | Zip |
| _1-13-05_ | _Jo Ro_ | | | |
| Date | Approved by | | | |
| | _SGT_ | | | |
| | Title | | | |

## DEFENDANT'S INFORMATION

Date of Birth _4-3-70_    Social Security Number _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_  Sex _MALE_

Driver's License Number _AL 7312567_  State _AL_    Race _W_

Intake Screen

Approx. date of any prior record here: _N/A_

Name: _Williams Wells_    DOB: _4-3-70_    Date: _1-13-05_

**Apparent mental status of the patient (check one):**

☑ Normal    ☐ Confused    ☐ Agitated    ☐ Intoxicated    ☐ Drugged    ☐ Strange

Any evidence of injury, active health problems or deformity: _N/A_

## Patient Health History (Y or N response)

| | | |
|---|---|---|
| Are you currently sick in any way? **N** | Do you have heavy sweating at night For no reason when it's not hot? **N** | Do you have HIV infection or think you Might have it? **N** |
| Do you have a fever that won't go away? **N** | Have you lost more than 10 pounds of weight during the last 6 months? **N** | Any symptoms which might indicated sex-related disease? **N** |
| Are you curretly takey any prescribed Medications? (Liste below) **N** | Have you ever had a heart attack or any other heart trouble? **N** | Have you ever intentionally hurt yourself or tried to take your own life? **N** |
| Have you ever had any kind of cancer? **N** | Do you have high blood pressure? **N** | Would you ever try to take your own life? **N** |
| Do you have diabetes? **N** | Do you have chest pain with exercise or other chest pain? **N** | Do you feel like you would like to die? **N** |
| Do you have seizures or blackouts? **N** | Have you had bleeding from your stomach, bowels, or kidneys? **N** | Do you see people or things other can't see or hear voices others can't hear? **N** |
| Have you ever had a stroke? **N** | Do you have shortness of breath or trouble breathing? **N** | Females: Are you pregnant or could you be pregnant? **N/A** |
| Do you have any eye problems? (List below) **N** | Do you have asthma? **N** | On how many days of the past month have you consumed alcohol? **∅** |
| Do you have a cough that won't clear Up? **N** | Do you hae kidney disease or failure or had kidney dialysis? **N** | On how many days of the past month have you used drugs? **∅** |

Comments: _Back problems_

Medications: _N/A_

Allergies: _N/A_

Reason for any recent physician visits: _N/A_

List surgeries: _Right Hand Approx 16 yrs ago_

Describe any prior hospitalizations: _Above line_

Drugs you have used: _Marijuana_

Recommended housing or activity restrictions: _N/A_

Medical management plans: _N/A_

Health insurance: _N/A_

Booking Officer: _C/O Lewis_    Inmate x_William E Wells_    Medical Staff: _____

# Russell County Sheriff's Department

 

## Wells, William Earl
## 11618

820500179

W A R R A N T

STATE OF ALABAMA                RUSSELL COUNTY                    DISTRICT  COURT

AGENCY NUMBER:                                WARRANT NUMBER: WR 2005 000086.00
                                              OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST      WILLIAM WELLS    AND BRING
HIM/HER BEFORE THE DISTRICT  COURT OF RUSSELL COUNTY TO ANSWER THE STATE
ON A CHARGE(S) OF:
                    DOGS-PERMITTING TO R   CLASS: C  TYPE: M  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN   THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 12 DAY OF JANUARY, 2005.

BOND SET AT: (1)         $500.00   BOND TYPE:
             (2) _____
             (3) _____

KATHY COULTER
CLERK OF CIRCUIT COURT

CHARGES: DOGS-PERMITTING TO R  003-001-005              M  MISDEMEANOR

NAME: WILLIAM WELLS                     ALIAS:
ADDRESS: 16 MASSEY DRIVE                ALIAS:
ADDRESS:                                ZIP: 36867 0000
CITY: PHENIX CITY           STATE: AL   PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 00/00/0000     RACE: W    SEX: M    HAIR:
EYE:      HEIGHT: 0'00"    WEIGHT: 000
SID: 000000000  SSN:            DL NUM:

E X E C U T I O N

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

(X)  PLACING DEFENDANT IN THE RUSSELL COUNTY JAIL

( )  RELEASING DEFENDANT ON APPEARANCE BOND


THIS ____13____ DAY OF _January_                    _2005_

                        _T. F. Boswell_
                        SHERIFF

                        _Harold Smith_
                        BY

COMPLAINANT:  JOHANNA GORDON
              14 MASSEY DRIVE

              PHENIX CITY  AL   36869

OPERATOR: DEB      DATE: 01/12/2005

# ALABAMA UNIFORM ARREST REPORT

| | Fingerprinted | R84 Completed |
|---|---|---|
| | ① Yes | ① Yes |
| | ② No | ② No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## IDENTIFICATION

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0,5,7,0,0,0,0 | Russell County S.D. | S,L,0,5,0,0,1,7,9 | |

**5 LAST, FIRST, MIDDLE NAME:** Wells, William, Earl Jr.    **6 ALIAS AKA:** N/A

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 HAIR | 12 EYE | 13 SKIN | 14 | ①SCARS ②MARKS ③TATOOS ④AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|
| ☒M ☐F | ☒W ☐B ☐A | 5'09 | 160 | Haz | Bru | Fair | | |

**15 PLACE OF BIRTH (CITY, COUNTY, STATE):** Covington, GA

| 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|
| 2,5,2,1 - 2,3 - 3,8,6,9 | 0,4,0,3,7,0 | 34 | |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | I631156 | AL |
| 24 FBI # | HENRY CLASS | | | | | | | 25 IDENTIFICATION COMMENTS | |
| | NCIC CLASS | | | | | | | | |

| 26 RESIDENT ☐ / NON-RESIDENT ☒ | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| | 16 Massey Drive, Phenix City, AL 36869 | 706 330-0735-Cell | Builder |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|
| Self | Same as Home | ( ) |

## ARREST

**33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP):** 305 Prentiss Drive, P.C., AL 36867

| 34 SECTOR | 35 ARRESTED FOR YOUR JURISDICTION? |
|---|---|
| | ☒ YES ☐ NO  ☒ IN STATE ☐ OUT STATE AGENCY |

| 36 CONDITION OF ARRESTEE: | ☐ DRUNK ☒ SOBER ☐ DRINKING ☐ DRUGS | 37 RESIST ARREST? ☐ YES ☒ NO | 38 INJURIES? ☐ OFFICER ☒ NONE | 39 ARMED? ☐ YES ☒ NO | 40 DESCRIPTION OF WEAPON ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ OTHER FIREARM ☐ OTHER WEAPON |
|---|---|---|---|---|---|

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 0,4,1,1,3,0,5 | 14:04 ☐ AM ☒ MIL. ☐ 1 AM ☐ 2 PM | ☐S ☐M ☐T ☐W ☐T ☐F ☒S | ☐ON VIEW ☒CALL ☐WARRANT | ☒ YES ☐ NO ☐ UNKNOWN |

| 46 CHARGE–1 ☐ FEL ☒ MISD | 47 UCR CODE | 48 CHARGE–2 ☐ FEL ☐ MISD | 49 UCR CODE |
|---|---|---|---|
| Dogs- Permitting to run at large | | | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED |
|---|---|---|---|---|---|
| 3-1-5 | WR 2005 000096 | 0,4,1,1,9,2,0,5 | | | M D Y |

| 56 CHARGE–3 ☐ FEL ☐ MISD | 57 UCR CODE | 58 CHARGE–4 ☐ FEL ☐ MISD | 59 UCR CODE |
|---|---|---|---|
| | | | |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED |
|---|---|---|---|---|---|
| | | M D Y | | | M D Y |

| 66 ARREST DISPOSITION | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| ①HELD ②BAIL ③RELEASED ④TOT—LE ⑤OTHER | | |
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

## VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 78 VIN | 79 IMPOUNDED? ☐ YES ☒ NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|
| | | |

**81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED**    ☐ CONTINUED IN NARRATIVE

## JUVENILE

| 82 JUVENILE | ①HANDLED AND RELEASED ②REF. TO JUVENILE COURT | ③REF. TO WELFARE AGENCY ④REF. TO OTHER POLICE AGENCY | ⑤REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|
| | | |

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|
| | | | |

## RELEASE

| 91 DATE AND TIME OF RELEASE M D Y : ☐ AM ☐ MIL. ☐ PM | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| | | | |

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|
| | | |

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☒ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|
| | | |

**101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE):** No Injuries

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | LOCAL USE STATE USE |
|---|---|---|
| Pen | | |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |
|---|---|---|---|---|---|
| Smith, Harold, L | 5722 | | | | |

## TYPE OR PRINT IN BLACK INK ONLY

ACJIC—34 REV. 10-90

# BOOKING CHECKLIST

**INMATE NAME:** _Williams Wells_          **DATE:** _1-13-05_

The following are enclosed in inmate file:

1) Copy of Arrest Report(s)
2) Copy of Warrant(s) if possible
3) Property Inventory Slip
4) Fingerprint <u>Card</u>
5) Copy of Waiver (if applicable)
6) Copy of Medical Release (if applicable)

The following computer fields have been completed:

1) Names Table
2) Xname
3) Medical History
4) Arrest
5) Offense (Bond or Fine)
6) Housing

**Comments:**

_Weeks has made Bond paper work Dropped In Box Already._

_Hold for Calhan to AC Paper work In file_

Booking Officer's Signature _[signature]_



### RUSSELL COUNTY SHERIFF'S DEPARTMENT
TOMMY BOSWELL, SHERIFF
POST OFFICE BOX 640
PHENIX CITY, ALABAMA
36868 - 0640
( 334 ) 298-6535
FAX ( 334 ) 291-7667

To: All Corrections Officers
From: Staff Sgt. Danny Bussey
Date: 07-09-2005
Re: Passing Out of Mop Buckets


    Mop buckets and cleaning supplies are to be passed out to every cell block daily. The first rotation will be between 0700hrs and 1100hrs. The second rotation will be from 1900hrs and 2300hrs. Every inmate shall be provided an opportunity to clean their cells daily. All officers should ensure this very important policy is carried out daily.

                Staff Sgt. Danny Bussey



ALABAMA JUDICIAL INFORMATION SYSTEM

* * * IN THE DISTRICT COURT OF RUSSELL COUNTY * * *

AGENCY NUMBER:                    WARRANT NUMBER: WR 2007 000168.00
                                  OTHER CASE NBR:            .

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT  COURT OF
RUSSELL COUNTY, ALABAMA, PERSONALLY APPEARED   RICKY W HAND
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT    WILLIAM EARL WELLS JR        DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

DID ON OR ABOUT NOVEMBER 17, 2006, KNOWINGLY OBTAIN OR EXERT UNAUTHORIZED
(X) CONTROL OVER ONE LADIES MOTHERS RING AND ONE BRACELET,
    THE PROPERTY OF MATTIE HAND, OF THE VALUE OF IN EXCESS OF $500.00,
    BUT LESS THAN $2,500.00, WITH THE INTENT TO DEPRIVE THE OWNER OF
    SAID PROPERTY,
IN VIOLATION OF 13A-008-004                      OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

_____
COMPLAINANT'S SIGNATURE

**ORIGINAL**

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 16 DAY OF JANUARY, 2007.

_____
JUDGE/CLERK/MAGISTRATE OF DISTRICT   COURT

CHARGES: THEFT OF PROP 2ND     13A-008-004          F   FELONY
-------------------------------------------------------------------
WITNESS FOR THE STATE

RICKY W HAND/1200 KNOWLES ROAD/PHENIX CITY/36867

INV JAY BRICE/P.C.P.D./PHENIX CITY/36867

OPERATOR: DEB    DATE: 01/16/2007

W A R R A N T

STATE OF ALABAMA                    RUSSELL COUNTY                    DISTRICT COURT

AGENCY NUMBER:                                    WARRANT NUMBER: WR 2007 000168.00
                                                  OTHER CASE NBR:                    .

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST    WILLIAM EARL WELLS JR   AND BRING
HIM/HER BEFORE THE DISTRICT  COURT OF RUSSELL COUNTY TO ANSWER THE STATE
 ON A CHARGE(S) OF:
             THEFT OF PROP 2ND   CLASS: C  TYPE: F   COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN  THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ , OR UNTIL LEGALLY DISCHARGED.

DATED THIS 16 DAY OF JANUARY, 2007.

BOND SET AT: (1)      $5,000.00  BOND TYPE:
             (2) _____
             (3) _____


KATHY COULTER
CLERK OF CIRCUIT COURT
---
CHARGES: THEFT OF PROP 2ND      13A-008-004          F  FELONY
---
NAME: WILLIAM EARL WELLS JR              ALIAS:
ADDRESS: 1700 ELECTRIC DRIVE            ALIAS:
ADDRESS: LOT 10
CITY: ANNISTON            STATE: AL      ZIP: 36207 0000
                                        PHONE: 000 000 0000 EXT: 000


EMPLOYMENT:
DOB: 04/03/1970   RACE: W    SEX: M    HAIR: BRO
EYE: HZL  HEIGHT: 5'09"   WEIGHT: 160
SID: 000000000  SSN: 252233869  DL NUM:
---
E X E C U T I O N

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

( X )   PLACING DEFENDANT IN THE RUSSELL COUNTY JAIL

(   )   RELEASING DEFENDANT ON APPEARANCE BOND

_____

_____

THIS ____4TH____ DAY OF ___FEBRUARY_____ 2007__

                        _____
                        SHERIFF

                        _Bob Atkin_ BOB ATKIN #439
                        BY
---
COMPLAINANT:  RICKY W HAND
              1200 KNOWLES ROAD

              PHENIX CITY  AL  36867

OPERATOR: DEB      DATE: 01/16/2007

# Russell County Sheriff's Department



**Wells, William Earl**

**W/M    Hgt: 5'09    Wgt: 160**

**DOB: 04/03/70   Age: 36**

**SSN:** ██████████

**Name ID: 11618**

Intake Screen

Name: _William Wells_    Approx. date of any prior record here: _____
DOB: _9-3-70_  Date: _2  9  7_

Apparent mental status of the patient (check one):
☑ Normal  ☐ Confused  ☐ Agitated  ☐ Intoxicated  ☐ Drugged  ☐ Strange

Any evidence of injury, active health problems or deformity: _____

## Patient Health History (Y or N response)

| | | | | | |
|---|---|---|---|---|---|
| Are you currently sick in any way? | NO | Do you have heavy sweating at night For no reason when it's not hot? | NO | Do you have HIV infection or think you Might have it? | NO |
| Do you have a fever that won't go away? | NO | Have you lost more than 10 pounds of weight during the last 6 months? | YES | Any symptoms which might indicated sex-related disease? | NO |
| Are you currelty takey any prescribed Medications? (Liste below) | NO | Have you ever had a heart attack or any other heart trouble? | NO | Have you ever intentionally hurt yourself or tried to take your own life? | YES |
| Have you ever had any kind of cancer? | NO | Do you have high blood pressure? | NO | Would you ever try to take your own life? | Probably |
| Do you have diabetes? | NO | Do you have chest pain with exercise or other chest pain? | NO | Do you feel like you would like to die? | Sometimes |
| Do you have seizures or blackouts? | NO | Have you had bleeding from your stomach, bowels, or kidneys? | NO | Do you see people or things other can't see or hear voices others can't hear? | YES |
| Have you ever had a stroke? | NO | Do you have shortness of breath or trouble breathing? | YES | Females: Are you pregnant or could you be pregnant? | NO |
| Do you have any eye problems? (List below) | YES | Do you have asthma? | NO | On how many days of the past month have you consumed alcohol? | |
| Do you have a cough that won't clear Up? | NO | Do you hae kidney disease or failure or had kidney dialysis? | NO | On how many days of the past month have you used drugs? | Most |

Comments: _____

Medications: _____

Allergies: _____

Reason for any recent physician visits: _____

List surgeries: _____

Describe any prior hospitalizations: _____

Drugs you have used: _Cocan Pot Crack_

Recommended housing or activity restrictions: _____

Medical management plans: _____

Health insurance: _None_

Booking Officer: _Walker_    Inmate _William Wells_  Medical Staff: _____

# ALABAMA UNIFORM ARREST REPORT

| DOMESTIC VIOLENCE DUAL ARREST | Fingerprinted ☐1 Yes ☑2 No | R&I Completed ☐1 Yes ☑2 No |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

## IDENTIFICATION

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0,5,7,0,1,0,0 | Phenix City Police Dept. | 0,7,P,L,0,3,4,2,0 | |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| WELLS, WILLIAM EARL JR. | |

| 7 SEX ☑M ☐F | 8 RACE ☐W ☑B ☐A ☐H ☐I | 9 HGT. 5-9 | 10 WGT. 160 | 11 EYE HZL | 12 HAIR BRO | 13 SKIN | 14 | ☐ SCARS | ☑ MARKS | ☐ TATTOOS | ☐ AMPUTATIONS |

| 15 PLACE OF BIRTH (CITY, COUNTY STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS IO # |
|---|---|---|---|---|
| Covington, GA | 2,5,2-1,2,3-3,8,4,9 | 0,4,0,3,F,0 | 34 | |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| 24 FBI # | | HENRY CLASS | | | | | | 25 IDENTIFICATION COMMENTS | |
| | | NCIC CLASS | | | | | | | |

| 26 ☐ RESIDENT ☑ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) 121 LEE ROAD 286, SMITHS, AL | 28 RESIDENCE PHONE ( ) None | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) UNEMPLOYED | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE ( ) |
|---|---|---|

## ARREST

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) Colonial Inn, Phenix City, AL | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? ☑ YES ☐ NO |
|---|---|---|

| 36 CONDITION OF ARRESTEE: | ☐ DRUNK ☐ DRINKING | ☑ SOBER ☐ DRUGS | 37 RESIST ARREST? ☐ YES ☑ NO | 38 INJURED? ☐ OFFICER ☐ ARRESTEE | ☑ NONE | 39 ARMED? ☐ YES ☑ NO | 40 DESCRIPTION OF WEAPON ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN | ☐ OTHER FIREARM ☐ OTHER WEAPON |

| 41 DATE OF ARREST 0,2,0,4,0,7 | 42 TIME OF ARREST 00:10 ☐ AM ☑ PM | 43 DAY OF ARREST ☐S ☐M ☐T ☑W ☐T ☐F ☐S | 44 TYPE OF ARREST ☑ ON VIEW ☐ WARRANT | 45 ARRESTED BEFORE? ☑ YES ☐ UNKNOWN |
|---|---|---|---|---|

| 46 CHARGE – 1 THEFT OF PROPERTY 2d DEGREE | 47 ☑ FEL ☐ MISD | 48 UCR CODE | 49 CHARGE – 2 GIVING FALSE NAME TO L.E. | 50 ☐ FEL ☑ MISD | 60 UCR CODE |
|---|---|---|---|---|---|

| 50 STATE CODE/LOCAL ORDINANCE 13A-8-4 (15-1) | 51 WARRANT # 2007 000148.00 | 52 DATE ISSUED 0,1,1,6,0,7 | 53 STATE CODE/LOCAL ORDINANCE 13A-9-18.1 (15-1) | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 56 CHARGE – 3 | 57 ☐ FEL ☐ MISD | 58 UCR CODE | 59 CHARGE – 4 | 60 ☐ FEL ☐ MISD | 60 UCR CODE |
|---|---|---|---|---|---|

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 66 ARREST DISPOSITION ☑ HELD ☐ BAIL ☐ RELEASED ☐ TOT – LE ☐ OTHER | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

## VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO | TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|---|

| 78 VIN | 79 IMPOUNDED? ☐ YES ☐ NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|

## JUVENILE

| 82 JUVENILE DISPOSITION: ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT | ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY | ☐ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

## RELEASE

| 91 DATE AND TIME OF RELEASE 0,2,0,4,0,7 00:35 ☐ AM ☑ PM | 92 RELEASING OFFICER NAME ATKIN | 93 AGENCY/DIVISION P.C.P.D. | 94 ID # 439 |
|---|---|---|---|

| 95 RELEASED TO R.C. JAIL | 96 AGENCY/DIVISION R.C.S.O. | 97 AGENCY ADDRESS 307 Prentiss Dr. Phenix City, AL |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☑ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) SUBJECT WAS ARRESTED AND TRANSPORTED w/o INCIDENT OR INJURY |
|---|

| 102 SIGNATURE OF RECEIVING OFFICER Walden 2/4/7 J 0035 | 103 SIGNATURE OF RELEASING OFFICER | LOCAL USE STATE USE |
|---|---|---|

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) ATKIN, BOB L | 112 ID # 439 | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |
|---|---|---|---|---|---|

**TYPE OR PRINT IN BLACK INK ONLY**                    ACJIC — 34 REV. 7-04

## PRENTISS L. GRIFFITH DETENTION FACILITY

### PROPERTY RECEIPT

INMATE NAME _William Wells_

RECEIVING OFFICER _Kline    40_

BOOKING # _070204001_

NAME # _11618_

DATE/TIME _2-4-7_

| ITEM # | AMOUNT | ARTICLE DESCRIPTION | BIN |
|--------|--------|---------------------|-----|
| 1 | 1 | BLACK SWEAT SHIRT | A-38 |
| 2 | 1 | RED T-SHIRT | A 38 |
| 3 | 1 | BLUE JEANS | A 38 |
| 4 | 1 | BROWN SHOES "BRAHMA'S" | A-38 |
| 5 | 1 | BROWN BELT | A-38 |
| | | "BLUE SUIT" | |
| | | William E. Wells | |
| | | | |
| | | | |
| | | I acknowledge having received a copy of the Russell County Jail Inmate Handbook | |
| | | | |
| | | Name _William E Wells_ | |
| | | Date _5-19-02_ | |

### RELEASE INFORMATION

RELEASING OFFICER _Miles_

DATE/TIME _6-23-07 @ 15.23_

RECEIVED BY X _William Wells_
　　　　　　　Print Name

SIGNATURE X _William Wells_

COMMENTS _____

_____

WHITE - Inmate File      CANARY - Attached To Property In Safe      PINK - Attached To Property      GOLD - To Inmate

PLG-00

# BOOKING CHECKLIST

INMATE NAME: _William Webb_     DATE: _2/4/7_

The following are enclosed in inmate file:

     1) Copy of Arrest Report(s)
     2) Copy of Warrant(s) if possible
     3) Property Inventory Slip
     4) Fingerprint Card
     5) Copy of Waiver (if applicable)
     6) Copy of Medical Release (if applicable)

The following computer fields have been completed:

     1) Names Table
     2) Xname
     3) Medical History
     4) Arrest
     5) Offense (Bond or Fine)
     6) Housing

**Comments:**

Booking Officer's Signature _Walden_

PLG-009

070204001

STATE OF ALABAMA                    )        IN THE DISTRICT COURT OF

VS.                                 )        RUSSELL COUNTY, ALABAMA

_William E Wells Jr_                )
DEFENDANT                           )        CASE NUMBER DC-07 255

                                             TOP 2nd
                                                  $5,000

## ORDER

__X__    (1.)   DEFENDANT ADVISED OF RIGHT TO AN ATTORNEY

__X__    (2.)   ENTERED PLEA OF NOT GUILTY

_____    3.    REQUESTED PRELIMINARY HEARING

_____    4.    RETAINED THE HONORABLE _____AS COUNSEL


It is hereby ORDERED, ADJUDGED AND DECREED:

_____    1.    THAT THIS CAUSE IS WAIVED TO THE NEXT TERM OF THE GRAND JURY

_____    2.    AFTER HEARING, THIS CAUSE IS BOUND TO THE NEXT TERM OF THE
                GRAND JURY

_____    3.    BOND IS SET AT _____

_____    4.    THAT THIS CAUSE IS DISMISSED UPON DEFENDANT EXECUTING
                WAIVER OF EXTRADITION

__X__    (5.)   THAT THE HONORABLE _____E Cook_____IS APPOINTED
                COUNSEL TO REPRESENT THE DEFENDANT

_____    6.    THAT THIS CASE IS CONTINUED TO THE ____DAY OF_____
                20_0_7 AT ~~3:00~~ P.M. EST
                        1:30

_____    7.    _____
                _____
                _____

DONE, This the __5__ day of _____Feb_____, 2007.

                                        _____
                                                    JUDGE

0702040001

STATE OF ALABAMA

RUSSELL COUNTY

### WAIVER OF EXTRADITION

I, WILLIAM WELLS_____, the undersigned, understand that there are criminal charges pending against me in the State of Alabama, and that I am presently under arrest In said State on said charges; that I have been Informed of my rights with respect to the issuance and service of a warrant of extradition and with request to obtaining a writ of habeas corpus as provided by the statues of the State of Alabama and the State of Georgia, and all procedures Incidental to extradition proceedings; and I do hereby waive the issuance and service of any extradition proceedings; and furthermore I hereby agree and consent to travel to the State of Georgia in the custody of officers of the State of Alabama for the purpose of medical diagnosis and/or treatment, and thereafter to return to the State of Alabama in said officers' custody without further legal or extradition proceedings in the State of Alabama or in the State of Georgia.

Given under my hand this the _____06TH_____ day of_____FEBRUARY_____ 2007.


_____
DEFENDANT

WITNESS:

_____

_____


SWORN TO AND SUBSCRIBED BEFORE ME THIS THE _06TH_ DAY OF _FEBRUARY_ 2007.

_____
JUDGE, MUNICIPAL COURT

# ALABAMA UNIFORM ARREST REPORT

☒ Yes   ☐ No   ☒ Yes   ☐ No

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**IDENTIFICATION**

| 1 ORI# | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0 5 7 0 1 0 0 | Phenix City Police Department Criminal Investigation Division | 0 7 P L 0 1 4 1 2 | |

5 LAST, FIRST, MIDDLE NAME: Wells, William Earl

6 ALIAS AKA

| 7 SEX ☒ M ☐ F | 8 RACE ☒ W ☐ B ☐ | 9 A ☐ | 10 HGT. 5'9" | 11 WGT. 160 | 11 EYE Bro | 12 HAIR Bro | 13 SKIN | 14 | ☐ SCARS ☐ MARKS ☒ TATTOOS ☐ AMPUTATIONS |

15 PLACE OF BIRTH (CITY, COUNTY, STATE): Covington, Ga.

16 SSN: 2 5 2 - 2 3 - 3 8 6 9

17 DATE OF BIRTH: 0 4 0 3 7 0

18 AGE: 36

19 MISCELLANEOUS ID #

| 20 SID # | 21 FINGERPRINT CLASS KEY    MAJOR   PRIMARY   SCDV   SUB-SECONDARY   FINAL | 22 DL # | 23 ST |
|---|---|---|---|
| 24 FBI # | HENRY CLASS    NCIC CLASS | 25 IDENTIFICATION COMMENTS | |

26 ☒ RESIDENT ☐ NON-RESIDENT

27 HOME ADDRESS (STREET, CITY, STATE, ZIP): 1700 Electric Dr. Anniston, AL. 36207

28 RESIDENCE PHONE ( )

29 OCCUPATION (BE SPECIFIC)

30 EMPLOYER (NAME OF COMPANY/SCHOOL): Unemployed

31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP)

32 BUSINESS PHONE

**ARREST**

33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP): Colonial Inn Motel  Phenix City, AL. 36867

34 SECTOR: C 3 0 6

35 ARRESTED FOR YOUR JURISDICTION? ☒ YES ☐ NO   ☒ IN STATE ☐ OUT OF STATE

| 36 CONDITION OF ARRESTEE: | ☐ DRUNK ☒ SOBER ☐ DRINKING ☐ DRUGS | 37 RESIST ARREST? ☒ YES ☐ NO | 38 INJURIES? ☐ OFFICER ☐ ARRESTEE | ☒ NONE | 39 ARMED? ☐ Y ☒ N | 40 DESCRIPTION OF WEAPON ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ OTHER FIREARM ☐ OTHER WEAPON |

41 DATE OF ARREST: 0 2 0 7 0 7

42 TIME OF ARREST: 16 : 22 ☐ 1 AM ☒ 2 PM ☐ MIL

43 DAY OF ARREST: S ☐ M ☐ T ☐ W ☐ T ☐ F ☐ S ☐

44 TYPE ARREST: ☒ ON VIEW ☐ CALL ☐ WARRANT

45 ARRESTED BEFORE? ☒ YES ☐ NO ☐ UNKNOWN

46 CHARGE-1 ☒ FEL ☐ MISD: Theft of Property 2nd Degree

47 UCR CODE ▓▓

48 CHARGE-2 ☐ FEL ☐ MISD

49 UCR CODE ▓▓

50 STATE CODE/LOCAL ORDINANCE: 13A-8-4

51 WARRANT #: WR2007000168.00

52 DATE ISSUED: 0 1 1 6 0 7

53 STATE CODE/LOCAL ORDINANCE

54 WARRANT #

55 DATE ISSUED M D Y

56 CHARGE-3 ☐ FEL ☐ MISD

57 UCR CODE ▓▓

58 CHARGE-4 ☐ FEL ☐ MISD

59 UCR CODE ▓▓

60 STATE CODE/LOCAL ORDINANCE

61 WARRANT #

62 DATE ISSUED M D Y

63 STATE CODE/LOCAL ORDINANCE

64 WARRANT #

65 DATE ISSUED M D Y

66 ARREST DISPOSITION: ☒ HELD ☐ BAIL ☐ RELEASED ☐ TOT-LE ☐ OTHER

67 IF OUT ON RELEASE WHAT TYPE ?

68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME)

68 ARRESTED WITH (2) ACCOMPLICE (FULL NAME)

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP / BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

78 VIN

79 IMPOUNDED? ☐ YES ☐ NO

80 STORAGE LOCATION / IMPOUND #

81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED

☐ CONTINUED IN NARRATIVE

**JUVENILE**

82 JUVENILE DISPOSITION: ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY ☐ REF. TO ADULT COURT

83 RELEASED TO

84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME)

85 ADDRESS (STREET, CITY, STATE, ZIP)

86 PHONE ( )

87 PARENTS EMPLOYER

88 OCCUPATION

89 ADDRESS (STREET, CITY, STATE, ZIP)

90 PHONE ( )

**RELEASE**

91 DATE AND TIME OF RELEASE: 0 2 0 7 0 7 ☐ 1 AM ☒ 2 PM ☐ MIL

92 RELEASING OFFICER NAME: Cpl. Jay Brice

93 AGENCY/DIVISION: P.C.P.D

94 ID # 315

95 RELEASED TO: Russell Co. Jail

96 AGENCY/DIVISION: Sheriff's Dept.

97 AGENCY ADDRESS

98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☒ NO ☐ PARTIAL

99 PROPERTY NOT RELEASED/HELD AT:

100 PROPERTY #

101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE): On 02-07-07 Mr. William Wells was arrested on the above charge and transported to the Russell Co. Jail.

LOCAL USE

102 SIGNATURE OF RECEIVING OFFICER

103 SIGNATURE OF RELEASING OFFICER

STATE USE

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|

111 ARRESTING OFFICER (LAST, FIRST, M.): Brice, J.

112 ID # 315

113 ARRESTING OFFICER (LAST, FIRST, M.):

114 ID #

115 SUPERVISOR   ID #

116 WATCH CMDR.   ID #

## TYPE OR PRINT IN BLACK INK ONLY

ACJIC-34 REV. 10-90

STATE OF ALABAMA      RUSSELL COUNTY      DISTRICT COURT

AGENCY NUMBER:      WARRANT NUMBER: WR 2007 000168.00
OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST    WILLIAM EARL WELLS JR    AND BRING HIM/HER BEFORE THE DISTRICT COURT OF RUSSELL COUNTY TO ANSWER THE STATE ON A CHARGE(S) OF:
     THEFT OF PROP 2ND    CLASS: C    TYPE: F    COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE _____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 16 DAY OF JANUARY, 2007.

BOND SET AT: (1)      $5,000.00    BOND TYPE: _____
         (2) _____
         (3) _____

KATHY COULTER
CLERK OF CIRCUIT COURT

---

CHARGES: THEFT OF PROP 2ND     13A-008-004      F   FELONY

---

NAME: WILLIAM EARL WELLS JR        ALIAS:
ADDRESS: 1700 ELECTRIC DRIVE       ALIAS:
ADDRESS: LOT 10
CITY: ANNISTON       STATE: AL     ZIP: 36207 0000
                                PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 04/03/1970     RACE: W     SEX: M     HAIR: BRO
EYE: HZL   HEIGHT: 5'09"     WEIGHT: 160
SID: 000000000   SSN: 252233869   DL NUM:

---

E X E C U T I O N

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

(X)    PLACING DEFENDANT IN THE RUSSELL COUNTY JAIL

( )    RELEASING DEFENDANT ON APPEARANCE BOND

_____

THIS _7th_ DAY OF _February_ _2007_

SHERIFF _____

BY _____

---

COMPLAINANT:    RICKY W HAND
                 1200 KNOWLES ROAD

                 PHENIX CITY   AL   36867

OPERATOR: DEB       DATE: 01/16/2007

070204001

| State of Alabama Unified Judicial System Form C-41 Rev. 5/94 | ORDER OF COMMITMENT TO JAIL | Case Number MC07-0181 |

## IN THE MUNICIPAL COURT OF THE CITY OF PHENIX CITY, RUSSELL COUNTY, ALABAMA

City of Phenix City, Alabama vs. WILLIAMS EARL WELL JR. _____, Defendant

TO THE JAILER OF RUSSELL COUNTY.

You Are Ordered to receive into your custody the above named defendant, charged with the offense of GIVE FALSE NAME TO LAW ENFORCEMENT _____

until he / she is legally discharged from your custody by this Court.

Sentence _____ Days Hard Labor In Jail

And / or $291.00 (12) _____ Fine or other

Jail Sentence Weekends _____

_____

Date Committed 02-04-2007

Date Sentenced 02-06-2007

Remarks _____

_____

_____

*Circle One Below*

Stay

Pay    or    Stay

Bond  –  Yes   or   No

Amount of Bond $_____

Date _____ 2-6-07

B Sanders

**Judge / Clark / Magistrate**

## ORDER OF RELEASE FROM JAIL

Hard Labor Served _____

Days Served _____ x $25.00 _____

Amount Paid _____

Receipt No. _____

Date Paid _____

Date Released 02-15-2007 _____ Time 4:00PM

Remarks _____

_____

Release on Appeal    Yes   or   No

Date _____

Appeal Bond No. _____

Release Date _____

Time _____

Remarks _____

_____

**Date**                    Judge / Clerk / Magistrate

07020400 ( )

| State of Alabama<br>Unified Judicial System<br>Form C-41 Rev. 5/94 | ORDER OF COMMITMENT TO JAIL | Case Number<br><br>MC07-0181 |
| --- | --- | --- |

IN THE MUNICIPAL COURT OF THE CITY OF PHENIX CITY, RUSSELL COUNTY, ALABAMA

City of Phenix City, Alabama vs. WILLIAMS EARL WELL JR. , Defendant

TO THE JAILER OF RUSSELL COUNTY.

You Are Ordered to receive into your custody the above named defendant, charged with the offense

of GIVE FALSE NAME TO LAW ENFORCEMENT

until he / she is legally discharged from your custody by this Court.

Sentence _____ Days Hard Labor In Jail

And / or $291.00 (12)_____ Fine or other

Jail Sentence Weekends _____

_____

Date Committed 02-04-2007

Date Sentenced 02-06-2007

Remarks _____

_____

_____

*Circle One Below*

Stay

Pay   or   Stay

Bond  –  Yes   or   No

Amount of Bond $_____

Date 2\06\07

Brenda [signature]

~~Judge / Clerk /~~ Magistrate

## ORDER OF RELEASE FROM JAIL

Hard Labor Served _____

Days Served  12  x $25.00  300

Amount Paid _____

Receipt No. _____

Date Paid _____

Date Released 02-15-2007 Time 4:00PM

Remarks _____

_____

Release on Appeal    Yes   or   No

Date _____

Appeal Bond No. _____

Release Date _____

Time _____

Remarks _____

_____

_____

2-15-07

Tracey Ballester [signature]

Date

~~Judge / Clerk~~ / Magistrate

WILLIAM WELLS

07020400l

DATE: 2-15-07

INMATE LOCATION: _DRMB_

PERSON BRINGING PACKAGE: _VIA MAIL_                RECEIVING OFFICER: _Kline_

MONEY: _____   CASH ___   MONEY ORDER ___       (Minimum of $10.00)

1.)  White T-shirts        3

2.)  White Underware       3
        BOXERS

3.)  White Socks           3      ~~~~    ~~~~

4.)  White Sweatshirt (max. 1)   3

5.)  White Bras (no wires)   ____

6) GREY SWEAT PANTS    /
7) GREY SWEAT SHIRT    /

INMATE RECEIVED: _E. Wells_

ANY OTHER ITEMS MUST BE OF MEDICAL NATURE AND BE APPROVED IN WRITING BY THE HEALTH CARE PROF
ESSIONAL (NURSE).

PACKAGES WILL BE ACCEPTED ONLY ON SUNDAYS FROM 1:00 p.m. until 5:00 p.m.

## Inmate Kitchen Worker Waiver

Date _02/15/07_                    070204001

Inmate's Name _William Earl Wells_

Charge(s) _TOP 2nd_


     **In signing this form the inmate listed above acknowledges the following: The inmate listed above currently has no physical limitations that would prevent the inmate from performing work as directed. The inmate listed above has no medical conditions that are unknown to the medical staff. The inmate listed above agrees to follow all rules and regulations regarding all inmates and specifically kitchen workers.**


Inmate signature _William Earl Wells Jr._

Date _02/15/07_


Medical Personal

     _✓_ The above listed inmate **is** medically clear to work in the kitchen

    _____ The above listed inmate **is not** medically clear to work in the kitchen

Medical Division signature _Shuffrey Lovecup_

Date _2/15/07_


_The listed inmate was moved to Dorm-B and placed to work in the kitchen._

Kitchen Supervisor _A Ramew_

Date _02-15-07_

A copy of this waiver to be placed in the inmate's folder and a copy provided to the Medical Division.
Revised 02-16-2007

| DOMESTIC VIOLENCE | | |
|---|---|---|
| ☐ Yes ☑ No | ☐ Yes ☑ No | |

**DUAL ARREST**

# ALABAMA UNIFORM ARREST REPORT

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

| 1 ORI | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0570.00 | Russell Co. Sheriff Dept | | |

**IDENTIFICATION**

| 5 LAST, FIRST, MIDDLE NAME | | 6 ALIAS AKA |
|---|---|---|
| Wells, William E. Jr | | |

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 | |
|---|---|---|---|---|---|---|---|---|
| ☑M ☐F | ☑W ☐B ☐H ☐A ☐I ☐O | 5'9 | 160 | HZL | GRN | | ☐1 SCARS ☐2 MARKS ☐3 TATTOOS ☐4 AMPUTATIONS | |

| 15 PLACE OF BIRTH (CITY, COUNTY STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Unk | 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 | 04/03/70 | | |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| 24 FBI # | HENRY CLASS | | 25 IDENTIFICATION COMMENTS |
|---|---|---|---|
| | NCIC CLASS | | |

| 26 ☐1 RESIDENT ☑2 NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| | 121 1/2 Rd 264 Smith, Al | Unk | |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|
| Unemployed | N/A | ( ) |

**ARREST**

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? ☐ YES ☐ NO |
|---|---|---|
| Unknown | | ☐1 IN STATE ☐2 OUT OF STATE AGENCY |

| 36 CONDITION OF ARRESTEE: | 37 RESIST ARREST? | 38 INJURIES? | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|
| ☐1 DRUNK ☑2 SOBER ☐3 DRINKING ☐4 DRUGS | ☐1 YES ☑2 NO | ☑1 NONE ☐2 OFFICER ☐3 ARRESTEE | ☑1 ARMED | ☐1 HANDGUN ☐2 RIFLE ☐3 SHOTGUN ☐4 OTHER FIREARM ☐5 OTHER WEAPON |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE OF ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 04/12/07 | 11:20 ☐1 AM ☑2 PM ☐3 MIL. | S1 M2 T3 W4 T5 F6 S7 | ☐1 ON VIEW ☐2 ON/C ☑3 WARRANT | ☐1 YES ☐2 NO ☐3 UNKNOWN |

| 46 CHARGE — 1 | ☑1 FEL ☐2 MISD | 47 UCR CODE | 48 CHARGE — 2 | ☐1 FEL ☐2 MISD | 49 UCR CODE |
|---|---|---|---|---|---|
| Theft of Prop II | | | | | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| 13A-8.4 | 2007 0018800 | 04/23/07 | | | |

| 56 CHARGE — 3 | ☐1 FEL ☐2 MISD | 57 UCR CODE | 58 CHARGE — 4 | ☐1 FEL ☐2 MISD | 59 UCR CODE |
|---|---|---|---|---|---|
| | | | | | |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| | | | | | |

| 66 ARREST DISPOSITION | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| ☑1 HELD ☐2 BAIL ☐3 RELEASED ☐4 TOT—LE ☐5 OTHER | | |
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 78 VIN | 79 IMPOUNDED? ☐1 YES ☑2 NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|
| | | |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|
| | |

**JUVENILE**

| 82 JUVENILE DISPOSITION: | ☐1 HANDLED AND RELEASED ☐2 REF. TO JUVENILE COURT | ☐3 REF. TO WELFARE AGENCY ☐4 REF. TO OTHER POLICE AGENCY | ☐5 REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|
| | | | | |

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|
| | | |

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|
| | | | |

**RELEASE**

| 91 DATE AND TIME OF RELEASE M D Y : ☐1 AM ☐2 PM ☐3 MIL. | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| | | | |

| 95 RELEASED TO | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|
| | | |

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐1 YES ☐2 NO ☐3 PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|
| | | |

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|
| |

| LOCAL USE | |
|---|---|
| | |

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | STATE USE |
|---|---|---|
| | | |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐Y ☐N |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |
|---|---|---|---|---|---|
| Earvin, L | 5172 | | | | |

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC — 34 REV. 7-04

ACR380

ALABAMA JUDICIAL DATA CENTER
GRAND JURY OF RUSSELL COUNTY
WARRANT OF ARREST

GJ 2007 000188.00
TERM #: APR07-307

TO ANY LAW ENFORCEMENT OFFICER OF THE STATE OF ALABAMA:

AN INDICTMENT HAS BEEN RETURNED BY THE GRAND JURY OF RUSSELL COUNTY

AGAINST            WELLS WILLIAM EARL JR
                   121 LEE ROAD 286

                   SMITHS            AL 36877-0000

CHARGING THE OFFENSE OF:

        THEFT OF PROP 2ND    13A-008-004        CNTS:   1

YOU ARE THEREFORE ORDERED TO ARREST THE PERSON NAMED ABOVE AND BRING THAT
PERSON BEFORE A JUDGE OR MAGISTRATE OF THIS COURT TO ANSWER THE CHARGES
AGAINST THAT PERSON AND HAVE WITH YOU THEN AND THERE THE WARRANT OF ARREST
WITH YOUR RETURN THEREON.  IF A JUDGE OF MAGISTRATE OF THIS COURT IS
UNAVAILABLE, OR IF THE ARREST IS MADE IN ANOTHER COUNTY, YOU SHALL TAKE
THE ACCUSED PERSON BEFORE THE NEAREST OR MOST ACCESSIBLE JUDGE OF
MAGISTRATE IN THE COUNTY OF ARREST.

  BOND SET AT:        $5,000.00
  DATE ISSUED: 04/23/2007              BY  JBS
                            CLERK

        EXECUTED THIS _2y+4_ DAY OF _Apr_, _2007_, BY
  ARRESTING THE WITHIN NAMED DEFENDANT _____.

                        LAW ENFORCEMENT OFFICER
                        BY: _Dupenton C. E._

DEFENDANT'S FEATURES:

  HT: 5'09"  HAIR: BRO   DOB: 04/03/1970
  WT: 160  SEX: M   EYE: HZL  RACE: W
  SSN: 252233869

ARRAIGNMENT DATE: MAY 3, 2007, AT 10:00 A.M. (E.S.T.)
REPORT TO COURTROOM 1 SECOND FLOOR, RUSSELL COUNTY COURTHOUSE.
YOUR RETAINED ATTORNEY MUST APPEAR WITH YOU FOR ARRAIGNMENT.
IF YOU HAVE ANY QUESTIONS, YOU SHOULD CONTACT YOUR ATTORNEY.

04/23/2007 JOS

# RELEASE CHECKLIST

INMATE NAME: _William Wells_____    DATE: _5-23-07_____

### The following are enclosed in inmate file if applicable:

1) Copy of Bond(s)
2) Copy of Court Release(s)
3) Copy of Court Date Notice
4) Waiver
5) Check Stub and Signed Receipt
6) 3 x 5 Card

### The following steps have been completed prior to release:

1) NCIC Check
2) Property Inventory Slip Signed by Both Inmate and Officer
3) Any Notification of Release Made

### The following have been completed in computer:

1) Reviewed Involvements for any Additional Warrants, Summons, or Civil Papers
2) Entered End Time in Offense Screen
3) All Payments Made and How Made
4) And Holds Cleared (Notation to be made on 3x5 and Hold Sheet
5) Release Comments Entered Concerning Inmate Release

**Comments:**

Booking Officer's Signature _____

# SERGEANTS RELEASE CHECKLIST

INMATE NAME: _William Wells_      DATE: _5-23-07_

## THE FOLLOWING ARE ENCLOSED IN INMATE FILE (IF APPLICABLE):

_✗_ **1) Copy Of Bond(s)**

_NA_ **2) Copy Of Court Release(s)**

_✗_ **3) Copy Of Court Date Notice**

_NA_ **4) Waiver** _– LEE Co._

_✗_ **5) Check Stub and Signed Receipt**

_✗_ **6) 3x5 Card**

## THE FOLLOWING STEPS HAVE BEEN COMPLETED PRIOR TO RELEASE:

_✗_ **1) NCIC Check**

_✗_ **2) Property Inventory Slip Signed By Both Inmate & Officer**

_NA_ **3) Any Notification Of Release Made**

## THE FOLLOWING HAVE BEEN COMPLETED IN THE COMPUTER:

_✗_ **1) Review Involvements For Any Additional Warrants, Summons or Civil Papers**

_✗_ **2) Entered End Time in Offense Screen**

_NA_ **3) All Payments Made and How Made**

_✗_ **4) Holds Cleared (Notation Made on 3x5 and Hold Sheet)** _– Lee Co._

_NA_ **5) Release Comments Entered Concerning Inmate Release**

OMMENTS: _✓ 6. Hand book_

_____ 7. Arm band - was never given_

_TRANSFERRED TO LEE Co._

HIFT SUPERVISOR SIGNATURE: _[signature]_      DATE: _5-23-07_

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| 1 ORI | 2 AGENCY NAME | | | 3 CASE # | | 4 SFX |
|---|---|---|---|---|---|---|
| 0 5 7 0 0 0 0 | RUSSELL COUNTY SHERIFF DEPT | | | | | |

| 1 LAST, FIRST, MIDDLE NAME | | | | | | 4 ALIAS AKA | |
|---|---|---|---|---|---|---|---|
| Wels William | | | | | | | |

| 5 SEX | 6 RACE | 7 HGT | 8 WGT | 9 EYE | 10 HAIR | 11 | 12 MARKS | 13 TATOOS | 14 AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|---|
| M | W | 59 | 150 | Haz | Brn | | Fair skin | TTW 64th Army (Bull on top) | |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Covington, Georgia | 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 | 04 07 7 | 53 | |

| 20 NO # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 OL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | HENRY CLASS | | | | | | | N/A | N/A |
| | NCIC CLASS | | | | | | | | |

24 FBI #      25 IDENTIFICATION COMMENTS

| 26 RESIDENT / NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| NON-RESIDENT | 121 Lee X1 2Ply Smith, Ala | N/A | Carpenter |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|
| Howard Construction | 1164 Jackolyn Dr, Col, GA | 724-1684 |

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR | 35 ARRESTED FOR YOUR JURISDICTION? |
|---|---|---|
| RUSSELL CO DIST CIRCUIT COURT | | YES ☑ NO ☐   IN STATE ☐ OUT STATE ☐ OTHER STATE AGENCY ☐ |

| 36 CONDITION OF ARRESTEE: | 37 RESIST ARREST? | 38 ARREST | 39 DESCRIPTION OF WEAPON |
|---|---|---|---|
| DRUNK ☐ SOBER ☐ DRINKING ☐ DRUGS ☐ | YES ☐ NO ☐ OFFICER ☐ ARRESTEE ☐ NONE ☑ | Y ☐ N ☐ | HANDGUN ☐ OTHER FIREARM ☐ RIFLE ☐ OTHER WEAPON ☐ SHOTGUN ☐ |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 08 14 07 3 05 | 1 AM ☐ 2 PM ☐ MIL ☐ | S M T W T F S | ON VIEW ☐ CALL ☐ WARRANT ☑ | YES ☐ NO ☐ UNKNOWN ☐ |

| 46 CHARGE-1 FEL ☐ MISD ☐ | 47 DOR/DOM | 48 CHARGE-2 FEL ☐ MISD ☐ | 49 UCR CODE |
|---|---|---|---|
| Sentenced 6 Months | | | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED |
|---|---|---|---|---|---|
| | | M D Y | | | M D Y |

| 56 CHARGE-3 FEL ☐ MISD ☐ | 57 UCR CODE | 58 CHARGE-4 FEL ☐ MISD ☐ | 59 UCR CODE |
|---|---|---|---|

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED |
|---|---|---|---|---|---|
| | | M D Y | | | M D Y |

| 66 ARREST DISPOSITION | 67 IF OUT ON RELEASE WHAT TYPE? | 48 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| HELD ☑ TOT-LE ☐ BAIL ☐ OTHER ☐ RELEASED ☐ | | |
| | | 68 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 US | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | | 79 IMPOUNDED? YES ☐ NO ☐ | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|---|

81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED

| 82 JUVENILE DISPOSITION | HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT ☐ | REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY ☐ | REF. TO ADULT COURT ☐ | CONTINUED IN NARRATIVE ☐ 83 RELEASED TO |
|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

| 91 DATE AND TIME OF RELEASE | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| M D Y : AM ☐ MR. ☐ PM ☐ | | | |

| 95 RELEASED TO | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE YES ☐ NO ☑ PARTIAL ☐ | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|

101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | LOCAL USE |
|---|---|---|
| | | STATE USE |

| ULTIMATE A&SB LOMED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.I.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.I.) | 114 ID # | 115 SUPERVISOR | 116 WATCH CMDR. |
|---|---|---|---|---|---|
| | 501 | | | | |

 

# RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION
## PROPERTY RECEIPT

INMATE NAME: _William E. Wells Jr._     BOOKING #: _070204001_

RECEIVING OFFICER: _____     NAME #: _11618_

PROPERTY IN SAFE: _____ YES   ✓ NO     DATE/TIME: _8/14/07_

| ITEM # | AMOUNT | ARTICLE DESCRIPTION | BIN |
|--------|--------|---------------------|-----|
| 1 | 1 | SHIRT | WOODBINE |
| 2 | 1 | PANTS | |
| 3 | 1 | SHOES | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

I ACKOWLEDGE THAT I HAVE RECEIVED THE INMATE HANDBOOK AND THAT THIS HANDBOOK MUST BE RETURNED UPON MY RELEASE. IF THE HANDBOOK IS NOT RETURNED IN GOOD CONDITION, I UNDERSTAND THAT I WILL BE CHARGED A REPLACEMENT FEE.

PRINT NAME: _William Earl Wells_ SIGNATURE: _William Earl Wells_

## RELEASE INFORMATION

RELEASING OFFICER: _____     DATE/TIME: _____

RECEIVED BY: _____
          PRINT NAME

SIGNATURE: _____     DATE: _____

COMMENTS: _____

_____

WHITE - Inmate File    CANARY - Placed in Property File    PINK - Placed in Property Bag    GOLD - To Inmate

PLG-006

*070706 2007*

| STATE OF ALABAMA | ) | IN THE CIRCUIT COURT OF |
|---|---|---|
| VS. | ) | RUSSELL COUNTY, AL |
| WILLIAM EARL WELLS, JR. | ) | CASE NO. CC 07-367 |
| DEFENDANT | ) | |

## SENTENCING ORDER

The defendant and counsel, and counsel for the State of Alabama appeared in open court for the defendant to sentenced on his/her conviction of Theft of property 3rd degree.

The Court conducted a sentencing hearing.

A pre-sentence report was requested by the defendant and considered by the Court.

Defendant is sentenced to the custody of the Sheriff of Russell County for a period of 12 months.
Sentence is suspended, and the defendant is placed on supervised probation for a period of 6 months, however, as a first condition of probation the defendant shall serve a period of 6 months in the custody of the Sheriff of Russell County. Upon release from incarceration, the defendant must report within 72 hours to the Russell County Probati Office.

Defendant shall pay restitution in the amount of $425.00 to Mattie Hand. The Clerk of the court is authorized to collect and disburse the restitution. Restitution is to be paid prior to other court costs.

Defendant shall be given credit for time served.

Defendant shall pay a fine in the amount of $~~1000.00~~. 750.00

Defendant shall pay $10.00 per day incarceration fee.

Defendant shall pay the cost of this case.

Defendant shall pay the Alabama Crime Victims Compensation Commission $100.00.

Defendant shall reimburse the State of Alabama the costs of his/her appointed counsel.

Payment of court ordered monies shall be a condition of parole, early release, S.I.R., or work release.

Defendant waives any right to appeal and waives any right to any post conviction remedy.

DONE and ORDERED in open court this 14th day of August 2007.

JUDGE CIRCUIT COURT

# BOOKING CHECKLIST

INMATE NAME: _William Wells_          DATE: _8/14/07_

The following are enclosed in inmate file:

1) Copy of Arrest Report(s)
2) Copy of Warrant(s) if possible
3) Property Inventory Slip
4) Fingerprint <u>Card</u>
5) Copy of Waiver (if applicable)
6) Copy of Medical Release (if applicable)

The following computer fields have been completed:

1) Names Table
2) Xname
3) Medical History
4) Arrest
5) Offense (Bond or Fine)
6) Housing

**Comments:**

Booking Officer's Signature _____

# Russell County Sheriff's Department



### Wells, William Earl

**W/M    Hgt: 5'09    Wgt: 160**

**DOB: 04/03/70   Age: 37**

**SSN:** ███████

**Name ID: 11618**

Name: _William Wells_                     Approx. date of any prior record here: _____
                                          DOB: _4-3-70_   Date: _8-14-07_

Apparent mental status of the patient (check one):
☒ Normal   ☐ Confused   ☐ Agitated   ☐ Intoxicated   ☐ Drugged   ☐ Strange

Any evidence of injury, active health problems or deformity: _____

## Patient Health History (Y or N response)

| | | |
|---|---|---|
| Are you currently sick in any way? _N_ | Do you have heavy sweating at night for no reason when it's not hot? _N_ | Do you have HIV infection or think you Might have it? _N_ |
| Do you have a fever that won't go away? _N_ | Have you lost more than 10 pounds of weight during the last 6 months? _N_ | Any symptoms which might indicated sex-related disease? _N_ |
| Are you currelty takey any prescribed Medications? (List below) _with N_ | Have you ever had a heart attack or any other heart trouble? _N_ | Have you ever intentionally hurt yourself or tried to take your own life? _N_ |
| Have you ever had any kind of cancer? _N_ | Do you have high blood pressure? _N_ | Would you ever try to take your own life? _N_ |
| Do you have diabetes? _N_ | Do you have chest pain with exercise or other chest pain? _N_ | Do you feel like you would like to die? _N_ |
| Do you have seizures or blackouts? _N_ | Have you had bleeding from your stomach, bowels, or kidneys? _N_ | Do you see people or things other can't see or hear voices others can't hear? _N_ |
| Have you ever had a stroke? _N_ | Do you have shortness of breath or trouble breathing? _N_ | Females: Are you pregnant or could you be pregnant? _N/A_ |
| Do you have any eye problems? (List below) _N_ | Do you have asthma? _N_ | On how many days of the past month have you consumed alcohol? _N_ |
| Do you have a cough that won't clear Up? _N_ | Do you hae kidney disease or failure or had kidney dialysis? _N_ | On how many days of the past month have you used drugs? _20_ |

Comments: _____

Medications: _NO_

Allergies: _NO_

Reason for any recent physician visits: _NO_

List surgeries: _None_

Describe any prior hospitalizations: _Not med_

Drugs you have used: _many_

Recommended housing or activity restrictions: _NO_

Medical management plans: _N/O_

Health insurance: _N/O_

Booking Officer: _Burns_     Inmate _X_     Medical Staff: _____

PLG-041

# PERSONAL INFORMATION

LAST NAME: Wells

FIRST NAME: William

MIDDLE NAME: Earl

HOME ADDRESS: 121 Lee Rd. 286

CITY Smiths    STATE AL    ZIP CODE 36869

PHONE NUMBER (334) 244-4725    CELL NUMBER ( )

CIRCLE ONE:    FEMALE OR (MALE)

BIRTHDAY: 04-03-70

# EMERGENCY CONTACT INFORMATION

LAST NAME: Rollins

FIRST NAME: Kimberly

MIDDLE NAME: E.

HOME ADDRESS: 9 Glennhaven Sub.

CITY Phenix City    STATE AL    ZIP CODE 36869

PHONE NUMBER (334) 291-9914    CELL NUMBER ( )

RELATIONSHIP: Girlfriend

_Wells, Williams 070204001_

INMATE LOCATION: _I_          DATE: _8/16/07_

PERSON BRINGING PACKAGE: _Kimberly E Bell_          RECEIVING OFFICER: _DST_

MONEY: _____     CASH ____    MONEY ORDER ____     (Minimum of $10.00)

1.) White T-shirts _3_

2.) White Underware _2_

3.) White Socks _2_

4.) White Sweatshirt (max. 1) _____

5.) White Bras (no wires) _____

6.) White Pillow (Must be Fire Department approved) _____

INMATE RECEIVED: _Willie Wells_

ANY OTHER ITEMS MUST BE OF MEDICAL NATURE AND BE APPROVED IN WRITING BY THE HEALTH CARE PROF
ESSIONAL (NURSE).

PACKAGES WILL BE ACCEPTED ONLY ON SUNDAYS FROM 1:00 p.m. until 5:00 p.m.

0702C '001

# INMATE REQUEST SLIP   C-Day

LOCATION

Name William Earl Wells   Date 08-23-07

☐ Telephone Call        ☐ Time Sheet

☐ Special Visit        ☐ Personal Problem        ☐ Other

Briefly Outline Your Request. Give to Jailer

Att: Ms. Gary, On Aug. 14th I was giving 6 months to Serve, w/ Credit from Feb 2nd to May 24th If my Calculation is Right, That will make My Release date Oct. 23rd Would you Please Recalculate My time for me And See if I'm Correct? Thank you Kindly for your Time & Concern in this Matter.

William E. Wells

(Do Not Write Below This Line – For Reply Only)

T/S 11/1/07

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.

☐ Lieutenant        ☐ Chief Deputy        ☐ Sheriff

Date 8/24/07   Time Received 09:00

Jailer _____ Ingersoll

07020400l

# INMATE REQUEST SLIP

C-Day

LOCATION

Name William E. Wells    Date 08-30-07

☐ Telephone Call        ☐ Time Sheet

☐ Special Visit        ☐ Personal Problem        ☐ Other

Briefly Outline Your Request. <u>Give to Jailer</u>

I NEED A HYGENE PACKAGE
I have NOT RECEIVED one
upon Admission And I have
No MONIES on My Account

<u>(Do Not Write Below This Line</u> – For Reply Only)

Given To  8/31/07

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.

☐ Lieutenant        ☐ Chief Deputy        ☐ Sheriff

Date 8-30-07  Time Received 08:19

Jailer C/O Sledon

070204001

## INMATE REQUEST SLIP   C-D+4
LOCATION

Name William E. Wells     Date 09-04-07

☐ Telephone Call        ☐ Time Sheet

☐ Special Visit        ☐ Personal Problem        ☐ Other

Briefly Outline Your Request.  Give to Jailer

Att:
I would like To Know if we
could Get Some Board games,
Dominos, checkers or chess?
We Cant Purches Any of these
Games off the store.

(Do Not Write Below This Line – For Reply Only)

Request Denied

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.
☐ Lieutenant        ☐ Chief Deputy        ☐ Sheriff

Date 9/4/7     Time Received     0730

Jailer o/o Gibbons

070204001

# INMATE REQUEST SLIP  C-Day

LOCATION

Name _William Earl Wells Jr._ Date _9-18-07_

☐ Telephone Call          ☐ Time Sheet

☐ Special Visit            ☐ Personal Problem      ☑ Other

═══════════════════════════════════════

Briefly Outline Your Request.  Give to Jailer

Att: Ms. Gary Could you PLEASE Send
ME A Copy of My Account
Transactions. Thank you Kindly
for your time.

Sincerly
William E Wells
#11618

═══════════════════════════════════════

(Do Not Write Below This Line – For Reply Only)

9/20

Inmate were give a copy of his
transaction report.

═══════════════════════════════════════

Approved _____ Denied _____ Collect Call _____

═══════════════════════════════════════

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _____          Time Received _____

Jailer _____

Ms. Mary.

My Name is William Earl Wells Jr.
I Am Writting you Concerning My Release date.
It is Presently Set for November 1st 2007
but Should be Oct. 24th 2007, let me Explain
it Please.

I Was Arrested on Feb 2nd And Served
until May 23rd 2007 before I bonded out,
that is 3 Months 21 days.
I Came back After being Sentenced on
Aug. 14th 2007, And from Aug. 14th to Oct 24th
is 2 Months 10 days.

3 Months 21 days
+ 2 Months 10 days
5 Months 31 days is 6 Months, which is
the Sentence I Was giving. Would you Please
Check on this Matter for me.

Thank you in advance for your time
And Concern in this Matter.

Sincerly
William E. Wells Jr.
D-Day Space

9/25/07
Corrected
Release date
is 10/25/07
[initials]

OK  070204001

# INMATE REQUEST SLIP

D-Day
LOCATION

Name _William Wells_ Date _10-10-07_

☐ Telephone Call  ☐ Time Sheet

☐ Special Visit  ☐ Personal Problem  ☐ Other

Briefly Outline Your Request. <u>Give to Jailer</u>

_Need A Hygene Kit Please._

(<u>Do Not Write Below This Line</u> – For Reply Only)

_Gave hygaine kit_
_10/11/07_
_Kyle Barnes_

Approved __X__  Denied _____  Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.

☐ Lieutenant  ☐ Chief Deputy  ☐ Sheriff

Date _10/10/07_  Time Received _0700_

Jailer _L. Mott_

```
    William Earl Wells Jr. AIS166763
     Russell County Jail
    P. O. Box 640
    Phenix City, AL 36868
```

------------------------------------------------------

TO ATTORNEYS OF RECORD:    Electronic Noticing is MANDATORY in the
District Court for the Middle District of Alabama.

By order of the court (General order 04-3164) Electronic Noticing is
mandatory for all attorneys who wish to practice in this district.

ATTORNEYS, If you have received this notice by mail, you have not yet
complied with this order, according to our records. Please register
IMMEDIATELY!

The mandatory registration form for attorneys can be accessed through our
web site (www.almd.uscourts.gov, click on the CM/ECF icon.  At the CM/ECF
welcome page, click on the Registration button).  The form can be completed
and submitted on-line

If you have any questions or need help with our Case Management/Electronic
Case Files (CM/ECF) system, please call our help desk on 334.954.3935.

Got Arrested on Feb 2nd 2007, MAde bond on
MAy 23rd, Thats 3 Months 21 days
CAMe bAck Aug. 14th, from Aug 14th to Oct. 24th
is 2 Months 10 dAys.

$$
\begin{array}{r}
3 \text{ Months } 21 \text{ dAys} \\
+ \quad 2 \text{ Months } 10 \text{ dAys} \\
\hline
5 \text{ Months } 31 \text{ dAys} = 6 \text{ Months}
\end{array}
$$

DOCKET DATE: 08/14/2007     JUDGE: GEORGE GREENE              TYPE:
DOCKET TIME: 00:00          LOCATION: COURTROOM II

        PROBATION VIOLATIONS AND SENTENCING
              TIMES LISTED BELOW
----------------------------------------------------------------------
NBR TIME    QUE CASE NUMBER       JID NAME                  CHARGE
----------------------------------------------------------------------

068 0200PM  001 CC2006000819.00 GRG TERRY DANIEL LOWRY     POSS/REC CONTR. S

DEF ATTY : COOPER CONNIE JO          TYPE: RETAINED    PHONE: 334-297-9442
DEF STATUS: JAIL      ORI/OFFC: 0570000/
                                     PROSECUTOR: SMITH MAX
                                     BOND/BOND TYPE:       $0.00/
   DESC 1: SENT  SENTENCING DKT/HE   ARREST DATE: 04/04/2006
SURETIES: 000

CHG @ FILE: POSS/REC CONTR. SUBS     CHG @ DISPOS: POSS/REC CONTR. SUBS
CTE: 13A-012-212                                                CNT:  1
                                CNT:  1

*39 mths*                    *"*                        *"*

----------------------------------------------------------------------
069 0200PM  001 CC2006000820.00 GRG TERRY DANIEL LOWRY       POSS MARIJUANA 2N

DEF ATTY : COOPER CONNIE JO          TYPE: RETAINED    PHONE: 334-297-9442
DEF STATUS: JAIL      ORI/OFFC: 0570000/
                                     PROSECUTOR: SMITH MAX
                                     BOND/BOND TYPE:       $0.00/
   DESC 1: SENT  SENTENCING DKT/HE   ARREST DATE: 04/04/2006
SURETIES: 000

CHG @ FILE: POSS MARIJUANA 2ND       CHG @ DISPOS: POSS MARIJUANA 2ND
CTE: 13A-012-214             CNT:  1                            CNT:  1

*12 mths - split - serve 12 mths S.O.*

----------------------------------------------------------------------
070 0200PM  001 CC2007000083.00 GRG THREATS AMY REBECCA     REC STOLEN PROP

DEF ATTY : COOLEY JENNIFER BATSON    TYPE: APPOINTED   PHONE: 334-298-7062
DEF STATUS: BOND      ORI/OFFC: 0570100/
                                     PROSECUTOR: SMITH MAX
                                     BOND/BOND TYPE:    $5000.00/S
   DESC 1: SENT  SENTENCING DKT/HE   ARREST DATE: 07/25/2006
SURETIES: WEEKS BONDING COMPANY

CHG @ FILE: REC STOLEN PROP 2ND      CHG @ DISPOS: REC STOLEN PROP 3RD
CTE: 13A-008-018             CNT:  1                            CNT:  1

*12 mths. - Split  serve  15 days - sup. prob. 12 mths*

----------------------------------------------------------------------
071 0200PM  001 CC2007000367.00 GRG WELLS WILLIAM EARL JR    THEFT OF PROP 3RD

DEF ATTY : PARKER JOANNA CHANCELLOR  TYPE: APPOINTED   PHONE: 334-298-7062
DEF STATUS: BOND      ORI/OFFC: 0570100/
                                     PROSECUTOR: SMITH MAX
                                     BOND/BOND TYPE:    $5000.00/S
   DESC 1: SENT  SENTENCING DKT/HE   ARREST DATE: 02/04/2007
SURETIES: WEEKS BONDING COMPANY

CHG @ FILE: THEFT OF PROP 2ND        CHG @ DISPOS: THEFT OF PROP 3RD
CTE: 13A-008-004             CNT:  1                            CNT:  1

*12 mths. - Split - serve 6 mths. - Sup. prob. 6 mths*
*750 fine, $100 VCF, atty fee's*
*$425.00 Mattie Hand*



STATE OF ALABAMA
UNIFIED JUDICIAL SYSTEM
26th JUDICIAL CIRCUIT

**KATHY COULTER**
*CLERK OF CIRCUIT COURT*
RUSSELL COUNTY, ALABAMA

P. O. BOX 518
PHENIX CITY, ALABAMA 36868-0518
(334) 298-0516

# NOTICE TO DEFENDANT

Please be advised that your case will be presented to the next available term of the Grand Jury.  You will be notified by mail of your next court date.

It is *your* responsibility to notify the Circuit Clerk's office if you have a change of address.

X Willie E. Wells

Ms. Gary,

I Need A Copy or Computer Print out of My Account, And for it to be Dated And Notorized.

Willie E. Wells

Here is a copy of your request that you ask for. Sgt. Perry can notarized.

**Exhibit B**
**Affidavit of Stephen Wurst**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **WILLIAM EARL WELLS, JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )     **Civil Action No. 3:07-cv-848-WKW-WC** |
| | ) |
| **THOMAS F. BOSWELL, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**<u>AFFIDAVIT OF STEPHEN WURST</u>**

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF RUSSELL** | ) |

1.      My name is Stephen Wurst.  I am over the age of nineteen and am competent to execute this affidavit, which is based on my personal knowledge, training and experience.

2.      I am a Correctional Officer in the Russell County Jail, Russell County, Alabama, (the "Jail") and was employed in that position at all times relevant to Plaintiff's Complaint.

3.      I have reviewed the Plaintiff's Complaint filed in this matter.  I have some personal knowledge of the facts stated in the Complaint.

4.      It is the policy of the Russell County Sheriff's Department that members of the Jail staff receive and answer inmate grievances.  Forms on which grievances may be related to the Jail staff are readily available in the Jail.  Inmates are furnished these forms at any time they request one.  An exception exists for requests of an emergency nature, which may be made orally.  Members of the Jail staff are charged with responding to such grievances.  Copies of all completed grievances and request forms are placed in an inmate's Jail file.

5.      Inmates are made aware of the grievance procedure through an inmate handbook provided at the time the inmates are booked in to the Jail.

6.      To not provide an inmate with a grievance form or address a grievance would be a violation of the policy of the Jail.  To my knowledge, the Plaintiff has not filed a grievance regarding the matters underlying his Complaint.

7.      The Jail has a policy that inmates are fed one door at a time.  This means that the door to the previous cell must be completely closed before the next cell door is opened and food delivered to the inmate in that cell.  The reason for this policy is that inmates like to trade food items, which is against jail policy.

8.      Each cell door has an electronic monitor that sends a signal to the cell block observation room indicating whether the door is locked or open.

9.      On August 18, 2007, at or about 4:20 a.m., I was distributing breakfast trays in the Plaintiff's cell block.  After giving the Plaintiff his breakfast tray, I noticed that the Plaintiff's cell door was resting on or near the door frame and jamb, but was not shut completely.  I instructed the Plaintiff to shut his door, but got no response.  I then firmly pushed the Plaintiff's cell door shut with my hand.  However, I could not see the location of the Plaintiff's hand and fingers.  At this time, I heard the Plaintiff yell that his fingers were broken.  Upon opening the cell door, I observed that three of the Plaintiff's fingers were in the door jamb at the time that I secured the door.  I instructed Officer Andrews to escort the Plaintiff to the jail infirmary to have his fingers checked.  I then finished distributing the breakfast trays.  Moments later, I was instructed by Sergeant Perry, the Shift Supervisor, to transport the Plaintiff to Summit Hospital.  At the hospital, I observed the medical staff x-ray the Plaintiff's hand, and heard the medical

staff state that one of the Plaintiff's fingers was broken. That finger was splinted, and the Plaintiff was released and transported back to the Russell County Jail.

10.      While at the hospital, the Plaintiff informed me that he had placed his fingers on the cell door lock in an effort to induce the door's electronic signal to indicate that the door was closed and locked, when in reality it was propped open with the Plaintiff's fingers..

11.      I certify and state that the documents provided to the Court which are attached to the Defendants' Special Report are true and correct copies of the Plaintiff's inmate and health records, kept at the Russell County Jail in the regular course of business.

12.      I affirm, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.

Stephen Wurst

**SWORN TO** and **SUBSCRIBED** before me this 31 day of OCTOBER , 2007.

NOTARY PUBLIC
My Commission Expires: 06-25-08

3

**Exhibit C**
**Affidavit of Tina Riley**

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **WILLIAM EARL WELLS, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:07-cv-848-WKW-WC** |
| | ) | |
| **THOMAS F. BOSWELL, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**AFFIDAVIT OF TINA RILEY**

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF RUSSELL** | ) |

1.    My name is Tina Riley.  I am over the age of nineteen and am competent to execute this affidavit, which is based on my personal knowledge, training and experience.

2.    I am a licenced nurse (L.P.N.) at the Russell County Jail, Russell County, Alabama, and was employed in that position at all times relevant to Plaintiff's Complaint.

3.    I have reviewed the Plaintiff's Complaint filed in this matter.  I have no personal knowledge of the facts stated in the Complaint.  I did not become aware of the allegations made the basis of the Plaintiff's Complaint until I was served with it.

4.    I work an eight-to-five day shift, and was not on duty during the times relevant to the Plaintiff's Complaint.  However, I have personally followed up with medical attention for the Plaintiff's broken finger.

5.    On or about August 27, 2007 – ten days after the Plaintiff broke his finger – I remember observing the Plaintiff without a splint on his injured middle finger.  I questioned the

Plaintiff regarding the absence of the splint, and the Plaintiff informed me that he could bend the finger. I instructed the Plaintiff that the splint should be worn according to doctor's orders.

6.      I certify and state that the medical documents provided to the Court which are attached to the Defendants' Special Report are true and correct copies of the Plaintiff's health records, kept at the Russell County Jail in the regular course of business.

7.      I affirm, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.

Tina Riley

**SWORN TO** and **SUBSCRIBED** before me this 31 day of OCT , 2007.


NOTARY PUBLIC
My Commission Expires: 06-25-08

2

**Exhibit D**
**Medical File of William Earl Wells, Jr.**

| NAME: Wells, William | D.O.B. 040370 RACE: W SEX: M |
|---|---|
| PRESENT MEDICATION: Ø | SSN: 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 |
| ALLERGIES: NKDA | |
| PPD: | HGT: 5'09" WGT: 160# LBS. |
| HIV/VDRL: | |

| DATE/ TIME | V/S: 129/78-66-16-97 99% | NURSE SIGNATURE |
|---|---|---|
| 020507 1110 BS: 113 | S: 36 y/o WM was placed on medical obs. when booked in due to answers on medical screenin form. States was "pretty messed up and high on drugs" when answered those questions. Herniated disk L5-L4 — never picked R hand surgery due to GSW 1986; R leg surgery GSW (1989) Neck surgery 2003 to remove skull fragments from being hit numerous times in back of head & hammer. Family Hx Dm (father) Long Hx substance abuse. O/A: VSS. WNL. No S/S of withdrawal noted. Pleasant P: No Harm contract signed. Monitor. | Jeffrey Rowe NP |
| | 3/25/07 133/85. 94-82. 98.1 | |
| | Burning in back. Dr Edwards for | |
| | Col — HMD ◦ muscle | |
| | Spasms ◦ Skelaxin + Rin. prn | |
| | ✓  X T abs | |
| Noted  E. Morris RN | MD | 100% |
| | V/S: 137/71-54-16-97.8 | |
| 082007 1130 | Transported to ER on 8/18/07 for suturing finger in cell door. | |
| | Keep finger splint on finger X 2 weeks. | |
| | keep splint on for 7. | |
| | F/U in 7. NP | MD |

Wells William

| Date/<br>Time | | Nurse<br>Signature |
|---|---|---|
| 082707<br>0900 | Observed J-3 c̄ Ø finger splint on injured Ⓡ middle finger. When questioned states able to bend it. Instructed J-3 that splint needs to be worn per physician's orders. V/S: 127/82 - 67 - 16 - 98? | Jeffrey Lowe HP<br>99% |
| 090607<br>1035<br>BS:130 | F/u: middle finger Ⓡ hand<br>· remove splint – exercise finger<br><br>Still painful left middle<br>finger<br><br>F/U – if ŝ̄o | 99% |
| 092007<br>1035 | F/u: Ⓡ middle finger.    V/S: 114/73 - 67 - 16 - 974<br>Normal exam<br>Ø further tx needed | |



Alabama Department of Public Health
TB Division
RSA Tower/201 Monroe Street
Montgomery, Alabama 36130-3017

# TB
## Skin Test Card

*NOTE: Use blue or black ink only to complete form.*

**County Code** 57    **Target Testing**    **PROJECT**

**Patient Last Name**
Wells

**First Name**    **MI**
William

**Patient Home Address**

**City**

**State**    **Zip Code**    **Home Phone**
                              -        -

**SSN:**    -    -

**Date of Birth:**    -    -    **SEX:** (M)  F

**Race:** (W)  B  AI  A  AN  H/PI  O    **ETHNICITY:** Hispanic    YES    NO

**Test Administered By:**    **Site Test:**
TB Staff    Health Department
PH Nurse    ● Other
● Other

**Reason Tested:**
Health Care Worker    Foreign Born
Medical Risk    Homeless
Shelter    ● Jail/Prison
Student    Not at Risk
Occupational

**Contact to Case/Suspect:**
YES    ● NO

**Risk Categories:**
A
● B
C

**PPD ONE:**

Provider#: 5752    Lot#: 35447

Date of Test    Antigen
02 - 09 - 2007    AP  ● TU

Provider#:

Date Read    Result
02-17-2007    ( mm    DNR

**PPD TWO:**

Provider#:    Lot#:

Date of Test    Antigen
-    -    AP  TU

Provider#:

Date Read    Result
-    -    mm    DNR

Race codes: W-White, B-Black; AI-American Indian; A-Asian; AN - Alaskan Native; H/PI-Hawaiian/Pacific Islander; O-Other    **ADPH-TB - 26/REV-5-2002**

# Russell County Sheriff's Department

Case 3:07-cv-00843-WKW-WC    Document 16-5    Filed 11/01/2007    Page 1 of 95

 

## Wells, William Earl
## 11618

# Russell County Sheriff's Department

 

## Wells, William Earl
## 11618

WELLS WILLIAM
ELLIS MILES
M 04/03/1970
08/18/07 06:12
0025232
EMS
37
000015405

© 1996 - 2006 T-System, Inc. Circle or check affirmatives, backslash (/) negatives.

09

Summit Hospital
# EMERGENCY PHYSICIAN RECORD
## Hand or Wrist Injury (4)

TIME SEEN: 0630 ☐ on arrival ROOM: 4 __ EMS Arrival
HISTORIAN: (patient) spouse paramedics
__HX / __EXAM LIMITED BY:

**HPI**

**chief complaint:** Injury to: right / (left)
hand palm wrist forearm elbow arm
thumb index f. (middle f.) ring f. small f.

**duration / occurred:**
just prior to arrival
today
(yesterday)
__ days ago

**where:**
home school
neighbor's park
work street
Jail

**severity of pain:**
mild moderate (severe)

worse / persistent since
pain intermittent / lasting

**context:** fall (blow) laceration crushed burn
human / animal bite
- hand caught in slamming metal door.

**location of injury:**
R. UE hand palm fingers
(L) UE hand palm (fingers)

**ROS**
tingling / numbness distally suspected FB in skin lac
pain / weakness grip fingers recent illness

**PAST HX** negative R / L HANDED prior injury
diabetes type 1 type 2 diet / oral / insulin

Meds: None / see nurses note
Allergies: NKDA / see nurses note

**SOCIAL HX** (smoker) drug use / abuse
recent ETOH occupation

☐ Nursing Assessment Reviewed ☑ Vitals Reviewed ☐ Tetanus [illegible]

**PHYSICAL EXAM**
General Appearance __ mild (moderate) severe (distress)

**EXTREMITIES**
**HAND**
__ nml inspection
__ non-tender
__ no evidence of FB

see diagram
tenderness soft tissue / bony
swelling / ecchymosis middle
limited ROM Finger
[illegible] pain / functional defect
deformity
[illegible]

**WRIST**
__ nml inspection
__ non-tender
__ nml ROM

__ see diagram
__ tenderness soft tissue / bony
__ tenderness in anatomical snuff box
__ wrist pain on axial thumb load
__ swelling / ecchymosis
__ limited ROM
__ deformity

T=Tenderness S=Swelling
E=Ecchymosis B=Burn
C=Contusion L=Laceration
A=Abrasion
PW=puncture wound
[illegible]
mild/moderate/severe
Example: T/c = Tenderness on palpation [illegible]

**NEURO**
__ sensation intact
__ [illegible]

__ digital nerve deficit
decreased fine touch abnml 2-point discrim.
__ median nerve deficit
sensory deficit lat. 3 ½ fingers / at palm
motor deficit pronation thumb flexion
index & middle finger flexion
__ ulnar nerve deficit
sensory deficit med. palm / med. 1 ½ fingers
motor deficit thumb adduction / fingers abduct
__ radial nerve deficit
motor deficit wrist drop / thumb extension

**VASCULAR**
__ no vascular compromise

pallor / cool skin / abnml cap refill
pulse deficit radial ulnar

**TENDONS**
__ tendon function normal

__ tendon visualized / injury seen
extensor flexor complete partial
__ deficit in tendon function
[illegible]

**FOREARM / ELBOW / ARM**
__ [illegible]
above wrist

__ see diagram
__ tenderness soft tissue / bony
__ swelling / ecchymosis
__ deformity
__ limited ROM

___ warm, dry          ___ diaphoretic / cool ___   ___ tic

**HEAD / ENT**
___ inspection          ___ swelling / ecchymosis
___ pharynx nml

**NECK / BACK**
___ nml inspection      ___ tenderness
___ non-tender          ___ swelling / ecchymosis

**RESP / CVS**
___ chest non tender    ___ tenderness
___ breath sounds nml   ___ swelling / ecchymosis
___ heart sounds nml    ___ decreased breath sounds
                        ___ wheezes / rales / rhonchi
                        ___ tachycardia / bradycardia

**ABDOMEN**
___ non-tender          ___ tenderness / guarding
___ no organomegaly

**PROCEDURES**

Wound Description / Repair

length ___ cm   location ___
linear      irregular    flap      stellate
superficial  *subcut    *muscle   through-and-through
contused tissue
clean    contaminated moderately / *heavily
distal NVT:   neuro & vascular status intact    no tendon injury
anesthesia:   local   LET / tetracaine / adrenaline / cocaine ___ mL
marcaine 0.25% 0.5%   lidoc 1% 2% epi / bicarb   digital / metacarpal block
prep:
Betadine / Hibiclens / Shur-Clens
irrigated / washed w/ saline       debrided
   minimal / *mod. / *extensive      minimal / *mod. / *extensive
wound explored                     undermined
foreign material removed              minimal / mod. / *extensive
   partially  completely           wound margins revised
   minimal / mod. / *extensive     multiple flaps aligned
no foreign body identified

Rx given _Motrin_

repair:   Wound closed with:   wound adhesive / Dermabond / steri-strips
   SKIN   # ___      6 nylon / prolene / staples /
                        silk / tension /
         interrupted  running   simple    mattress ( h / v )
*NAIL BED  # ___              6 vicryl / chromic ___
   OTHER                        ___

PROGRESS

Time ___       unchanged    improved    re-examined

referred to / discussed with Dr. ___       Time: ___
will see patient in:   ED / hospital / office in ___ days

**CLINICAL IMPRESSION**   Fall   Alleged Assault

Contusion     R / L   wrist  hand
Hematoma      thumb   index / middle / ring / small
Laceration    MP  PIP  DIP joint
Sprain / Strain / Dislocation
Fracture    R (L)   radius  distal / shaft / proximal
                ulna  head / shaft / distal / styloid   Colles' fx
              metacarpal #  5  4  3  2  1
            phalanx  # _3_
                 prox / middle / distal / tuft
                 nondisplaced / displaced

**XRAYS**  ___ interp. by me   ___ viewed by Dr ___   ___ by radiologist
  R / L   hand   wrist   forearm   finger
___ normal / NAD        ___ DJD
___ no fracture         ___ dislocation
___ nml alignment       ___ soft-tissue swelling
___ no foreign body     ___ foreign body
___ fracture  non-displaced  displaced
  transverse  oblique  comminuted  angulated
  impacted  varus  intra-articular

R Middle Finger - ___
Phalanx ___

DISPOSITION
CONDITION:    ___ home  ___ admitted  ___ transferred
              ___ unchanged  ___ improved

PHYSICIAN SIGNATURE ___

___ Dictated Addendum

**Emergency Department Record**
**Physician Order Sheet**

WEIL  ILLIAM
M                04/03/1970      37
08/18/07 06:12              000015405

0025232
EMS

- SMBG submitted
- Blood Glucose
- Amylase
- S. Ketones
- Lipase
- CK
- CK-MB
- Troponin I
- BNP
- PT / PTT
- Sed Rate
- H. Pylori

- KUB    flat    upright
- CT:    head   abdomen/pelvis
          with   without contrast
- IVP
- C-Spine 2 View
- C-Spine 3 View
- Acute Abdominal Series

**Cardiorespiratory**

☐ Phenergan _____
☐ Toradol _____
☐ Tylenol _____
☐ Motrin _____
☐ Morphine sulfate _____
☐ Demerol _____
☐ Nubain _____
☐ Rocephin _____ IM mix w/1% Lidocaine plain
☐ Rocephin _____ IV
☐ Zofran _____

Depakote Dilantin ETOH
Tylenol ASA Tegretol
Depakote Phenobarbital

RETURN IMMEDIATELY FOR WORSENING SYMPTOMS

Physician Signature _____
Nurse Signature _____

Emergency Department Record – Physician Order Sheet

Triage Screening Form — Surumit Hospital

Date: 8-18-07  Time: 0620  RM #: ____  Time in RM: ____

Name: Wells, William  Age: 37  Sex: ☒M ☐F

Race: White  Height: ____

PCP: none  Weight: 150 lbs  ____ kg

Chief Complaint: injury of (L) 2nd, 3rd & 4th fingers.

*(If pt. states has chest pain – was ASA given? ☐Yes ☐No)

Onset of symptoms: 8-18-07 @ 0420

| Vital Signs: | Temp: 98.1 | ☒O, ☐R, ☐T) | O2 Sat. 100% | |
| | Pulse: 56 | | Resp: 18 | B/P: 119/67 |

Are you in pain? ☒Yes ☐No  Scale (0 – 10): 10

Describe pain: Throbbing

Tetanus in last 5 yrs. ☒Yes ☐No  Immunizations UTD ☒Yes ☐No

Had flu vaccine last 12 months ☐Yes ☒No  Had pneumonia vaccine (last 5 yrs) ☐Yes ☒No

Mode of Transportation: ☐POV ☒Ambulation ☐EMS ☐Other

Allergies: ☒None known ☐Yes sign: ____

Past medical history: Hx CAD

Past surgical history: orthopedic surgery

Pediatric Assessment – Fontanele: ☐bulging ☐depressed ☐soft ☐closed

Smoke: ☒Yes ☐No # of cigs/ pks/day  Drink ☐Yes ☒No

Last menstrual period: N/A  Gravida ____  Para ____

Hearing impaired: ☐Yes ☒No  if deaf, interpreter needed

Cultural beliefs: ☐Yes ☒No  if so. ____

Do you feel safe in your environment: ☒Yes ☐No  Comments:

Do you have mobility problems: ☐Yes ☒No  Define.

Primary language spoken: ☒English ☐Spanish ☐German ☐Chinese ☐Other

Is the patient able to participate in education: ☒Yes ☐No (if yes, select option below)

Learns best by: ☐Lecture ☐Demonstration ☒Visual ☐Audible

Can patient read: ☒Yes ☐No  Can patient write ☒Yes ☐No

Primary learner: ☒Patient ☐Family ☐Other

Describe any abnormal findings: bruising to fingers.

Observations: pt brought in from Russell County Jail escorted by an officer.



| Patient Name: | WELLS WILLIAM | | | |
| Patient #: | 25232 | | Med Rec #: | 15405 |
| Age/Sex: | 37/M | | Attending: | ELLIS MILES |
| Room/Bed: | | | Admitted: | 8/18/07  6:12 |

| Date | Time | By | Title | Discipline |
|------|------|-----|-------|------------|
| 9/18/07 | 07:00 | Rose Griffeth | NURSE | NURSING |

SPLINT APPLIED PER DR. ELLIS-DC INSTRUCTIONS RX FOR MOTRIN
GIVEN AND REVIEW3ED W/ VOICED UNDERSTANDING PER PT-PT DCD IN
CARE OF DEPUTY OF RUSSELL CO. SHERIFF'S DEPT-R.
GRIFFETH, RNC

| Date | Time | By | Title | Discipline |
|------|------|-----|-------|------------|
| 8/18/07 | 06:37 | April Tidwell | LPN | NURSING |

TIME:0637
DRUG:TYLENOL #3
DOSE:2 TABS
ROUTE:PO
INITIAL AT LPN

| Date | Time | By | Title | Discipline |
|------|------|-----|-------|------------|
| 8/18/07 | 06:36 | April Tidwell | LPN | NURSING |

0636 BACK FROM XRAY.A TIDWELL LPN

| Date | Time | By | Title | Discipline |
|------|------|-----|-------|------------|
| 8/18/07 | 06:33 | April Tidwell | LPN | NURSING |

0633 PT AMB TO XRAY.A TIDWELL LPN

| Date | Time | By | Title | Discipline |
|------|------|-----|-------|------------|
| 8/18/07 | 06:30 | Young Kwon | RN | NURSING |

PT IS FROM RUSSELL COUNTY JAIL ESCORTED BY AN OFFICER. TO
RM #4, AMBULATORY CONDITION WITH CHAINS TO ANKLES.

| Date | Time | By | Title | Discipline |
|------|------|-----|-------|------------|
| 8/18/07 | 06:25 | April Tidwell | LPN | NURSING |

0625 DR ELLIS IN TO SEE PT.A TIDWELL LPN
*** End of Report ***

The Patient was given the following documents on <u>Aug 18, 2007</u>

**<u>FINGER FRACTURE  - Discharge Care,  English</u>**
**Special Instructions:**
MOTRIN 800MG BY MOUTH THREE TIMES DAILY-2)ICE TO FINGERS AS
NEEDED-3)FOLLOW UP IN 2-3 DAYS

I have received and understand the instructions in this handout.

_____
Patient/Guardian's Signature

_____
Caregiver's Signature

V/s on da: 98% Temp

B/p = 117/69

P = 61

R = 16

# OBSERVATION

# COVER

# SHEET

Wells, William

# RUSSELL COUNTY JAIL

## LOG OF CHECKS ON INMATES REQUIRING OBSERVATION

INMATE NAME William Wales    CELL Hld-3    DATE 020407

REASON FOR OBSERVATION Medical (Suicidal)

DOCTOR OR NURSE INSTRUCTIONS _____

| DATE | TIME | OFFICERS INITIALS | REMARKS | DATE | TIME | OFFICERS INITIALS | REMARKS |
|------|------|------|------|------|------|------|------|
| 020407 | 0315 | MR | Placed in cell | 2/5 | 0423 | SofbPm | Sleep |
| 020407 | 0430 | MR | refused tray | 020507 | 0450 | A2 | Fed tray |
| 024-07 | 0640 | CT | Lat Down w/ HC | 2/5 | 0506 | SofbPm | Tray Pickup (refused |
| 020407 | 0806 | AS | Sleep | 020507 | 0630 | | M / HC |
| 2-4-7 | 0858 | CP | Sleep | 8Feb07 | 0707 | MOS | Laying down |
| 2-4-7 | 0959 | CP | Sleep | 2-5-7 | 0714 | SG | Sleep |
| 020407 | 1046 | CW | Sleep | 8Feb07 | 0818 | MOS | Laying down |
| 24-07 | 1126 | CP | feeding | 2-5-7 | 0902 | SG | Sleep |
| 2/4/7 | 1150 | CT | picking trace | 2-5-7 | 0955 | SG | At Door |
| 2-4-7 | 1350 | CP | Sleep | 2/5/07 | 11:20 | GH | Lunch Served |
| 2-4-7 | 1430 | CP | Sleep | | | | |
| 2-4-7 | 1525 | CP | sleep | | | | |
| 2-4-7 | 1639 | CP | Fed Tray | | | | |
| 2/4/7 | 1643 | CT | pickup tray | | | | |
| 020407 | 1747 | MR | sleep | | | | |
| 2/4/7 | 1843 | CT | HC / sleep | | | | |
| 2/4/7 | 1900 | JA | sleep | | | | |
| 2/4 | 2021 | SofbPm | Sleep | | | | |
| 24/7 | 2038 | JA | SLEEP | | | | |
| 24/7 | 2230 | JA | Sleep | | | | |
| 020407 | 2310 | MR | HC | | | | |
| 2/5 | 03 | SofbPm | Sleep | | | | |
| 2/5 | 0113 | SofbPm | Sleep | | | | |
| 020507 | 0129 | MR | HC / Sleep | | | | |
| 2/5 | 0312 | SofbPm | Sleep | | | | |
| 020507 | 0323 | MR | HC | | | | |

# Russell County Sheriff's Department



**Wells, William Earl**

**W/M   Hgt: 5'09   Wgt: 160**

**DOB: 04/03/70   Age: 36**

**SSN:** ▮▮▮▮▮▮▮

**Name ID: 11618**

Intake Screen

Name: _William Wells_

Approx. date of any prior record here: _____

DOB: _4-3-70_  Date: _2-4-7_

Apparent mental status of the patient (check one):

☑ Normal  ☐ Confused  ☐ Agitated  ☐ Intoxicated  ☐ Drugged  ☐ Strange

Any evidence of injury, active health problems or deformity: _____

## Patient Health History (Y or N response)

| | | |
|---|---|---|
| Are you currently sick in any way? _NO_ | Do you have heavy sweating at night For no reason when it's not hot? _NO_ | Do you have HIV infection or think you Might have it? _NO_ |
| Do you have a fever that won't go away? _NO_ | Have you lost more than 10 pounds of weight during the last 6 months? _YES_ | Any symptoms which might indicated sex-related disease? _NO_ |
| Are you currelty takey any prescribed Medications? (Liste below) _NO_ | Have you ever had a heart attack or any other heart trouble? _NO_ | Have you ever intentionally hurt yourself or tried to take your own life? _YES_ |
| Have you ever had any kind of cancer? _NO_ | Do you have high blood pressure? _NO_ | Would you ever try to take your own life? _Probable_ |
| Do you have diabetes? _NO_ | Do you have chest pain with exercise or other chest pain? _NO_ | Do you feel like you would like to die? _Sometimes_ |
| Do you have seizures or blackouts? _NO_ | Have you had bleeding from your stomach, bowels, or kidneys? _NO_ | Do you see people or things other can't see or hear voices others can't hear? _YES_ |
| Have you ever had a stroke? _NO_ | Do you have shortness of breath or trouble breathing? _YES_ | Females: Are you pregnant or could you be pregnant? _NO_ |
| Do you have any eye problems? (List below) _YES_ | Do you have asthma? _NO_ | On how many days of the past month have you consumed alcohol? _____ |
| Do you have a cough that won't clear Up? _NO_ | Do you hae kidney disease or failure or had kidney dialysis? _NO_ | On how many days of the past month have you used drugs? _Most_ |

Comments: _____

Medications: _____                                    974

Allergies: _____

Reason for any recent physician visits: _____

List surgeries: _____

Describe any prior hospitalizations: _____

Drugs you have used: _Cocain  Pot  Crack_

Recommended housing or activity restrictions: _____

Medical management plans: _____

Health insurance: _None_

Booking Officer: _Walden_   Inmate _William Wells_   Medical Staff: _____




TOMMY BOSWELL, SHERIFF
POST OFFICE BOX 640
PHENIX CITY, ALABAMA
36868-0640
(334) 298-6535
FAX (334) 291-7667

I *William E Wells*, agree that I will not act on any thoughts I may have to harm myself or anyone else. I do not have any plans to harm myself or anyone at this time. Should I begin to feel in danger of harming myself or anyone else, I agree to contact a staff member of the Russell County Jail.

2/5/07
**DATE**

*William Earl Wells*
**INMATE**

**DATE**

**WITNESS**

Wells,
William

# OBSERVATION

# COVER

# SHEET

I have received and understand the instructions in this handout.

_____
**Patient/Guardian's Signature**

_____
**Caregiver's Signature**

**Special Instructions:**
**MOTRIN 800MG BY MOUTH THREE TIMES DAILY-2)ICE TO FINGERS AS NEEDED-**
**3)FOLLOW UP IN 2-3 DAYS**

## Finger Fracture

### WHAT YOU SHOULD KNOW:

- A finger fracture is a break in the bone of the finger. You can break a finger many different ways. It may happen during a fall or an accident. You may break it while playing sports. A broken finger may hurt, feel weak or numb, or tingle. It may be stiff, swollen, or bruised. It may also bleed if the skin is broken. Your finger may not look normal or may even look bent if the bones are out of place. You may have a hard time moving your finger. You may not be able to move it at all.

- Your treatment will depend on which finger is broken and the type of fracture you have. You may need a splint or cast. These protect, support, and prevent movement of your injured finger while it heals. If your finger is dislocated or displaced (broken parts are out of place), you may need a reduction. Caregivers do this procedure to line up the bones so that they can heal normally. If your finger is severely (badly) injured, you may need surgery. You may need to have pins and wires, or plates and screws put into your bone. These can help to keep the broken bone parts lined up so your finger can heal correctly. A broken finger bone usually takes four to eight weeks to heal.

### AFTER YOU LEAVE:

#### Your medicines are: MOTRIN

- **Take your medicine as directed:** Always take your medicine as directed by caregivers. Call your caregiver if you think your medicines are not helping or if you feel you are having side effects. Do not quit taking your medicines until you discuss it with your caregiver.

- **Antibiotics:** This medicine is given to fight or prevent an infection caused by bacteria. Always take your antibiotics exactly as ordered by your caregiver. Keep taking this medicine until it is completely gone, even if you feel better. Stopping antibiotics without your caregiver's OK may make the medicine unable to kill all of the germs. **Never** "save" antibiotics or take leftover antibiotics that were given to you for another illness.

- **Over-the-counter pain medicine:** You may use over-the-counter (OTC) pain

medicines, such as ibuprofen or acetaminophen, for pain or swelling. These medicines may be bought without a caregiver's order. These medicines are safe for most people to use. However, they can cause serious problems when they are not used correctly. People with certain medical conditions, or using certain other medicines are at a higher risk for problems. Using too much, or using these medicines for longer than the label says can also cause problems. Follow directions on the label carefully. If you have questions, talk to your caregiver.

- If you scratched or tore some skin, you may also need a tetanus shot. If you got a tetanus shot, your arm may get swollen, red, and warm to touch at the shot site. This is a normal reaction to this shot.

**Follow-up visit information: FOLLOW UP WIYH PRIVATE MD** Keep all appointments. Write down any questions you may have. This way you will remember to ask these questions during your next visit.

## How can I take care of my finger?

- **Splint:** Caregivers may wrap your finger with tape or a finger splint to keep your finger from moving. Caregivers may tell you to keep this splint on all the time for four to eight weeks. You may need to continue to use the splint during sports activities for another four to eight weeks.

  - You may remove the splint each day to wash your finger. When your splint is off, do not try to bend the tip of your finger.

  - Put your splint back on as soon as possible. When re-taping, make sure the splint is in the same place and position. You may also re-tape the splint if it gets wet. If your finger is numb or tingling, the splint may be too tight. Loosen the tape so your finger is comfortable.

  - Move the part of your injured finger that is not covered by the splint several times a day.

- **Ice:** Put crushed ice in a plastic bag or use a bag of frozen peas or corn. Cover it with a towel. Place this on your finger for 15 to 20 minutes every hour as long as you need it. Do not sleep with the ice pack because you could get frostbite.

- **Elevate:** Keep your finger elevated above the level of your heart whenever possible for 48 to 72 hours. This helps decrease both pain and swelling.

- **Finger exercises:** Do finger and hand exercises as directed by your caregiver. These can help to build strength and to decrease stiffness and swelling in your finger.

- **Rest:** Resting your finger decreases swelling and allows the injury to heal. When the pain decreases, your caregiver will tell you if you may begin normal, slow movements.

- **Eat a healthy diet:** Eat a variety of healthy foods including fruit, vegetables, breads, dairy products, meat, poultry, and fish. Eating healthy foods may help you feel better and have more energy. It may also help you heal faster. Your caregiver may want you to eat a diet high in calcium. Foods high in calcium are milk, cheese, ice cream, fish, and dark green vegetables, like spinach. High calcium foods help prevent bone loss.

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility   C-DAY
LOCATION

Name William E. Wells   Date 08-27-07

# MEDICAL

Nature of complaint or illness:

I Need Some Motron for Pain. My finger hurts.

Sign here for consent
to be treated by health staff: William E. Wells

(Do Not Write Below This Line – For Reply Only)

Tylenol xx

DOCTOR ☐       DENTIST ☐       OTHER ☐

Date 8-27     Time Received 1200

Officer C/O CURESS

---

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility   C-DAY
LOCATION

Name William E. Wells   Date 08-24-07

# MEDICAL

Nature of complaint or illness:

ON or About the 17th of Aug I WAS taken to the Hospital for A Broken finger, The Doctor Prescribed me Motron 800 mg. And I Am Not Receiving it. Why? I Need it for pain!

Sign here for consent
to be treated by health staff: William E. Wells

(Do Not Write Below This Line – For Reply Only)

8/27/07 Prescription was as needed for pain — which means you would have to put in written (medical) request when you needed it

DOCTOR ☐       DENTIST ☐       OTHER ☐

Date 8-24-7     Time Received 15:30

Officer

## INMATE REQUEST FORM
Prentiss Griffith Detention Facility

*B-Dorm*
LOCATION

Name William Earl Wells  Date 05-09-07

# MEDICAL

Nature of complaint or illness:

I have A Tooth That is broke off
And I'm having Sever Pain. I Need
whats Left of this tooth Cut out Plex!

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

Given IM

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 5/9  Time Received

Officer _____


## INMATE REQUEST FORM
Prentiss Griffith Detention Facility

*B-Dorm*
LOCATION

Name William Wells  Date 05-10-07

# MEDICAL

Nature of complaint or illness:

Need Something for Pain, I have
tooth Ache. Please!

Sign here for consent
to be treated by health staff: William E. Wells

(Do Not Write Below This Line – For Reply Only)

Advil 200mg x2

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date 5/10  Time Received

Officer _____

# INMATE REQUEST FORM

### Prentiss Griffith Detention Facility

C-DAY
LOCATION

Name _William E. Wells_ Date _08-26-07_

# MEDICAL

Nature of complaint or illness:

_Need to See Eye doctor; having_
_headaches And Blurd Vision._

Sign here for consent
to be treated by health staff: _William E Wells_

**(Do Not Write Below This Line** – For Reply Only)

_8/27/07  No eye doctor_

**DOCTOR** ☐      **DENTIST** ☐      **OTHER** ☐

Date _8/27_  Time Received _0720_

Officer _C/o Tarva_

- **Quit smoking:** It is never too late to quit smoking. Smoking harms the heart, lungs, and the blood. You are more likely to have a heart attack, lung disease, and cancer if you smoke. You will help yourself and those around you by not smoking. Ask your caregiver for more information about how to stop smoking if you are having trouble quitting.

## CALL YOUR PRIVATE MD OR RETURN TO EO IF:

- You have finger pain or swelling that is getting worse.

- Your injured finger is cold when the other fingers are warm.

- Your injured finger is swollen and very red.

## SEEK CARE IMMEDIATELY IF:

- The skin on your finger is broken and bleeding.

- Your injured finger is white or blue.

- Your injured finger is numb or tingling.

© 1974-2007  Thomson MICROMEDEX. All rights reserved.

**FINGER FRACTURE - Discharge Care,  English**
**Saturday, August 18, 2007 7:05:08 AM**

Intake Screen

Name William Wells

Approx. date of any prior record here: _____

DOB: 4-3-70    Date: 8-14-07

Apparent mental status of the patient (check one):

☒ Normal    ☐ Confused    ☐ Agitated    ☐ Intoxicated    ☐ Drugged    ☐ Strange

Any evidence of injury, active health problems or deformity: _____

## Patient Health History (Y or N response)

| | | |
|---|---|---|
| Are you currently sick in any way? N | Do you have heavy sweating at night For no reason when it's not hot? N | Do you have HIV infection or think you Might have it? N |
| Do you have a fever that won't go away? N | Have you lost more than 10 pounds of weight during the last 6 months? N | Any symptoms which might indicated sex-related disease? N |
| Are you currently takey any prescribed Medications? (List below) N | Have you ever had a heart attack or any other heart trouble? N | Have you ever intentionally hurt yourself or tried to take your own life? N |
| Have you ever had any kind of cancer? N | Do you have high blood pressure? N | Would you ever try to take your own life? N |
| Do you have diabetes? N | Do you have chest pain with exercise or other chest pain? N | Do you feel like you would like to die? N |
| Do you have seizures or blackouts? N | Have you had bleeding from your stomach, bowels, or kidneys? N | Do you see people or things other can't see or hear voices others can't hear? N |
| Have you ever had a stroke? N | Do you have shortness of breath or trouble breathing? N | Females: Are you pregnant or could you be pregnant? N/A |
| Do you have any eye problems? (List below) N | Do you have asthma? N | On how many days of the past month have you consumed alcohol? N |
| Do you have a cough that won't clear Up? N | Do you hae kidney disease or failure or had kidney dialysis? N | On how many days of the past month have you used drugs? 20 |

Comments: _____

Medications: NO

Allergies: NO

Reason for any recent physician visits: NO

List surgeries: NO

Describe any prior hospitalizations: NO

Drugs you have used: mariji

Recommended housing or activity restrictions: NO

Medical management plans: N/O

Health insurance: N/O

Booking Officer: Burns    Inmate X    Medical Staff M Danis RN

# ALABAMA DEPARTMENT OF PUBLIC HEALTH
## BUREAU OF CLINICAL LABORATORIES

HIV SEROLOGY 07-6670 00848-WKW-WC Document 11-4 Filed 01/2007
WESTERN BLOT   86689

**PLEASE USE A BLACK PEN**

**Patient's Last Name**

**Patient's First Name**

**MI**

**Address**

**Apt.**

PLACE LABEL INSIDE RECTANGLE

**Counselor (Initials)**

**Date Collected**  / /

**City**   **State**   **Zip**

**EIA**
Results: Indicated by Marked
- ☒ Negative
- ○ Not Done
- ○ Positive

**WESTERN BLOT**
- ○ Negative
- ○ Indeterminate
- ○ Positive
- ○ Not Done

**Phone**

**RACE**
W B H A I U
○ ○ ○ ○ ○ ○

**SEX**
M F
○ ○

**DOB (mmddyyyy)**
 / /

**ANALYST INITIALS**

**DATE REPORTED**  / /

- ☐ Birmingham
- ☐ Decatur
- ☐ Dothan
- ☐ Mobile
- ☒ Montgomery

**Provider** COUNTY
**Address** F NURS
**City** P O   **State**   **Zip**
PHE   Y ALAB

**SITE CODE**   **CNTY**

**County Health Dept. CHR Number**

**Social Security Number**
 - - 

**Has Patient Had a Previous Positive or Indeterminate Western Blot?**
○ No   ○ Yes   ○ Unknown

**Medicaid Number**

**Provider Number**

**Date**  / /

## PATIENT SHOULD HAVE A TUBERCULIN SKIN TEST IF HIV POSITIVE

1997321024

RECEIVED

ADPH-CL-10 REV 07-01

# Bureau ˮ Clinical Laboratories-M˷ ˷tgomery

P O BOX 2406, MONTGOMERY AL 36102-4018

Phone:(334) 260-3400   FAX:(334) 274-9800

| Provider: | Accession | **4057871** | ID: | **1100155** | Patient: | | Page: | 1 |
|---|---|---|---|---|---|---|---|---|

**Provider:**
RUSSELL COUNTY SHERIFF'S DE
P O BOX 640
PHENIX CITY, AL,
(000) 000-0000,
RUSSELL CO HD

**Accession** 4057871
Requisition #: 4057871
Service Area:
CHR #:

Collected: 3/ 7/2007 @
Received: 3/12/2007 @  9:43 AM
Reported: 3/13/2007 @ 11:11 AM

**Patient:**
**Wells,William,**
D.O.B.:
Sex: M   MALE
Phone: (000) 000-0000
SSN:
Status: **Initial Report**

| Test Name | Result | Units | Normal Range | Notes |
|---|---|---|---|---|

**Report Generated For :**   RUSSELL CO SHERIFF
P O BOX 640 ATTN:  STAFF NURSE
PHENIX CITY AL

---

### Serology Results

~   VDRL, STS Quantitative        | **Weakly Reactive** |   A

---

**Report Summary**

### Abnormal Summary

~   VDRL, STS Quantitative        | **Weakly Reactive** |   A

---

Lab Director
**William J. Callan,Ph.D.**

| Date Printed: | 3/13/2007 | 11:11 AM | >> | PH - Panic High | > | AH - Abnormal High | ~ | A - Abnormal | *** Final Page *** |
|---|---|---|---|---|---|---|---|---|---|
| Completed Between: 3/13/2007 - | | 3/13/2007 | << | PL - Panic Low | < | AL - Abnormal Low | δ | Delta Check Failed | All Results Included |

**TB**

TB Division
RSA Tower/201 Monroe Street
Montgomery, Alabama 00849-WKW-WC    Document Skin Test Card 1/01/2007    Page 29 of 35

*Note: Use blue or black ink only to complete form.*

County Code: 57          **Target Testing**          **PROJECT**

**Patient Last Name**

Wells

**First Name**          William          **MI**

**Patient Home Address**

**City**

**State**          **Zip Code**          **Home Phone**

---

SSN: _ - _ - _

Date of Birth: 04 - 03 - 1970  Sex: M

**Race:**          **Ethnicity:**
_X_ W __ B __ AI __ A __ AN __H/PI __ O  Hispanic __ Y __ N

Test Administered By:          Site Test:

TB Staff          Health Dept
PH Nurse          X Other
X Other

**Reason Tested:**
          Health Care Worker          Foreign Born
          Medical Risk          Homeless
          Shelter          X Jail/Prison
          Student          Not At Risk
          Occupational

**Contact Case/Suspect Categories:**          **Risk**

                                          A
Yes          X No          X          B
                                          C

**PPD ONE:**

Provider #: 5752          Lot#: 39147

Date Of Test:          Antigen:

08 - 21 - 2007          AP    **X** TU

**PPD TWO:**

Provider #:          Lot#

Date Of Test:          Antigen:

_ - _          AP    TU

Provider #:

Date Read          Result

8 - 24 - 2007    8    m    DNR

Provider #:

Date Read          Result

_ - _          mm    DNR

8/24

*Holding Cells*

**MEDICATION ADMINISTRATION RECORD**

*William Wells* 8-18-08

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Motrin 800mg* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | FB | | |
| T | | | | | | | | | C P | C P | |

| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

RTING FOR _____ THROUGH _____

| | | |
|---|---|---|
| ...ician | Telephone No. | Medical Record No. |
| ...Physician | Alt. Telephone | |
| ...gies | Rehabilitative Potential | |

...nosis

| ...edicaid Number | Medicare Number | Approved By Doctor: | | |
|---|---|---|---|---|
| | | By: | Title: | Date: |

Intake Screen

Name _William Wells_     Approx. date of any prior record here: _____
                         DOB: _4-3-70_   Date: _8-14-07_

Apparent mental status of the patient (check one):
☒ Normal   ☐ Confused   ☐ Agitated   ☐ Intoxicated   ☐ Drugged   ☐ Strange

Any evidence of injury, active health problems or deformity: _____

## Patient Health History (Y or N response)

| | | |
|---|---|---|
| Are you currently sick in any way? — N | Do you have heavy sweating at night For no reason when it's not hot? — N | Do you have HIV infection or think you Might have it? — N |
| Do you have a fever that won't go away? — N | Have you lost more than 10 pounds of weight during the last 6 months? — N | Any symptoms which might indicated sex-related disease? — N |
| Are you currelty takey any prescribed Medications? (Liste below) — N | Have you ever had a heart attack or any other heart trouble? — N | Have you ever intentionally hurt yourself or tried to take your own life? — N |
| Have you ever had any kind of cancer? — N | Do you have high blood pressure? — N | Would you ever try to take your own life? — N |
| Do you have diabetes? — N | Do you have chest pain with exercise or other chest pain? — N | Do you feel like you would like to die? — N |
| Do you have seizures or blackouts? — N | Have you had bleeding from your stomach, bowels, or kidneys? — N | Do you see people or things other can't see or hear voices others can't hear? — N |
| Have you ever had a stroke? — N | Do you have shortness of breath or trouble breathing? — N | Females: Are you pregnant or could you be pregnant? — N/A |
| Do you have any eye problems? (List below) — N | Do you have asthma? — N | On how many days of the past month have you consumed alcohol? — N |
| Do you have a cough that won't clear Up? — N | Do you hae kidney disease or failure or had kidney dialysis? — N | On how many days of the past month have you used drugs? — 20 |

Comments: _____

Medications: _No_

Allergies: _No_

Reason for any recent physician visits: _No_

List surgeries: _No_

Describe any prior hospitalizations: _No_

Drugs you have used: _Mariju_

Recommended housing or activity restrictions: _No_

Medical management plans: _N/O_

Health insurance: _N/O_

Booking Officer: _Buens_     Inmate _X_     Medical Staff _M Elani RN_

PLG-041

# MEDICAL CHARGE FORM

**INMATE NAME** *Wells, William*

**DATE OF BIRTH** _____ **RACE/SEX** *W/M*

**SOCIALSECURITY #** _____ **CELL** _____

### ***SERVICES & FEES***

- SICK CALL                                          $ 5.00
- DOCTORS VISIT                                  $ 5.00
- DENTIST VISIT                                    $ 5.00
- PRESCRIPTION                                    $ 5.00
- FOLLOW-UP VISIT                              N/C
- OVER-THE COUNTER MEDICATION      $ _____

TOTAL AMOUNT MEDICAL SERVICES RENDERED     $ *10⁰⁰*

## MEDICAL VERIFICATION SECTION

Authorized Nursing Staff Signature & Date *3/29/07* _____

Inmate Signature & Date *On File* _____

Inmate Account Payable Clerk Signature & Date

PLEASE CHECK IF INMATE IS INDIGENT TO PAY THE ABOVE CHARGES

PLEASE CHECK IF INMATE IS ABLE TO PAY THE ABOVE CHARGES

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Skelaxin am + pm X 7days | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

CHARTING FOR April 2007    THROUGH

| Physician | Br Watt | Telephone No. | | Medical Record No. |
|---|---|---|---|---|
| I. Physician | | Alt. Telephone | | |
| Allergies | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: | | |
|---|---|---|---|---|
| | | By: | Title: | Date: |

| RESIDENT Hall, William | D.O.B. 04-02-70 | Sex | Room # | Patient Code | Admission Date |
|---|---|---|---|---|---|

## *Inmate Kitchen Worker Waiver*

Date _02/15/07_

Inmate's Name _William Earl Wells_

Charge(s) _TOP 2nd_

In signing this form the inmate listed above acknowledges the following: The inmate listed above currently has no physical limitations that would prevent the inmate from performing work as directed. The inmate listed above has no medical conditions that are unknown to the medical staff. The inmate listed above agrees to follow all rules and regulations regarding all inmates and specifically kitchen workers.

Inmate signature _William Earl Wells Jr._

Date _02/15/07_

Medical Personal

_✓_ The above listed inmate **is** medically clear to work in the kitchen

_____ The above listed inmate **is not** medically clear to work in the kitchen

Medical Division signature _Rudney Lovee up_

Date _2/15/07_

The listed inmate was moved to Dorm-B and placed to work in the kitchen.

Kitchen Supervisor _A. Reamer_

Date _02-15-07_

A copy of this waiver to be placed in the inmate's folder and a copy provided to the Medical Division.
Revised 02-16-2007

## INMATE REQUEST FORM
Prentiss Griffith Detention Facility

C-DAY
LOCATION

Name _William E. Wells_    Date _09-02-07_

# MEDICAL

Nature of complaint or illness:

_My Glands Are swollen And I have A Sore throat. believe I'm coming down w/ Cold._

Sign here for consent
to be treated by health staff: _William E. Wells Jr._

**(Do Not Write Below This Line** – For Reply Only)

_Ref to Dr Ware 9/6/07 P/V_

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date _9/2/7_    Time Received _1930_

Officer _____

---

## INMATE REQUEST FORM
Prentiss Griffith Detention Facility

25
C-DAY
LOCATION

Name _William E. Wells_    Date _09-06-07_

# MEDICAL

Nature of complaint or illness:

_I need Something for my Toothache, My Wisdom teeth Are hurting Me bad._

Sign here for consent
to be treated by health staff: _____

**(Do Not Write Below This Line** – For Reply Only)

_Tylenol x2_

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date _9-6_    Time Received _1900_

Officer _Conners_

# Exhibit E
## Affidavit of Loetta Holland

<div align="center">

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

</div>

| | | |
|---|---|---|
| **WILLIAM EARL WELLS, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:07-cv-848-WKW-WC** |
| | ) | |
| **THOMAS F. BOSWELL, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

<div align="center">

**AFFIDAVIT OF LOETTA HOLLAND**

</div>

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF RUSSELL** | ) |

1.　　My name is Loetta Holland. I am over the age of nineteen and am competent to execute this affidavit, which is based on my personal knowledge, training and experience.

2.　　I am a Lieutenant and the Jail Administrator of the Russell County Jail, Russell County, Alabama, and was employed in that position at all times relevant to Plaintiff's Complaint.

3.　　I have reviewed the Plaintiff's Complaint filed in this matter. I have no personal knowledge of the facts stated in the Complaint. I did not become aware of the allegations made the basis of the Plaintiff's Complaint until I was served with it.

4.　　It is the policy of the Russell County Sheriff's Department that members of the Jail staff receive and answer inmate grievances. Forms on which grievances may be related to the Jail staff are readily available in the Jail. Inmates are furnished these forms at any time they request one. An exception exists for requests of an emergency nature, which may be made

orally.  Members of the Jail staff are charged with responding to such grievances.  Copies of all completed grievances and request forms are placed in an inmate's Jail file.

5.    To my knowledge, the Plaintiff has not filed a grievance with respect to the subject matter of his Complaint.

6.    The inmates receive cleaning supplies in their cells daily.  Said supplies include a mop and mop bucket containing a water and bleach solution, Comet cleanser, and a broom.

7.    It is jail policy that inmates may have access to the jail law library on Mondays, Tuesdays, Thursdays, Fridays and Sundays, upon submission of a written request to the Administrator of Corrections, Sergeant, or Shift Supervisor.  Inmates are not allowed to visit the law library on Wednesdays or Saturdays, as those are visitation days and it would be unsafe and unfeasible to allow inmates to visit the law library on those days.  The law library is typically available from 7:00 a.m. to 5:00 p.m., and inmates are typically allowed at least one hour per visit, sometimes more.  Occasionally an inmate may be refused access to the law library if there is not sufficient jail staff available to supervise such a visit at the time requested.  However, every effort is made to allow the requesting inmate to visit the law library at an alternative time, when circumstances permit.

8.    The trash in the jail is collected three times a day.  All trash is initially collected in the kitchen, which has a door leading outside to three (3) dumpsters located immediately outside the kitchen door.  Trash is only collected in the kitchen, not stored there; after the initial collection, all trash is immediately deposited outside in the dumpsters.

9.    It is jail policy that all areas of the Detention Center are sprayed with insecticide at least once each month. A licensed pest control service is contracted to provide control for

vermin and insects. Detention Center personnel utilize this service to the maximum extent allowed in order to prevent and control the infestation of pests and vermin.

10.    I certify and state that the documents provided to the Court which are attached to the Defendants' Special Report are true and correct copies of the Plaintiff's inmate and health records, kept at the Russell County Jail in the regular course of business.

11.    I affirm, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.

Loetta Holland

**SWORN TO** and **SUBSCRIBED** before me this 31 day of OCT., 2007.

NOTARY PUBLIC
My Commission Expires: 06-25-08

3

**Exhibit F**
**Affidavit of Danny Bussey**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **WILLIAM EARL WELLS, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:07-cv-848-WKW-WC** |
| | ) | |
| **THOMAS F. BOSWELL, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

<u>**AFFIDAVIT OF DANNY BUSSEY**</u>

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF RUSSELL** | ) |

1.      My name is Danny Bussey.  I am over the age of nineteen and am competent to execute this affidavit, which is based on my personal knowledge, training and experience.

2.      I am a Sergeant and the Assistant Jail Administrator with the Russell County Jail, Russell County, Alabama, and was employed in that position at all times relevant to Plaintiff's Complaint.

3.      I have reviewed the Plaintiff's Complaint filed in this matter.  I have no personal knowledge of the facts stated in the Complaint.  I did not become aware of the allegations made the basis of the Plaintiff's Complaint until I was served with it.

4.      It is the policy of the Russell County Sheriff's Department that members of the Jail staff receive and answer inmate grievances.  Forms on which grievances may be related to the Jail staff are readily available in the Jail.  Inmates are furnished these forms at any time they request one.  An exception exists for requests of an emergency nature, which may be made

orally. Members of the Jail staff are charged with responding to such grievances. Copies of all completed grievances and request forms are placed in an inmate's Jail file.

5.     To my knowledge, the Plaintiff has not filed a grievance with respect to the subject matter of his Complaint.

6.     On August 18, 2007, I was called by the Sergeant on duty and informed that the Plaintiff had broken his fingers. I gave permission to transport the Plaintiff to the hospital for medical treatment.

7.     The inmates receive cleaning supplies in their cells daily. Said supplies include a mop and mop bucket containing a water and bleach solution, Comet cleanser, and a broom.

8.     It is jail policy that inmates may have access to the jail law library on Mondays, Tuesdays, Thursdays, Fridays and Sundays, upon submission of a written request to the Administrator of Corrections, Sergeant, or Shift Supervisor. Inmates are not allowed to visit the law library on Wednesdays or Saturdays, as those are visitation days and it would be unsafe and unfeasible to allow inmates to visit the law library on those days. The law library is typically available from 7:00 a.m. to 5:00 p.m., and inmates are typically allowed at least one hour per visit, sometimes more. Occasionally an inmate may be refused access to the law library if there is not sufficient jail staff available to supervise such a visit at the time requested. However, every effort is made to allow the requesting inmate to visit the law library at an alternative time, when circumstances permit.

9.     The trash in the jail is collected three times a day. All trash is initially collected in the kitchen, which has a door leading outside to three (3) dumpsters located immediately outside the kitchen door. Trash is only collected in the kitchen, not stored there; after the initial collection, all trash is immediately deposited outside in the dumpsters.

10.    It is jail policy that all areas of the Detention Center are sprayed with insecticide at least once each month. A licensed pest control service is contracted to provide control for vermin and insects. Detention Center personnel utilize this service to the maximum extent allowed in order to prevent and control the infestation of pests and vermin.

11.    I certify and state that the documents provided to the Court which are attached to the Defendants' Special Report are true and correct copies of the Plaintiff's inmate and health records, kept at the Russell County Jail in the regular course of business.

12.    I affirm, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.

Danny Bussey

**SWORN TO** and **SUBSCRIBED** before me this 31 day of OCT , 2007.

NOTARY PUBLIC
My Commission Expires: 06-25-08

3

**Exhibit G**
**Affidavit of Gregory Thomas**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **WILLIAM EARL WELLS, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:07-cv-848-WKW-WC** |
| | ) | |
| **THOMAS F. BOSWELL, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## AFFIDAVIT OF GREGORY THOMAS

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF RUSSELL** | ) |

1.      My name is Gregory Thomas.  I am over the age of nineteen and am competent to execute this affidavit, which is based on my personal knowledge, training and experience.

2.      I am a Sergeant and a Shift Supervisor with the Russell County Jail, Russell County, Alabama, and was employed in that position at all times relevant to Plaintiff's Complaint.

3.      I have reviewed the Plaintiff's Complaint filed in this matter.  I have no recollection of the Plaintiff, and have no personal knowledge of the facts stated in the Complaint.  I did not become aware of the allegations made the basis of the Plaintiff's Complaint until I was served with it.

4.      It is the policy of the Russell County Sheriff's Department that members of the Jail staff receive and answer inmate grievances.  Forms on which grievances may be related to the Jail staff are readily available in the Jail.  Inmates are furnished these forms at any time they request one.  An exception exists for requests of an emergency nature, which may be made

orally. Members of the Jail staff are charged with responding to such grievances. Copies of all completed grievances and request forms are placed in an inmate's Jail file.

5.    To my knowledge, the Plaintiff has not filed a grievance with respect to the subject matter of his Complaint.

6.    It is jail policy that inmates may have access to the jail law library on Mondays, Tuesdays, Thursdays, Fridays and Sundays, upon submission of a written request to the Administrator of Corrections, Sergeant, or Shift Supervisor. Inmates are not allowed to visit the law library on Wednesdays or Saturdays, as those are visitation days and it would be unsafe and unfeasible to allow inmates to visit the law library on those days. The law library is typically available from 7:00 a.m. to 5:00 p.m., and inmates are typically allowed at least one hour per visit, sometimes more. Occassionally an inmate may be refused access to the law library if there is not sufficient jail staff available to supervise such a visit at the time requested. However, every effort is made to allow the requesting inmate to visit the law library at an alternative time, when circumstances permit.

7.    The Plaintiff's Complaint states that I denied his request to visit the law library on August 29, 2007. Although I do not specifically remember such a request or denial, August 29, 2007 is a Wednesday, which is visitation day at the jail. Therefore, because we do not allow inmates to visit the law library on visitation days, I almost certainly did deny the request.

8.    I certify and state that the documents provided to the Court which are attached to the Defendants' Special Report are true and correct copies of the Plaintiff's inmate and health records, kept at the Russell County Jail in the regular course of business.

9.    I affirm, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.

_____
Gregory Thomas

**SWORN TO** and **SUBSCRIBED** before me this 31 day of _OCT._____, 2007.


_____
NOTARY PUBLIC
My Commission Expires: 06-25-08

3

**Exhibit H**
**Jail Inspection Report – 12/5/06**
**State of Alabama Department of Corrections**

N911
DOC form 914
Rev. 2/94



# STATE OF ALABAMA

**DEPARTMENT OF CORRECTIONS**
Engineering Administrative Division
2265 Maron Spillway Road
Elmore, Alabama 36025
(205) 567-1556



# JAIL INSPECTION REPORT

Sheriff/Chief of Police _Tommy Boswell_     Jail _Russell County_
City _Phenix City_                           Date _12-5-2006_
County _Russell_                             Time _11:00 AM EST_
Phone No. _298-6358_                         Inspector _Sidney Rodgers_

This is to report conditions of your jail as of this date of inspection. Please carefully note and make needed corrections. These adjustments are necessary to bring your facility into compliance with the standards set forth in Title 14, Code of Alabama, 1975.

—CHECK MARK indicates most accurate description—

**WHAT GOVERNING BODY**
**HAS SUPERVISORY POWER?**

City Council _____ County Commission ✓

**POPULATION:** _224/38_

    STATE
    W/M___ B/M___ W/F___ B/F___ TOTAL _1_

    COUNTY
    W/M___ B/M___ W/F___ B/F___ TOTAL _218_

    CITY
    W/M___ B/M___ W/F___ B/F___ TOTAL _43_

    FEDERAL
    W/M___ B/M___ W/F___ B/F___ TOTAL ___

    JUVENILES
    W/M___ B/M___ W/F___ B/F___

             GRAND TOTAL _262_

**JAIL CAPACITY:**

_189_  MALE _9_  FEMALE _16_  JUVENILE ___  TOTAL _205_

1. Are Female Prisoners
   housed separately? ...... YES_✓_NO___NONE___

2. Are separate quarters
   available for Juveniles?... YES___NO___NONE_✓_

3. **Number of state inmates ON WAIVER** _____

**JAIL EMPLOYEES:**

1. Number of Jailers ............... _19_
2. Number of Matrons ............... ✓ _9_
3. Other Employees ................. ✓
4. **Are Jailers POST Certified?** ........... YES___NO___

**BUILDING:**

**GENERAL APPEARANCE:**

1. Exterior ........... Poor___Fair___Good_✓_
2. Interior ........... Poor___Fair___Good_✓_
3. Fence ............. Poor___Fair___Good___None_✓_
4. Yard ............. Poor___Fair___Good_✓_None___
5. Type of
   Construction: .. Brick___Cement_✓_Wood___Other_✓_
6. Year Constructed: _1995_
7. Types of
   Locking Devices: ................ Manual_✓_Electric_✓_
8. Condition of
   Locking Devices: ...Poor___Fair___Good_✓_None___
9. Observation ........................... ✓
10. Windows: ........Poor___Fair___Good___None___
11. Screens: .........Poor___Fair___Good___None_✓_
12. Grills: ...........Poor___Fair___Good___None_✓_
13. Windows: ........Poor___Fair___Good___None_✓_
14. Cells: ...........Poor___Fair___Good___None_✓_

**SAFETY FEATURES:**

1. Emergency Exits: ..Poor___Fair___Good___None_✓_
2. Fire Apparatus: ....Poor___Fair___Good___None_✓_
3. Stairways: ..........Poor___Fair___Good_✓_None___
4. Elevators: ..........Poor___Fair___Good___None_✓_

5. Is there an EMERGENCY
   (fire) EVACUATION plan POSTED? ... YES___NO_✓_
6. Are Fire and Safety
   precautions observed?................. YES_✓_NO___
   If NOT, explain in Comments section.

**TRAINING:**

   IN-SERVICE: ....................... YES_✓_NO___
   Other: _____

**ARE OPERATING**
**PROCEDURES WRITTEN?** ......... YES_✓_NO___

**IS THERE A**
**PRINTED MANUAL?** .............. YES_✓_NO___

**JAIL RECORDS:**

1. Arrest Record .................... YES_✓_NO___
2. Are personal property and cash
   receipted? ...................... YES_✓_NO___
3. Visits ......................... YES_✓_NO___
4. Medical ....................... YES_✓_NO___
5. Commitment and Discharges ...... YES_✓_NO___

   **Are Jail Records Adequate?** ........ YES_✓_NO___
   **Are Prisoners Fingerprinted?** ...... YES_✓_NO___
   **Are Prisoners Photographed?** ...... YES_✓_NO___

**SECURITY:**

1. Is the jail
   reasonably secure? .............. YES_✓_NO___
2. Are periodic inspections made
   of security facilities? ............ YES_✓_NO___
3. Are firearms stored safely? ........ YES_✓_NO___
   Where are they stored?
   _LOCKBOXES_

4. Are there regulations
   prohibiting carrying of
   firearms into the Jail? ............ YES_✓_NO___
5. KEY CONTROL:
   Are keys ever in
   possession of inmates? ...... YES___NO_✓_
   Are keys properly stored
   and accounted for? .............. YES_✓_NO___
6. How often are
   prisoners quarters visited? _ROVER -_
   _MEALS - 14_
7. Is jailer on duty
   24 hours daily? .................. YES_✓_NO___
8. Are CHECKS conducted
   at night? ...................... YES_✓_NO___
   Are CHECKS logged? ........... YES_✓_NO___
9. Are complete
   SHAKEDOWNS accomplished? ... YES_✓_NO___
10. Are periodic
   COUNTS conducted? ............ YES_✓_NO___

Page 1 of 3

11. Are CONTRABAND CONTROL
procedures in effect? ............ YES____NO____

12. **INMATE VISITS:**
When are visits allowed?
Daily____Semi-Weekly____Weekly____Other____

Who is allowed to visit inmates?
Relatives ...................... YES____NO____
Friends ...................... YES____NO____
Clergy ...................... YES____NO____
**Are CONTACT VISITS allowed?** .. YES____NO____

13. **INMATE MAIL:**
Are INCOMING MAIL
and packages INSPECTED? ....... YES____NO____

14. Do new prisoners receive
instructions about JAIL RULES? ... YES____NO____

Are these instructions: VERBAL____WRITTEN____

15. **TRUSTIES:**
Are TRUSTIES used? ........... YES____NO____

Who selects the TRUSTIES?
Sheriff/Chief____Jailer____Other____

16. Are inmates in **UNIFORM?** ....... YES____NO____

Coveralls____Pants & Shirts____
**Are uniforms MARKED?** ....... YES____NO____

**DISCIPLINARY PROCEDURES:**

1. Does the jail hold
DISCIPLINARY HEARINGS? ...... YES____NO____

2. Who exercises disciplinary authority?
Sheriff/Chief____Jailer____Other____

**FOOD SERVICES:**

General Condition
Kitchen ............. POOR____FAIR____GOOD____
Tables ............. POOR____FAIR____GOOD____
Shelves ............. POOR____FAIR____GOOD____
Screens ............. POOR____FAIR____GOOD____

1. Is the cook paid? ............. YES____NO____
2. Who supervises the Kitchen? _SGT_
3. Who plans the Menu? _DIETITIAN_
4. Do inmates assist
in food preparation? ............. YES____NO____

5. What type of eating
utensils are used?
Plastic____Paper____Metal____Other____
Are the utensils washed? .......... YES____NO____
How Washed? ...... HAND____SANITIZER____

6. Are the standards of
sanitation adequate? ............. YES____NO____

7. Is copy of menu available
on the date of inspection? ...... YES____NO____

8. Do paid employees supervise
the serving of meals? ............. YES____NO____

9. Is the diet adequate? ............. YES____NO____

10. Number of meals served per day?
1____2____3____

11. Food Preparation .... POOR____FAIR____GOOD____
Quality ............. POOR____FAIR____GOOD____
Quantity ............. POOR____FAIR____GOOD____

12. Storage of Food ...... POOR____FAIR____GOOD____
Refrigeration ...... POOR____FAIR____GOOD____

13. Are Commissary (or store)
purchases available to inmates? .. YES____NO____

**SANITATION AND PERSONAL HYGIENE:**

1. Is there a systematic
CLEANING PROGRAM in effect? .. YES____NO____

2. Are adequate TOOLS and
CLEANING MATERIALS available? YES____NO____

3. What type of BEDDING
is provided? Sheets____Blankets____
Mattress Cover____Pillow____Pillow Case____
HOW OFTEN IS BEDDING
LAUNDERED?
Semi-Weekly____Weekly____Other____

4. Are excessive FOOD or
unnecessary ITEMS in CELLS? .. YES____NO____

5. Is DRINKING WATER available
at all times? ...................... YES____NO____

6. Are HOT and COLD WATER
available for bathing? .......... YES____NO____

7. Are HEATING and
VENTILATION adequate? ......... YES____NO____

8. Is LIGHTING adequate? ......... YES____NO____

9. Condition of PAINT?
Interior ............. POOR____FAIR____GOOD____
Exterior ............. POOR____FAIR____GOOD____

10. ARE BATHING FACILITIES
available to all inmates? .......... YES____NO____

11. Are SOAP and
TOWELS available? .............. YES____NO____

12. HOW OFTEN are inmates
REQUIRED to BATHE?
Daily____Semi-Weekly____Weekly____Other____

13. CONDITION OF PLUMBING
Are there LEAKING PIPES
in the Jail? ...................... YES____NO____
COMMODES ..... POOR____FAIR____GOOD____
LAVATORIES .... POOR____FAIR____GOOD____
SHOWERS ....... POOR____FAIR____GOOD____

14. Does the Jail have a
PEST CONTROL program? _MONTHLY_ YES____NO____
How often treated? ____
By Whom? ____

**MEDICAL SERVICE:**

1. Name of PHYSICIAN?
_WARR_

2. How often do physicians _RN  LPN_
visit the jail/facility? _ON STAFF_
Daily____Weekly____On-Call____
Other (specify) ____

3. What HOSPITAL facilities _PHENIX_
are used for inmates? _SUMMIT  idosa_

4. Is the Veneral Disease Act enforced
(Title 22, Chapter 16-7)? .............. YES____NO____

**INMATE PROGRAMS:**

1. Are Counseling Services available? .. YES____NO____

2. Recreation Facilities ............... YES____NO____
Types Provided: _OUTSIDE  YARD_

3. Educational Opportunity .......... YES____NO____
Types Offered: ____

**COMPLAINTS:**

1. Are there justifiable complaints? ..... YES____NO____

2. Is Jail involved in Litigation? ......... YES____NO____
If YES, type. ____

3. Is the Jail or Facility
Racially Integrated? .................. YES____NO____

4. Is there a Current
Grand Jury Report on the Jail? ...... YES____NO____

**INSPECTORS COMMENTS:** _____

Public Health Insp
6/30/05   Kitchen (98)
            Detention (97)

Shakedown on-going at time of inspection
w/Public
Squash, G/Beans Cornbread, Salad,
Pudding,

Cleaning of Area N Follow
Completion of Shakedown

_____
**Inspector's Signature**

**Time of Completion** _____

**Copy Received By:** _____
SIGNATURE

_____
SIGNATURE

| | Date | Office |
|---|---|---|
| | Date | Office |

Copy: State Fire Marshal ☐
     County Health Department ☐
Page 3 of 3

**Exhibit I**
**Jail Inspection Report – 5/23/07**
**State of Alabama Department of Corrections**

N911
DOC form 914
Rev. 2/94



# STATE OF ALABAMA

**DEPARTMENT OF CORRECTIONS**
Engineering Administrative Division
2265 Maron Spillway Road
Elmore, Alabama 36025
(205) 567-1556



# JAIL INSPECTION REPORT

Sheriff/Chief of Police  _Tommy Boswell_        Jail  _Russell County_
City  _Phenix City_                             Date  _5-23-2007_
County  _Russell_                               Time  _12:05 PM EST_
Phone No.  _____                         Inspector  _Sidney Rodgers_

**This is to report conditions of your jail as of this date of inspection. Please carefully note and make needed corrections. These adjustments are necessary to bring your facility into compliance with the standards set forth in Title 14, Code of Alabama, 1975.**

—CHECK MARK indicates most accurate description—

**WHAT GOVERNING BODY HAS SUPERVISORY POWER?**

City Council _____ County Commission  ✓

**POPULATION:** 245M 47F

STATE
W/M___B/M___W/F___B/F___TOTAL _1_

COUNTY
W/M___B/M___W/F___B/F___TOTAL _231_

CITY
W/M___B/M___W/F___B/F___TOTAL _59_

FEDERAL
W/M___B/M___W/F___B/F___TOTAL

JUVENILES _Suicide Watch_
W/M___B/M___W/F___B/F___TOTAL _1_
                    **GRAND TOTAL** _292_

**JAIL CAPACITY:**
MALE _189_ FEMALE _16_ JUVENILE _0_ TOTAL _205_

1. Are Female Prisoners housed separately? ...... YES ✓ NO___ NONE___
2. Are separate quarters available for Juveniles?... YES___NO___NONE ✓
3. **Number of state inmates ON WAIVER** _____

**JAIL EMPLOYEES:**
1. Number of Jailers ........ ( 15 ) _____
2. Number of Matrons ........ _____
3. Other Employees ........ _____
4. **Are Jailers POST Certified?**.......... YES ✓ NO___

**BUILDING:**
GENERAL APPEARANCE:
1. Exterior ........... Poor___Fair___Good ✓
2. Interior ........... Poor___Fair___Good ✓
3. Fence ........... Poor___Fair___Good ✓ None___
4. Yard ........... Poor___Fair___Good ✓ None___
5. Type of Construction:.. Brick___Cement___Wood___Other ✓
6. Year Constructed: _1995_
7. Types of Locking Devices:........... Manual ✓ Electric ✓
8. Condition of Locking Devices:.... Poor___Fair___Good ✓ None___
9. Observation
10. Windows: ........ Poor___Fair___Good___None ✓
11. Screens: ........ Poor___Fair___Good___None ✓
12. Grills: ........ Poor___Fair___Good___None ✓
13. Windows: ........ Poor___Fair___Good ✓ None___
14. Cells: ........ Poor___Fair___Good ✓ None___

**SAFETY FEATURES:**
1. Emergency Exits:.... Poor___Fair___Good ✓ None___
2. Fire Apparatus:.... Poor___Fair___Good ✓ None___
3. Stairways:........ Poor___Fair___Good___None ✓
4. Elevators:........ Poor___Fair___Good___None ✓

5. Is there an EMERGENCY (fire) EVACUATION plan POSTED? ... YES ✓ NO___
6. Are Fire and Safety precautions observed?.............. YES ✓ NO___
   If NOT, explain in Comments section.

**TRAINING:**
IN-SERVICE: ................... YES ✓ NO___
Other: _____

**ARE OPERATING PROCEDURES WRITTEN?** ........ YES ✓ NO___

**IS THERE A PRINTED MANUAL?** .............. YES ✓ NO___

**JAIL RECORDS:**
1. Arrest Record .................. YES ___ NO ✓
2. Are personal property and cash receipted? .................. YES ✓ NO___
3. Visits .................. YES ✓ NO___
4. Medical .................. YES ✓ NO___
5. Commitment and Discharges ...... YES ✓ NO___
   **Are Jail Records Adequate?** ........ YES ✓ NO___
   **Are Prisoners Fingerprinted?** ....... YES ✓ NO___
   **Are Prisoners Photographed?** ...... YES ✓ NO___

**SECURITY:**
1. Is the jail reasonably secure? .............. YES ✓ NO___
2. Are periodic inspections made of security facilities? ...... YES ✓ NO___
3. Are firearms stored safely? ........ YES ✓ NO___
   Where are they stored? _Lockboxes_
4. Are there regulations prohibiting carrying of firearms into the Jail? ........... YES ✓ NO___
5. KEY CONTROL:
   Are keys ever in possession of inmates? .......... YES___ NO ✓
   Are keys properly stored and accounted for? .............. YES ✓ NO___
6. How often are prisoners quarters visited? _Rover –_ _Meals – 4_
7. Is jailer on duty 24 hours daily? ........... YES ✓ NO___
8. Are CHECKS conducted at night? .......... YES ✓ NO___
   Are CHECKS logged? ........ YES ✓ NO___
9. Are complete SHAKEDOWNS accomplished? .... YES ✓ NO___
10. Are periodic COUNTS conducted? ........... YES ✓ NO___

Page 1 of 3

11. Are CONTRABAND CONTROL
procedures in effect? ............ YES ✓ NO____

**12. INMATE VISITS:**
When are visits allowed?
Daily____ Semi-Weekly ✓ Weekly____ Other____

Who is allowed to visit inmates?
Relatives .................... YES ✓ NO____
Friends .................... YES ✓ NO____
Clergy .................... YES ✓ NO____
**Are CONTACT VISITS allowed?** ... YES____ NO ✓

**13. INMATE MAIL:**
Are INCOMING MAIL
and packages INSPECTED? ....... YES ✓

**14. Do new prisoners receive**
instructions about JAIL RULES? ... YES ✓ NO____
Are these instructions: VERBAL____ WRITTEN ✓

**15. TRUSTIES:**
Are TRUSTIES used? .......... YES____ NO____
Who selects the TRUSTIES?
Sheriff/Chief____ Jailer ✓ Other____

16. Are inmates in **UNIFORM?** ....... YES ✓ NO____
Coveralls____ Pants & Shirts ✓
**Are uniforms MARKED?** ....... YES____ NO ✓

**DISCIPLINARY PROCEDURES:**

1. Does the jail hold
DISCIPLINARY HEARINGS? ...... YES ✓ NO____

2. Who exercises disciplinary authority?
Sheriff/Chief____ Jailer____ Other____

**FOOD SERVICES:**

General Condition
Kitchen ............. POOR____ FAIR____ GOOD ✓
Tables ............. POOR____ FAIR____ GOOD ✓
Shelves ............. POOR____ FAIR____ GOOD ✓
Screens ............. POOR____ FAIR____ GOOD____

1. Is the cook paid? .......... YES ✓ NO____
2. Who supervises the Kitchen? _SGT_
3. Who plans the Menu? _DIETITIAN_
4. Do inmates assist
in food preparation? ............ YES ✓ NO____
5. What type of eating
utensils are used?
Plastic____ Paper ✓ Metal____ Other____
Are the utensils washed? .......... YES____ NO ✓
How Washed? .......... HAND____ SANITIZER____
6. Are the standards of
sanitation adequate? ............. YES ✓ NO____
7. Is copy of menu available
on the date of inspection? ........ YES ✓ NO____
8. Do paid employees supervise ✓
the serving of meals? ........... YES____ NO____
9. Is the diet adequate? .......... YES ✓ NO____
10. Number of meals served per day?
1____ 2____ 3 ✓
11. Food Preparation .... POOR____ FAIR____ GOOD ✓
Quality ........... POOR____ FAIR____ GOOD ✓
Quantity ........... POOR____ FAIR____ GOOD ✓
12. Storage of Food ..... POOR____ FAIR____ GOOD ✓
Refrigeration ..... POOR____ FAIR____ GOOD ✓
13. Are Commissary (or store)
purchases available to inmates? ... YES ✓ NO____

**SANITATION AND PERSONAL HYGIENE:**

1. Is there a systematic
CLEANING PROGRAM in effect? .. YES____ NO____

2. Are adequate TOOLS and
CLEANING MATERIALS available? YES ✓ NO____

3. What type of BEDDING
is provided? Sheets____ Blankets____
Mattress Cover____ Pillow____ Pillow Case____

HOW OFTEN IS BEDDING
LAUNDERED?
Semi-Weekly ____ Weekly ✓ Other____

4. Are excessive FOOD or
unnecessary ITEMS in CELLS? .... YES____ NO ✓

5. Is DRINKING WATER available
at all times? .................. YES ✓ NO____

6. Are HOT and COLD WATER
available for bathing? .......... YES ✓ NO____

7. Are HEATING and
VENTILATION adequate? ......... YES ✓ NO____

8. Is LIGHTING adequate? ......... YES ✓ NO____

9. Condition of PAINT?
Interior ............. POOR____ FAIR____ GOOD ✓
Exterior ........... POOR____ FAIR____ GOOD ✓

10. Are BATHING FACILITIES
available to all inmates? ........... YES ✓ NO____

11. Are SOAP and
TOWELS available? ............. YES ✓ NO____

12. HOW OFTEN are inmates
REQUIRED to BATHE?
Daily ✓ Semi-Weekly____ Weekly____ Other____

13. CONDITION OF PLUMBING
Are there LEAKING PIPES
in the Jail? ................... YES____ NO ✓

COMMODES ..... POOR____ FAIR____ GOOD ✓
LAVATORIES ... POOR____ FAIR____ GOOD ✓
SHOWERS ...... POOR____ FAIR____ GOOD ✓

14. Does the Jail have a
PEST CONTROL program? ..... YES ✓ NO____
How often treated? _MONTHLY_
By Whom? _CONTRACT_

**MEDICAL SERVICE:**

1. Name of PHYSICIAN?
_DR WARR_

2. How often do physicians
visit the jail/facility?
Daily____ Weekly____ On-Call____
Other (specify) _RN & PN ON STAFF_

3. What HOSPITAL facilities
are used for inmates? ____
_SUMMITT_

4. ~~Is the Veneral Disease Act enforced~~
~~(Title 22, Chapter 16-7)?~~ ............. ~~YES____ NO____~~

**INMATE PROGRAMS:**

1. Are Counseling Services available? .. YES____ NO____
2. Recreation Facilities ................. YES ✓ NO____
Types Provided: _OUTSIDE YARD._
3. Educational Opportunity ............ YES____ NO ✓
Types Offered: _NO DEMAND_

**COMPLAINTS:**

1. Are there justifiable complaints? ..... YES____ NO ✓
2. Is Jail involved in Litigation? ......... YES____ NO ✓
If YES, type ____
3. Is the Jail or Facility
Racially Integrated? ................. YES ✓ NO____
4. Is there a Current
Grand Jury Report on the Jail? ...... YES ✓ NO____

**INSPECTORS COMMENTS:** _____

PUBLIC HEALTH INSPECTION
    KITCHEN   98
    DETENTION   97

LOGS MAINTAINED IN EACH CUBICLE

JAIL OVERCROWDED - ESPECIALLY,
FEMALES.  RECOMMEND THAT AN
EXPANSION TO THE JAIL BE CONSIDERED.
47 FEMALES IN AN AREA DESIGNED
FOR 16 IS NOT GOOD.

Inspector's Signature

Time of Completion _____

**Copy Received By:**

_____    5-23-07    SUPV OF DUTY
SIGNATURE                   Date        Office

_____    _____    _____
SIGNATURE                   Date        Office

**Copy: State Fire Marshal** ☐
    **County Health Department** ☐
**Page 3 of 3**

**Exhibit J**
**Detention Facility Inspection Report – 6/8/07**
**Alabama Department of Public Health**

# ALABAMA DEPARTMENT OF PUBLIC HEALTH
## DETENTION FACILITY INSPECTION REPORT

Donald E. Williamson, MD
State Health Officer

**Russell** _County_

| NOTICE: | The deficiencies noted should be addressed as soon as possible. The recommendations to correct the noted deficiencies are based upon Alabama Department of Public Health "Guidelines for the Inspection of Prisons and |
|---|---|

| **Facility Name:** | P.L. Griffin Det. Cen. |
|---|---|
| **Director:** | Chairman,Russell County Commission |
| **Address:** | 307 Printes Dr, Phenix City, AL  36867- |

| Date | Insp. Time | Design Capacity | Population | Telephone Number | Purpose |
|---|---|---|---|---|---|
| 060807 | Out / In | 205 | 289 | 2988621 | ☐ Regular  ☐ Other  ☐ Complaince |

| Description | Non-Compliance? (X) | Comments |
|---|---|---|
| **01 Water:** source, approved; Public ( ) Private ( ) Hot and cold water under pressure; Drinking water provided | | |
| **02 Sewage:** Sewage and waste water disposal Public ( ) Private ( ) | | |
| **03 Plumbing:** Installed, maintained; Cross connections, back siphonage, backflow | (X) | Shom F Max Not Pain |
| **04 Toilet, Hand Washing, Bathing Facilities:** Adequate number, convenient, designed, installed Good repair, clean; Hand cleaner, tissue, towels provided | X | E Block Shou Fun need R |
| **05 Solid Waste:** Containers, adequate number, clean covered; Outside storage area clean, properly constructed | | |
| **06 Vermin Control:** Presence of insects, rodents Outer openings protected | | |
| **07 Floors, Walls, Ceilings:** Floors, constructed, drained, clean, good repair; Walls and ceilings, good repair, clean | | |
| **08 Lighting:** Adequate, provided as required | | |
| **09 Heating/Ventilation:** Room temperature maintained Room and equipment vented as required | | |
| **10 Laundry:** Clean, soiled clothing, linen properly stored Clean and good repair; Equipment, good repair, maintained | | |
| **11 Clothing:** Provided, regular changes, clean | | |
| **12 Bedding:** Clean linen provided Mattresses, etc., in good repair, storage | | |

Areas Visited:
F Max Dorm
E Block
H Block
F Block

Inspected By: **Chris Gresham**

Signature: _Chris Gresham_

Accompanied By _Sgt Moore_

Signature: _____

Received By: 

Title: _Lieutenant_

Signature: _____

ADPH-FLP-1103 / 3-2004 (BS)

# Exhibit K
# Food Service Establishment/Retail Food Store
# Inspection Reports
# Alabama Department of Public Health

# ALABAMA DEPARTMENT OF PUBLIC HEALTH
## FOOD SERVICE ESTABLISHMENT / RETAIL FOOD STORE INSPECTION REPORT

_Russell_  **COUNTY HEALTH DEPARTMENT**    SCORE _94_

LEGAL NOTICE TO THE PROPRIETOR OR MANAGER: You are respectfully notified of such violations of the Alabama State Board of Health Rules for Food Establishment Sanitation as are indicated by a circle in the Inspection Report. This report constitutes an official notice to comply with Chapter 420-3-22 of the aforesaid Rules within a period of _____ days. Failure to comply with this notice may result in cessation of food operations.

ESTABLISHMENT NAME _Russell County Jail_    OWNER OR MANAGER NAME

ADDRESS    ZIP CODE

| PERMIT NUMBER | MO. DAY YEAR | INSP. TIME | PERMITTED | PURPOSE | COMPLIANCE INSP. REQUIRED |
|---|---|---|---|---|---|
| | 12 06 01 | OUT | YES ☐ | Regular Compliance ○ Complaint ○ Other ○ | YES ___ |
| | | IN | NO ☐ | | NO ___ |

## FOOD

| | | WT. |
|---|---|---|
| | Original container; properly labeled | 1 |

## FOOD PROTECTION

| | | |
|---|---|---|
| 05 | Thermometers provided and conspicuous | 1 |
| 06 | Potentially hazardous food properly thawed | 1 |
| 08 | Food protection during storage, preparation, display, service, transportation | 2 |
| 09 | Handling of food (ice) minimized | 2 |
| 10 | In use, food (ice) dispensing utensils properly stored | 1 |

## PERSONNEL

| | | |
|---|---|---|
| 13 | Clean clothes, hair restraints | 1 |

## FOOD EQUIPMENT AND UTENSILS

| | | |
|---|---|---|
| 14 | Food (ice) contact surfaces: designed, constructed, maintained, installed, located | 2 |
| 15 | Nonfood contact surfaces: designed, constructed, maintained, installed, located | 1 |
| 16 | Dishwashing/warewashing facilities: designed, constructed, maintained, installed, located, operated | 2 |
| 17 | Accurate thermometers, chemical test kits provided, gauge cock (1/4" IPS valve) | 1 |
| 18 | Pre-flushed, scraped, soaked | 1 |
| 19 | Wash, rinse water: clean, proper temperature | 2 |
| 21 | Wiping cloths: clean, use restricted; stored | 1 |
| 22 | Food contact surfaces of equipment and utensils clean, free of abrasives, detergents | 2 |
| 23 | Nonfood contact surfaces of equipment and utensils clean | 1 |
| 24 | Storage, handling of clean equipment/utensils | 1 |
| 25 | Single service articles, storage, dispensing, wrapped | 1 |
| 26 | No re-use of single service articles | 2 |

## WATER

| | | |
|---|---|---|
| | public ( ✓ )   private ( ) | |

## SEWAGE

| | | WT. |
|---|---|---|

## PLUMBING

| | | |
|---|---|---|
| 29 | Installed, maintained | 1 |

## TOILET AND HANDWASHING FACILITIES

| | | |
|---|---|---|
| 32 | Toilet rooms enclosed, self-closing doors; fixtures, good repair, clean; hand cleanser, tissue, sanitary towels/hand-drying devices provided, proper waste receptacles | 2 |

## GARBAGE AND REFUSE DISPOSAL

| | | |
|---|---|---|
| 33 | Containers or receptacles, covered; adequate number, insect/rodent proof, frequency, clean | 2 |
| 34 | Outside storage area enclosures properly constructed, clean, controlled incineration | 1 |

## INSECT, RODENT, ANIMAL CONTROL

| | | |
|---|---|---|

## FLOORS, WALLS AND CEILINGS

| | | |
|---|---|---|
| 36 | Floors; constructed, drained, clean, good repair, covering installation, dustless cleaning methods | 1 |
| 37 | Walls, ceiling, attached equipment; constructed, good repair, clean surfaces, dustless cleaning methods | |

## LIGHTING

| | | |
|---|---|---|
| 38 | Lighting provided as required, fixtures shielded | 1 |

## VENTILATION

| | | |
|---|---|---|
| 39 | Rooms and equipment—vented as required | 1 |

## DRESSING ROOMS

| | | |
|---|---|---|
| 40 | Rooms, area clean, lockers provided, located, used | 1 |

## OTHER OPERATIONS

| | | |
|---|---|---|
| 42 | Premises maintained free of litter, unnecessary articles, cleaning maintenance equipment properly stored, authorized personnel | 1 |
| 43 | Complete separation from living/sleeping quarters. Laundry | 1 |
| 44 | Clean, soiled linen properly stored | 1 |

RECEIVED BY: Name _____    INSPECTED BY: Name _Johnny F. Purvis_

Title _Lieutenant_

REMARKS _____

# ALABAMA DEPARTMENT OF PUBLIC HEALTH
## FOOD SERVICE ESTABLISHMENT / RETAIL FOOD STORE INSPECTION REPORT

_Russell_    **COUNTY HEALTH DEPARTMENT**    SCORE ___ 99

LEGAL NOTICE TO THE PROPRIETOR OR MANAGER: You are respectfully notified of such violations of the Alabama State Board of Health Rules for Food Establishment Sanitation as are indicated by a circle in the Inspection Report. This report constitutes an official notice to comply with Chapter 420-3-22 of the aforesaid Rules within period of _____ days. Failure to comply with this notice may result in cessation of food operations.

| ESTABLISHMENT NAME | OWNER OR MANAGER NAME |
|---|---|
| PL Catfish Hot Cat | T Holland |
| ADDRESS | ZIP CODE |
| Pierce is Dr    Phenix City AL 36867 | |

| PERMIT NUMBER | MO. | DAY | YEAR | INSP. TIME | PERMITTED | PURPOSE | COMPLIANCE INSP. REQUIRED | NO. OF CRITICAL ITEMS |
|---|---|---|---|---|---|---|---|---|
| N/A | 08 | 19 | 02 | OUT / IN | YES ☒ / N/A / NO ☐ | Regular ☐ Compliance ☐ Complaint ☐ Other ☐ | YES ___ NO ✓ | 0 |

*CRITICAL ITEMS REQUIRING IMMEDIATE ACTION

## FOOD

| | | WT. |
|---|---|---|
| 01* | Source: sound condition; quality standards; (frozen desserts), not adulterated, no recalls | 5 |
| | Original container; properly labeled | 1 |

## FOOD PROTECTION

| | | |
|---|---|---|
| 03* | Potentially hazardous food meets temperature requirements during storage, preparation, display, service, cooling, transportation | 5 |
| 04* | Facilities to maintain product temperature | 4 |
| 05 | Thermometers provided and conspicuous | 1 |
| 06 | Potentially hazardous food properly thawed | 2 |
| 07* | Unwrapped and potentially hazardous food not re-served Cross Contamination prevented; damaged/detained food segregated | 4 |
| 08 | Food protection during storage, preparation, display, service, transportation | 2 |
| 09 | Handling of food (ice) minimized | 2 |
| 10 | In use, food (ice) dispensing utensils properly stored | 1 |

## PERSONNEL

| | | |
|---|---|---|
| 11* | Personnel with infections restricted | 5 |
| 12* | Hands washed and clean, good hygienic practices | 5 |
| 13 | Clean clothes, hair restraints | 1 |

## FOOD EQUIPMENT AND UTENSILS

| | | |
|---|---|---|
| 14 | Food (ice) contact surfaces: designed, constructed, maintained, installed, located | 2 |
| 15 | Nonfood contact surfaces: designed, constructed, maintained, installed, located | 1 |
| 16 | Dishwashing/warewashing facilities: designed, constructed, maintained, installed, located, operated | 2 |
| 17 | Accurate thermometers, chemical test kits provided, gauge cock (1/4" IPS valve) | 1 |
| 18 | Pre-flushed, scraped, soaked | 1 |
| 19 | Wash, rinse water: clean, proper temperature | 2 |
| 20* | Sanitization rinse: clean, temperature, concentration, exposure time; equipment, utensils sanitized | 4 |
| 21 | Wiping cloths: clean, use restricted; stored | (1) |
| 22 | Food contact surfaces of equipment and utensils clean, free of abrasives, detergents | 2 |
| 23 | Nonfood contact surfaces of equipment and utensils clean | 1 |
| 24 | Storage, handling of clean equipment/utensils | 1 |
| 25 | Single service articles, storage, dispensing, wrapped | 1 |
| 26 | No re-use of single service articles | 2 |

## WATER

| | | |
|---|---|---|
| 27* | Water source, safe; hot and cold under pressure public ( ✓ )   private ( ) | 5 |

## SEWAGE

| | | W |
|---|---|---|
| 28* | Sewage and waste water disposal   public ( ✓ )   private ( ) | |

## PLUMBING

| | | |
|---|---|---|
| 29 | Installed, maintained | |
| 30* | Cross connection, back siphonage, backflow | |

## TOILET AND HANDWASHING FACILITIES

| | | |
|---|---|---|
| 31* | Number, convenient, accessible, designed, installed | |
| 32* | Toilet rooms enclosed, self-closing doors; fixtures, good repair, clean; hand cleanser, tissue, sanitary towels/hand-drying devices provided, proper waste receptacles | |

## GARBAGE AND REFUSE DISPOSAL

| | | |
|---|---|---|
| 33 | Containers or receptacles, covered; adequate number, insect/rodent proof, frequency, clean | |
| 34 | Outside storage area enclosures properly constructed, clean, controlled incineration | |

## INSECT, RODENT, ANIMAL CONTROL

| | | |
|---|---|---|
| 35* | Presence of insects/rodents—outer openings protected, no birds, turtles, other animals | |

## FLOORS, WALLS AND CEILINGS

| | | |
|---|---|---|
| 36 | Floors; constructed, drained, clean, good repair, covering installation, dustless cleaning methods | |
| 37 | Walls, ceiling, attached equipment; constructed, good repair, clean surfaces, dustless cleaning methods | |

## LIGHTING

| | | |
|---|---|---|
| 38 | Lighting provided as required, fixtures shielded | |

## VENTILATION

| | | |
|---|---|---|
| 39 | Rooms and equipment—vented as required | |

## DRESSING ROOMS

| | | |
|---|---|---|
| 40 | Rooms, area clean, lockers provided, located, used | |

## OTHER OPERATIONS

| | | |
|---|---|---|
| 41* | Toxic items properly stored, labeled, used | |
| 42 | Premises maintained free of litter, unnecessary articles, cleaning maintenance equipment properly stored, authorized personnel | |
| 43 | Complete separation from living/sleeping quarters. Laundry | |
| 44 | Clean, soiled linen properly stored | |

* ADMINISTRATIVE NOTICE POSTED   Yes ☐ No ☐   (Circle)    Food Permit,   Inspection Report,   Other

RECEIVED BY: Name _William Ellis_    Title _Mgr_    INSPECTED BY: Name _____

REMARKS _____

ADPH-FLP-103/Rev. 8-97–rm

# ALABAMA DEPARTMENT OF PUBLIC HEALTH
## FOOD SERVICE ESTABLISHMENT / RETAIL FOOD STORE INSPECTION REPORT

_Russell_    COUNTY HEALTH DEPARTMENT     SCORE _97_

LEGAL NOTICE TO THE PROPRIETOR OR MANAGER: You are respectfully notified of such violations of the Alabama State Board of Health Rules for Food Establishment Sanitation as are indicated by a circle in the Inspection Report. This report constitutes an official notice to comply with Chapter 420-3-22 of the aforesaid Rules within a period of _____ days. Failure to comply with this notice may result in cessation of food operations.

ESTABLISHMENT NAME _Russell Co Jail_    OWNER OR MANAGER NAME _Lt Holland_

ADDRESS _Printis Dr   Phenix C.y   AL 36867_    ZIP CODE

| PERMIT NUMBER | MO. | DAY | YEAR | INSP. TIME | PERMITTED | PURPOSE | COMPLIANCE INSP. REQUIRED | NO. OF CRITICAL ITEMS |
|---|---|---|---|---|---|---|---|---|
| | 11 | 1 | 80? | OUT / IN | YES ☑ / NO ☐ | Regular Compliance ☐ / Complaint ☐ / Other ☐ | YES ☐ / NO ✓ | 0 |

*CRITICAL ITEMS REQUIRING IMMEDIATE ACTION

## FOOD
| | | WT. |
|---|---|---|
| 01* | Source: sound condition, quality standards, (frozen desserts), not adulterated, no spoilage | 5 |
| 02 | Original container; properly labeled | 1 |

## FOOD PROTECTION
| | | WT. |
|---|---|---|
| 03* | Potentially hazardous food meets temperature requirements during storage, preparation, display, service, cooling, transportation | 5 |
| 04* | Facilities to maintain product temperature | 4 |
| 05 | Thermometers provided and conspicuous | 1 |
| 06 | Potentially hazardous food properly thawed | 2 |
| 07* | Unwrapped and potentially hazardous food not re-served Cross Contamination prevented; damaged/detained food segregated | 4 |
| 08 | Food protection during storage, preparation, display, service, transportation | 2 |
| 09 | Handling of food (ice) minimized | 2 |
| 10 | In use, food (ice) dispensing utensils properly stored | 1 |

## PERSONNEL
| | | WT. |
|---|---|---|
| 11* | Personnel with infections restricted | 5 |
| 12* | Hands washed and clean, good hygienic practices | 5 |
| 13 | Clean clothes, hair restraints | 1 |

## FOOD EQUIPMENT AND UTENSILS
| | | WT. |
|---|---|---|
| 14 | Food (ice) contact surfaces; designed, constructed, maintained, installed, located   Cutting Board | 2 |
| 15 | Nonfood contact surfaces: designed, constructed, maintained, installed, located | 1 |
| 16 | Dishwashing/warewashing facilities: designed, constructed, maintained, installed, located, operated | 2 |
| 17 | Accurate thermometers, chemical test kits provided, gauge cock (1/4" IPS valve) | 1 |
| 18 | Pre-flushed, scraped, soaked | 1 |
| 19 | Wash, rinse water: clean, proper temperature | 2 |
| 20* | Sanitization rinse: clean, temperature, concentration, exposure time; equipment, utensils sanitized | 4 |
| 21 | Wiping cloths: clean, use restricted, stored | 1 |
| 22 | Food contact surfaces of equipment and utensils clean, free of abrasives, detergents | 1 |
| 23 | Nonfood contact surfaces of equipment and utensils clean | 1 |
| 24 | Storage, handling of clean equipment/utensils | 1 |
| 25 | Single service articles, storage, dispensing, wrapped | 1 |
| 26 | No re-use of single service articles | 2 |

## WATER
| | | WT. |
|---|---|---|
| 27* | Water source, safe; hot and cold under pressure public ( )   private ( ) | 5 |

## SEWAGE
| | | WT. |
|---|---|---|
| 28* | Sewage and waste water disposal   public (✓)   private ( ) | 4 |

## PLUMBING
| | | WT. |
|---|---|---|
| 29 | Installed, maintained | 1 |
| 30* | Cross connection, back siphonage, backflow | 5 |

## TOILET AND HANDWASHING FACILITIES
| | | WT. |
|---|---|---|
| 31* | Number, convenient, accessible, designed, installed | 4 |
| 32 | Toilet rooms enclosed, self-closing doors; fixtures, good repair, clean; hand cleanser, tissue, sanitary towels/hand-drying devices provided, proper waste receptacles | 2 |

## GARBAGE AND REFUSE DISPOSAL
| | | WT. |
|---|---|---|
| 33 | Containers or receptacles, covered; adequate number, insect/rodent proof, frequency, clean | 2 |
| 34 | Outside storage area enclosures properly constructed, clean, controlled incineration | 1 |

## INSECT, RODENT, ANIMAL CONTROL
| | | WT. |
|---|---|---|
| 35* | Presence of insects/rodents—outer openings protected, no birds, turtles, other animals | 4 |

## FLOORS, WALLS AND CEILINGS
| | | WT. |
|---|---|---|
| 36 | Floors; constructed, drained, clean, good repair, covering installation, dustless cleaning methods | 1 |
| 37 | Walls, ceiling, attached equipment; constructed, good repair, clean surfaces, dustless cleaning methods | 1 |

## LIGHTING
| | | WT. |
|---|---|---|
| 38 | Lighting provided as required, fixtures shielded | 1 |

## VENTILATION
| | | WT. |
|---|---|---|
| 39 | Rooms and equipment—vented as required | 1 |

## DRESSING ROOMS
| | | WT. |
|---|---|---|
| 40 | Rooms, area clean, lockers provided, located, used | 1 |

## OTHER OPERATIONS
| | | WT. |
|---|---|---|
| 41* | Toxic items properly stored, labeled, used | 5 |
| 42 | Premises maintained free of litter, unnecessary articles, cleaning maintenance equipment properly stored, authorized personnel | 1 |
| 43 | Complete separation from living/sleeping quarters. Laundry | 1 |
| 44 | Clean, soiled linen properly stored | 1 |

* ADMINISTRATIVE NOTICES POSTED   Yes ☐   No ☐   (Circle)    Food Permit,   Inspection Report,   Other

RECEIVED BY: Name _____    INSPECTED BY: Name _Christy Gresham_

Title _____

REMARKS _____

ADPH-FLP-103/Rev. 8-97–rm

# ALABAMA DEPARTMENT OF PUBLIC HEALTH
## FOOD SERVICE ESTABLISHMENT / RETAIL FOOD STORE INSPECTION REPORT

_Russell_     COUNTY HEALTH DEPARTMENT     SCORE _96_

LEGAL NOTICE TO THE PROPRIETOR OR MANAGER: You are respectfully notified of such violations of the Alabama State Board of Health Rules for Food Establishment Sanitation as are indicated by a circle in the Inspection Report. This report constitutes an official notice to comply with Chapter 420-3-22 of the aforesaid Rules within a period of _____ days. Failure to comply with this notice may result in cessation of food operations.

ESTABLISHMENT NAME _Dl Griffin_    OWNER OR MANAGER NAME _Lt Holland_

ADDRESS _307 Prentiss Dr Phenix City Al 36869_ ZIP CODE

| PERMIT NUMBER | MO. DAY YEAR | INSP. TIME | PERMITTED | PURPOSE | COMPLIANCE INSP. REQUIRED | NO. OF CRITICAL ITEMS |
|---|---|---|---|---|---|---|
| | 08 18 03 | OUT / IN | YES ☑ / NO ☐ | Regular Compliance ☐ / Complaint ☐ / Other ☐ | YES / NO ✓ | |

*CRITICAL ITEMS REQUIRING IMMEDIATE ACTION

## FOOD

| | | WT. |
|---|---|---|
| 01* | Source: sound condition, quality standards, (frozen desserts), not adulterated, no spoilage | 5 |
| 02 | Original container; properly labeled | 1 |

## FOOD PROTECTION

| | | WT. |
|---|---|---|
| 03* | Potentially hazardous food meets temperature requirements during storage, preparation, display, service, cooling, transportation | 5 |
| 04* | Facilities to maintain product temperature | 4 |
| 05 | Thermometers provided and conspicuous | 1 |
| 06 | Potentially hazardous food properly thawed | 2 |
| 07* | Unwrapped and potentially hazardous food not re-served | 4 |
| | Cross Contamination prevented; damage/detained food segregated | |
| 08 | Food protection during storage, preparation, display, service, transportation | 2 |
| 09 | Handling of food (ice) minimized | 2 |
| 10 | In use, food (ice) dispensing utensils properly stored | 1 |

## PERSONNEL

| | | WT. |
|---|---|---|
| 11* | Personnel with infections restricted | 5 |
| 12* | Hands washed and clean, good hygienic practices | 5 |
| 13 | Clean clothes, hair restraints | 1 |

## FOOD EQUIPMENT AND UTENSILS

| | | WT. |
|---|---|---|
| 14 | Food (ice) contact surfaces: designed, constructed, maintained, installed, located _caulkily Pear_ | (2) |
| 15 | Nonfood contact surfaces: designed, constructed, maintained, installed, located | 1 |
| 16 | Dishwashing/warewashing facilities: designed, constructed, maintained, installed, operated | 2 |
| 17 | Accurate thermometers, chemical test kits provided, gauge cock (1/4" IPS valve) | 1 |
| 18 | Pre-flushed, scraped, soaked | 1 |
| 19 | Wash, rinse water: clean, proper temperature | 2 |
| 20* | Sanitization rinse: clean, temperature, concentration, exposure time; equipment, utensils sanitized | 4 |
| 21 | Wiping cloths: clean, use restricted, stored | (1) |
| 22 | Food contact surfaces of equipment and utensils clean, free of abrasives, detergents | 2 |
| 23 | Nonfood contact surfaces of equipment and utensils clean | 1 |
| 24 | Storage, handling of clean equipment/utensils | 1 |
| 25 | Single service articles, storage, dispensing, wrapped | 1 |
| 26 | No re-use of single service articles | 2 |

## WATER

| | | WT. |
|---|---|---|
| 27* | Water source, safe; hot and cold under pressure public ( ✓ ) private ( ) | 5 |

## SEWAGE

| | | WT. |
|---|---|---|
| 28* | Sewage and waste water disposal public ( ✓ ) private ( ) | 4 |

## PLUMBING
_Leaking 3 compt Sink Valve_

| | | WT. |
|---|---|---|
| 29 | Installed, maintained | (1) |
| 30* | Cross connection, back siphonage, backflow | 5 |

## TOILET AND HANDWASHING FACILITIES

| | | WT. |
|---|---|---|
| 31* | Number, convenient, accessible, designed, installed | 4 |
| 32 | Toilet rooms enclosed, self-closing doors; fixtures, good repair, clean; hand cleanser, tissue, sanitary towels/hand-drying devices provided, proper waste receptacles | 2 |

## GARBAGE AND REFUSE DISPOSAL

| | | WT. |
|---|---|---|
| 33 | Containers or receptacles, covered; adequate number, insect/rodent proof, frequency, clean | 2 |
| 34 | Outside storage area enclosures properly constructed, clean, controlled incineration | 1 |

## INSECT, RODENT, ANIMAL CONTROL

| | | WT. |
|---|---|---|
| 35* | Presence of insects/rodents—outer openings protected, no birds, turtles, other animals | 4 |

## FLOORS, WALLS AND CEILINGS

| | | WT. |
|---|---|---|
| 36 | Floors; constructed, drained, clean, good repair, covering installation, dustless cleaning methods | 1 |
| 37 | Walls, ceiling, attached equipment; constructed, good repair, clean surfaces, dustless cleaning methods | 1 |

## LIGHTING

| | | WT. |
|---|---|---|
| 38 | Lighting provided as required, fixtures shielded | 1 |

## VENTILATION

| | | WT. |
|---|---|---|
| 39 | Rooms and equipment—vented as required | 1 |

## DRESSING ROOMS

| | | WT. |
|---|---|---|
| 40 | Rooms, area clean, lockers provided, located, used | 1 |

## OTHER OPERATIONS

| | | WT. |
|---|---|---|
| 41* | Toxic items properly stored, labeled, used | 5 |
| 42 | Premises maintained free of litter, unnecessary articles, cleaning maintenance equipment properly stored, authorized personnel | 1 |
| 43 | Complete separation from living/sleeping quarters. Laundry | 1 |
| 44 | Clean, soiled linen properly stored | 1 |

* ADMINISTRATIVE NOTICES POSTED   Yes ☐   No ☐   (Circle)   Food Permit, _____ Inspection Report, _____ Other ___

RECEIVED BY: Name _____    INSPECTED BY: Name _Chrstpher H_

Title _S&T._

REMARKS

ADPH-FLP-103/Rev. 8-97–rm

# ALABAMA DEPARTMENT OF PUBLIC HEALTH

## FOOD SERVICE ESTABLISHMENT / RETAIL FOOD STORE INSPECTION REPORT

Russell _____ COUNTY HEALTH DEPARTMENT                    SCORE __97__

LEGAL NOTICE TO THE PROPRIETOR OR MANAGER: You are respectfully notified of such violations of the Alabama State Board of Health Rules for Food Establishment Sanitation as are indicated by a circle in the Inspection Report. This report constitutes an official notice to comply with Chapter 420-3-22 of the aforesaid Rules within a period of _____ days. Failure to comply with this notice may result in cessation of food operations.

ESTABLISHMENT NAME: P.L. Griffin Pet Center          OWNER OR MANAGER NAME: Lt Holland

ADDRESS: Prentis Dr  Phenix City  AL 36867          ZIP CODE

| PERMIT NUMBER | MO. DAY YEAR | INSP. TIME | PERMITTED | PURPOSE | COMPLIANCE INSP. REQUIRED | NO. OF CRITICAL ITEMS |
|---|---|---|---|---|---|---|
| | 11 17 03 | OUT / IN | YES ☐ NO ☐ | Regular Compliance ✓ / Complaint ☐ / Other ☐ | YES ___ NO ✓ | 0 |

11/17/03

*CRITICAL ITEMS REQUIRING IMMEDIATE ACTION

## FOOD

| | | WT. |
|---|---|---|
| 01* | Source: sound condition, quality standards, (frozen desserts), not adulterated, no spoilage | 5 |
| 02 | Original container; properly labeled | 1 |

## FOOD PROTECTION

| | | WT. |
|---|---|---|
| 03* | Potentially hazardous food meets temperature requirements during storage, preparation, display, service, cooling, transportation | 5 |
| 04* | Facilities to maintain product temperature | 4 |
| 05 | Thermometers provided and conspicuous | 1 |
| 06 | Potentially hazardous food properly thawed | 2 |
| 07* | Unwrapped and potentially hazardous food not re-served Cross Contamination prevented; damage/detained food segregated | 4 |
| 08 | Food protection during storage, preparation, display, service, transportation | 2 |
| 09 | Handling of food (ice) minimized | 2 |
| 10 | In use, food (ice) dispensing utensils properly stored | 1 |

## PERSONNEL

| | | WT. |
|---|---|---|
| 11* | Personnel with infections restricted | 5 |
| 12* | Hands washed and clean, good hygienic practices | 5 |
| 13 | Clean clothes, hair restraints | 1 |

## FOOD EQUIPMENT AND UTENSILS

| | | WT. |
|---|---|---|
| 14 | Food (ice) contact surfaces; designed, constructed, maintained, installed, located | 2 |
| 15 | Nonfood contact surfaces: designed, constructed, maintained, installed, located | 1 |
| 16 | Dishwashing/warewashing facilities: designed, constructed, maintained, installed, located, operated | 2 |
| 17 | Accurate thermometers, chemical test kits provided, gauge cock (1/4" IPS valve) | 1 |
| 18 | Pre-flushed, scraped, soaked | 1 |
| 19 | Wash, rinse water: clean, proper temperature | 2 |
| 20* | Sanitization rinse: clean, temperature, concentration, exposure time; equipment, utensils sanitized | 4 |
| 21 | Wiping cloths: clean, use restricted; stored | 1 |
| 22 | Food contact surfaces of equipment and utensils clean, free of abrasives, detergents | 2 |
| 23 | Nonfood contact surfaces of equipment and utensils clean | 1 |
| 24 | Storage, handling of clean equipment/utensils | 1 |
| 25 | Single service articles, storage, dispensing, wrapped | 1 |
| 26 | No re-use of single service articles | 2 |

## WATER

| | | WT. |
|---|---|---|
| 27* | Water source, safe; hot and cold under pressure public ( ) private ( ) | 5 |

## SEWAGE

| | | WT. |
|---|---|---|
| 28* | Sewage and waste water disposal  public (✓)  private ( ) | 4 |

## PLUMBING

| | | |
|---|---|---|
| 29 | Installed, maintained | 1 |
| 30* | Cross connection, back siphonage, backflow | 5 |

## TOILET AND HANDWASHING FACILITIES

| | | |
|---|---|---|
| 31* | Number, convenient, accessible, designed, installed | 4 |
| 32 | Toilet rooms enclosed, self-closing doors; fixtures, good repair, clean; hand cleanser, tissue, sanitary towels/hand-drying devices provided, proper waste receptacles | 2 |

## GARBAGE AND REFUSE DISPOSAL

| | | |
|---|---|---|
| 33 | Containers or receptacles, covered; adequate number, insect/rodent proof, frequency, clean | 2 |
| 34 | Outside storage area enclosures properly constructed, clean, controlled incineration | 1 |

## INSECT, RODENT, ANIMAL CONTROL

| | | |
|---|---|---|
| 35* | Presence of insects/rodents—outer openings protected, no birds, turtles, other animals | 4 |

## FLOORS, WALLS AND CEILINGS

| | | |
|---|---|---|
| 36 | Floors; constructed, drained, clean, good repair, covering installation, dustless cleaning methods | 1 |
| 37 | Walls, ceiling, attached equipment; constructed, good repair, clean surfaces, dustless cleaning methods | 1 |

## LIGHTING

| | | |
|---|---|---|
| 38 | Lighting provided as required, fixtures shielded | 1 |

## VENTILATION

| | | |
|---|---|---|
| 39 | Rooms and equipment—vented as required | 1 |

## DRESSING ROOMS

| | | |
|---|---|---|
| 40 | Rooms, area clean, lockers provided, located, used | 1 |

## OTHER OPERATIONS

| | | |
|---|---|---|
| 41* | Toxic items properly stored, labeled, used | 5 |
| 42 | Premises kept free of litter, unnecessary articles, cleaning maintenance equipment properly stored, authorized personnel | 1 |
| 43 | Complete separation from living/sleeping quarters. Laundry | 1 |
| 44 | Clean, soiled linen properly stored | 1 |

* ADMINISTRATIVE NOTICES POSTED     Yes ✓  No ☐   (Circle)     Food Permit_____  Inspection Report ✓  Other____

RECEIVED BY: Name Johnny E Barnes

Title Sgt

INSPECTED BY: Name _____

REMARKS: _____

ADPH-FLP-103/Rev. 8-97-rm

# ALABAMA DEPARTMENT OF PUBLIC HEALTH
## FOOD SERVICE ESTABLISHMENT / RETAIL FOOD STORE INSPECTION REPORT

COUNTY HEALTH DEPARTMENT                                        SCORE _98_

LEGAL NOTICE TO THE PROPRIETOR OR MANAGER: You are respectfully notified of such violations of the Alabama State Board of Health Rules for Food Establishment Sanitation as are indicated by a circle in the Inspection Report. This report constitutes an official notice to comply with Chapter 420-3-22 of the aforesaid Rules within a period of _____ days. Failure to comply with this notice may result in cessation of food operations.

| ESTABLISHMENT NAME | OWNER OR MANAGER NAME |
|---|---|
| Pk. Griffin Det. Fac. | Lt. Holland |

ADDRESS: 307 Printers Dr    Phone    City AL 36086    ZIP CODE

| PERMIT NUMBER | MO. DAY YEAR | INSP. TIME | PERMITTED | PURPOSE | COMPLIANCE INSP. REQUIRED | NO. OF CRITICAL ITEMS |
|---|---|---|---|---|---|---|
| | 063005 | OUT / IN | YES ☐ NA / NO ☐ | Regular / Compliance / Complaint / Other | YES___ NO___ | |

*CRITICAL ITEMS REQUIRING IMMEDIATE ACTION

## FOOD
| | | WT. |
|---|---|---|
| 01* | Source: sound condition, quality standards, (frozen desserts), not adulterated, no spoilage | 5 |
| 02 | Original container; properly labeled | 1 |

## FOOD PROTECTION
| | | WT. |
|---|---|---|
| 03* | Potentially hazardous food meets temperature requirements during storage, preparation, display, service, cooling, transportation | 5 |
| 04* | Facilities to maintain product temperature | 4 |
| 05 | Thermometers provided and conspicuous | 1 |
| 06 | Potentially hazardous food properly thawed | 2 |
| 07* | Unwrapped and potentially hazardous food not re-served; Cross Contamination prevented; damage/detained food segregated | 4 |
| 08 | Food protection during storage, preparation, display, service, transportation | 2 |
| 09 | Handling of food (ice) minimized | 2 |
| 10 | In use, food (ice) dispensing utensils properly stored | 1 |

## PERSONNEL
| | | WT. |
|---|---|---|
| 11* | Personnel with infections restricted | 5 |
| 12* | Hands washed and clean, good hygienic practices | 5 |
| 13 | Clean clothes, hair restraints | 1 |

## FOOD EQUIPMENT AND UTENSILS
| | | WT. |
|---|---|---|
| 14 | Food (ice) contact surfaces: designed, constructed, maintained, installed, located | 2 |
| 15 | Nonfood contact surfaces: designed, constructed, maintained, installed, located | 1 |
| 16 | Dishwashing/warewashing facilities: designed, constructed, maintained, installed, located, operated | 2 |
| 17 | Accurate thermometers, chemical test kits provided, gauge cock (1/4" IPS valve) | 1 |
| 18 | Pre-flushed, scraped, soaked | 1 |
| 19 | Wash, rinse water: clean, proper temperature | 2 |
| 20* | Sanitization rinse: clean, temperature, concentration, exposure time; equipment, utensils sanitized | 4 |
| 21 | Wiping cloths: clean, use restricted; stored | 1 |
| 22 | Food contact surfaces of equipment and utensils clean, free of abrasives, detergents | 2 |
| 23 | Nonfood contact surfaces of equipment and utensils clean | 1 |
| 24 | Storage, handling of clean equipment/utensils | 1 |
| 25 | Single service articles, storage, dispensing, wrapped | 1 |
| 26 | No re-use of single service articles | 2 |

## WATER
| | | WT. |
|---|---|---|
| 27* | Water source, safe; hot and cold under pressure public ( ) private ( ) | 5 |

## SEWAGE
| | | WT. |
|---|---|---|
| 28* | Sewage and waste water disposal    public ( )    private ( ) | 4 |

## PLUMBING
| | | WT. |
|---|---|---|
| 29 | Installed, maintained | 1 |
| 30* | Cross connection, back siphonage, backflow | 5 |

## TOILET AND HANDWASHING FACILITIES
| | | WT. |
|---|---|---|
| 31* | Number, convenient, accessible, designed, installed | 4 |
| 32 | Toilet rooms enclosed, self-closing doors; fixtures, good repair, clean; hand cleanser, tissue, sanitary towels/hand-drying devices provided, proper waste receptacles | 1 |

## GARBAGE AND REFUSE DISPOSAL
| | | WT. |
|---|---|---|
| 33 | Containers or receptacles, covered; adequate number, insect/rodent proof, frequency, clean | 2 |
| 34 | Outside storage area enclosures properly constructed, clean, controlled incineration | 1 |

## INSECT, RODENT, ANIMAL CONTROL
| | | WT. |
|---|---|---|
| 35* | Presence of insects/rodents—outer openings protected, no birds, turtles, other animals | 4 |

## FLOORS, WALLS AND CEILINGS
| | | WT. |
|---|---|---|
| 36 | Floors; constructed, drained, clean, good repair, covering installation, dustless cleaning methods | 1 |
| 37 | Walls, ceiling, attached equipment; constructed, good repair, clean surfaces, dustless cleaning methods | 1 |

## LIGHTING
| | | WT. |
|---|---|---|
| 38 | Lighting provided as required, fixtures shielded | 1 |

## VENTILATION
| | | WT. |
|---|---|---|
| 39 | Rooms and equipment—vented as required | 1 |

## DRESSING ROOMS
| | | WT. |
|---|---|---|
| 40 | Rooms, area clean, lockers provided, located, used | 1 |

## OTHER OPERATIONS
| | | WT. |
|---|---|---|
| 41* | Toxic items properly stored, labeled, used | 5 |
| 42 | Premises maintained free of litter, unnecessary articles, cleaning maintenance equipment properly stored, authorized personnel | 1 |
| 43 | Separation provision from living/sleeping quarters. Laundry | 1 |
| 44 | Clean, soiled linen properly stored | 1 |

* ADMINISTRATIVE NOTICES POSTED    Yes ☐   No ☐   (Circle)    Food Permit, ___    Inspection Report, ___    Other ___

RECEIVED BY: Name _Johnny Brown_    Title _____    INSPECTED BY: Name _Cheryl Stoll_

REMARKS  8  Need More Stor Space

ADPH-FLP-103/Rev. 8-97-rm        8. Need More Temp Mats (Beds) (B Blot Shown)

**Exhibit L**
**Affidavit of Thomas F. Boswell**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **WILLIAM EARL WELLS, JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Civil Action No. 3:07-cv-848-WKW-WC** |
| | ) |
| **THOMAS F. BOSWELL, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**AFFIDAVIT OF THOMAS F. BOSWELL**

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF RUSSELL** | ) |

1.    My name is Thomas F. Boswell. I am over the age of nineteen and am competent to execute this affidavit, which is based on my personal knowledge, training and experience.

2.    I am the duly-elected Sheriff of Russell County, Alabama, and was the duly-elected Sheriff of Russell County at all times relevant to Plaintiff's Complaint.

3.    I have reviewed the Plaintiff's Complaint filed in this matter. I have no personal knowledge of the facts stated in the Complaint. I did not become aware of the allegations made the basis of the Plaintiff's Complaint until I was served with it.

4.    It is the policy of the Russell County Sheriff's Department that members of the Jail staff receive and answer inmate grievances. Forms on which grievances may be related to the Jail staff are readily available in the Jail. Inmates are furnished these forms at any time they request one. An exception exists for requests of an emergency nature, which may be made orally. Members of the Jail staff are charged with responding to such grievances. Copies of all completed grievances and request forms are placed in an inmate's Jail file.

5.     To my knowledge, the Plaintiff has not filed a grievance with respect to the subject matter of his Complaint.

6.     I am not personally involved in the day-to-day operations of the jail.  I have delegated that power and authority to the Jail Administrator.

7.     I certify and state that the documents provided to the Court which are attached to the Defendants' Special Report are true and correct copies of the Plaintiff's inmate and health records kept at the Russell County Jail in the regular course of business.

8.     I affirm, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.

_____
Thomas F. Boswell

**SWORN TO** and **SUBSCRIBED** before me this 31 day of OCT , 2007.


_____
NOTARY PUBLIC
My Commission Expires: 06-25-08

2

# Exhibit M
# Handbook on Inmate Rules and Regulations

# HANDBOOK ON
# INMATE RULES
# AND REGULATIONS

**PRENTISS L. GRIFFITH CONSOLIDATED DETENTION FACILITY**
**RUSSELL COUNTY JAIL**
**PHENIX CITY, ALABAMA**

**A DIVISION OF THE**
**RUSSELL COUNTY SHERIFF'S OFFICE**

## THOMAS F. BOSWELL, SHERIFF
## WILLIAM ALEXANDER III, CHIEF DEPUTY



## LOETTA HOLLAND
**CORRECTIONS ADMINISTRATOR**

## DANNY BUSSEY
**ASSISTANT CORRECTIONS ADMINISTRATOR**

**REVISED EDITION 2007**

# Table Of Contents

Introduction                                      5
Message From The Sheriff                          6
Mission Statement                                 8
Handbook Guide                                    9
Inmate Intake Procedures                          10
  Funds                                 10
  Admissions                            10
  Bond Procedure                        10
  Property                              11
  Health Care                           11
  Housing Assignment                    11
  County Issued Items                   11
  Packages                              12
  Identification Wristbands             12
  Permitted Items                       12
  Contraband                            13
Inmate Communications                             13
  Request Forms                         13
  Medical Forms                         13
  Grievances                            13
  Inmate Correspondence                 14
  Inmate Communication with Media       14
Inmate Privileges                                 14
  Television                            14
  Telephone                             14
  Commissary                            15
  Morning Wake Up Call                  15
  Visitation                            15
Inmate Services and Programs                      15
  Meals                                 15

Laundry                                      16
Health Care                                  16
Religious Services                           17
Notary Services                              17
Inmate Worker Program                        17
Work Release Program                         17
Daily Activities                             18
Inmate Dress Code                            18
Inmate Movement                              18
Emergency Movement                           18
Cleaning Housing Units                       18
Inmate Hygiene                               19
Inmate Recreation                            19
Inmate Disciplinary Procedure                19
Types Of Sanction                            20
Rule Violations                              21
Release Procedures                           22
Return Of Jail Property                      23
Return Of Personal Property                  23
Inmate Funds                                 23
Transportation                               23
Shelters                                     23

4

# FOREWARD

These rules and regulations for inmates contain certain information which will be important to you while you are confined in this facility. The rules and regulations contained herein revoke and supersede the regulations contained in any previous handbook publication. The rules and regulations contained in this handbook are in effect on the date of signing below, and will remain in effect until superseded by subsequent addition, deletion, or correction thereto.

The purpose of this handbook is to provide information concerning rules and regulations pertaining to inmates incarcerated in the Prentiss L. Griffith Consolidated Detention Facility. The rules and regulations are primarily directed to the inmate population and are by no means all-inclusive, and the fact that a rule or regulation may not be included herein is not to be construed that the rule or regulation does not exist and/or is not published elsewhere in a more appropriate volume.

The rules and regulations contained herein are applicable to all persons incarcerated in the Prentiss L. Griffith Consolidated Detention Facility, whether they are city, county, state or federal inmates, regardless of the status or category. Violations of these rules and regulations by any inmate may result in disciplinary action.

Questions concerning the contents of this handbook should be directed in writing to the Administrator of the Prentiss L. Griffith Consolidated Detention Facility, or the Chief Deputy of Russell County.

5

**A Message From Thomas F. Boswell, Jr.**
**Sheriff Of Russell County, Alabama**

Living in an institution necessarily requires certain rules and regulations, as does any situation where groups of people live close together. You will be expected to obey these rules and regulations and to perform satisfactorily any duty or assignment made by the officials of this facility. Be certain that you obey the orders and instructions of these officials even though they may differ from previous orders given to you and to avoid any argument with either facility officials or other inmates.

Every effort will be made on the part of detention facility personnel to ensure the safe custody, decent living conditions, and fair treatment of all inmates. The staff of the Prentiss L. Griffith Consolidated Detention Facility recognizes that each inmate has the right to freedom from fear of inhumane treatment or abuse by any person. All personnel have been instructed to notify each inmate of his/her right, upon request, to personally discuss his/her problems concerning incarceration in this facility with the Administrator of Corrections. If an inmate prefers, he or she may write the administrator, with the assurance that the letter will not be opened or read by any other detention facility official. To the extent possible, complaining inmates will not again be assigned living quarters which may necessitate association with the inmates involved in problems or threats directed toward that inmate which have precipitated written or oral communications with detention facility officers.

Prentiss L. Griffith Consolidated Detention Facility officers, like you, are also subject to rules and regulations which govern both conduct and performance of their duties and responsibilities. They, like you, must also obey certain rules and regulations. They, like you, are also subject to disciplinary action for any substandard performance or dereliction of duty. They, like you, are entitled to respect for their position and freedom from abuse by anyone. You will find them respectful of you as individuals, of your rights, and of

6

your privileges. By the same token, they will demand the same of you. Any disregard toward the dignity of any officer's person is detrimental to good order and discipline and cannot be tolerated nor justified.

The officers of this facility are your guarantee of safe custody while in this facility.

Sincerely,
Thomas F. Boswell, Jr., Sheriff

7

# Mission Statement

The mission of the Prentiss L. Griffith Consolidated Detention Facility is to provide for the safe, secure, and constitutional confinement of those persons committed to the custody of the facility, either to await trial or upon sentence of the court, and to attempt to ensure that all inmates are treated impartially and in accordance with the established laws of the United States and the State of Alabama.

8

## Russell County Jail

Inmates are provided a copy of the Russell County Jail Inmate Handbook before being escorted to their assigned housing unit. Upon release, inmates are required to return the Handbook to the officer processing their release from the Russell County Jail. Any inmate that does not return their handbook, which was issued to them, is subject to a monetary charge.

The rules and regulations contained herein revoke and supersede the rules and regulations of all previous handbooks. The rules and regulations contained herein are in effect until superseded by subsequent additions, deletions, or corrections.

This handbook does not contain all rules and regulations that govern the inmate population but does contain guidelines for the conduct and general expectations of the incarcerated in the Russell County Jail. Because a rule or regulation does not appear in this handbook does not mean that it does not exist and that it doesn't apply to the incarcerated population.

Those rules and regulations contained herein and elsewhere such as employee's PPD and memos are applicable to all inmates incarcerated in the Russell County Jail regardless of the classification status or category. Violation of these rules and regulations by any inmate may result in disciplinary action and or criminal prosecution.

Any questions concerning the contents herein should be directed in writing to the Jail Administrator.

9

## INMATE INTAKE PROCEDURE

### Inmate Funds

Upon committal to the Russell County Jail, inmates will surrender any and all forms of money in their possession. This money will be properly recorded and you will be provided with a receipt. While incarcerated, inmates can use this money to purchase items from the commissary, or release it to an outside source. Inmates can receive additional funds in the form of a Money Order to be added to their account. Upon release all remaining monies will be returned in the form of a check.  If you choose to release your funds to a third party, your account will be frozen for a period of six (6) months.

### Admissions

Every inmate that enters the Russell County Jail will be pat searched before being booked. Any property that the inmate has will be surrendered to the on-duty booking rover to be inventoried. After the completion of the inventory sheet and the inmate has signed stating that all property has been surrendered, the inmate will begin the booking procedure.

A. **INMATE RESPONSIBILITIES DURING THE ADMISSION PROCESS ARE:**

1. **Provide current and accurate information for personal identification and proper completion of all forms and reports**
2. **To cooperate fully in preparation of an initial health screening which includes providing information about serious medical conditions, prescribed medications, injuries requiring immediate attention, and mental state.**
3. **To submit to appropriate identification, search and hygiene procedures.**
4. **To relinquish all items of money and securities. The staff member will also inventory these items in your presence and give you a receipt.**
5. **To relinquish all items of personal property and clothing. A staff member will inventory your property and clothing in your presence and give you a receipt.**

B. **After completion of the intake and booking process, you will be allowed to initiate a reasonable number of telephone calls for notification of family members, legal counsel, and bonding companies if bondable. All long distance telephone calls must be collect.**

### Bond Procedures

A. **When an inmate has been assessed a bond he/she may be released upon posting that bond through one of the following methods:**

6. **Posting cash security in the amount of the bond plus all applicable surcharges and court cost.**
7. **Use of a professional bondsman**
8. **Posting a property bond. Private Citizens who are property owners (real estate) may sign bonds upon the approval of the sheriff or his designee. Whoever signs a bond (the surety) is responsible to see the arrested person (the principal) is in court at the appropriate time and place for all court proceedings. The bond signer (the surety) will be responsible to pay the full amount of the bond in the event that the principal fails to appear in court. The following criteria applies for**

10

a. Property must be located in Russell County unless otherwise approved.
b. Bonds may only be signed for amount equal to or less than fifty percent (50%) of the acquired equity in the property if approved.
c. You can not use you own property to post bond yourself.
d. You can not use your own property to post bond for your spouse if spouse is co-owner.
e. A security deed may be required at the Sheriff's or his designee's discretion, and must be presented along with applicable filing fees prior to release.
f.  All bonds are due and payable immediately upon forfeiture.

## Inmate Property

All inmate property, at the time of booking, is surrendered to the Russell County Jail for safe keeping until the inmate can get someone to release his or her property to. Any property left over 5 days from the time the inmate was released will be discarded. The Russell County Jail is not responsible for any property left after five days of the initial booking of any inmate. Anything left over 5 days from initial booking that gets lost, stolen or broken, <u>The Russell County Jail is not responsible.</u>

## Health Care

Within seventy-two (72) hours of entry into the jail, a medical staff member from the Medical Division will perform an initial medical screening. Answering truthfully and correctly is vital for your health needs and those already incarcerated in the Russell County Jail.

## Housing Unit Assignment

Inmates are assigned to housing units by staff only. Any changes in assignment are to be done by staff after a supervisor's approval. Unauthorized changes of cell or bed location, is prohibited.

## County Issued Items

Upon committal and before being escorted to your assigned housing unit, the following items will be issued to you.

One uniform shirt
One uniform pants
One mattress
One blanket
One sheet
One towel
One hygiene kit
One roll of toilet paper
One inmate handbook

11

Inmates are liable for county issued clothing, linens, and other items provided by the jail. Inmates are not to exceed the number of county issued, or permitted items in their cell at any given time.

**ADMISSION PACKAGES**

All inmates will be approved to have one admission package within the first fourteen days of being incarcerated. Admission packages will be accepted all days of the week other then Wednesdays and Saturdays. Admission packages may consist of the following items:

> One face towel (yellow)
> One bath towel (yellow)
> One sweat shirt (white)
> One sweat pant (white or light grey)
> Three pair of underwear (white or light grey)
> Three T-Shirts (white)
> Three pair of socks (white)

Inmates may be eligible for a welfare package. The welfare package consists of personal hygiene items and writing materials.

To be eligible for a welfare package you must meet the following criteria:

> A.   You must have been in jail for at least seven days
> B.   You must have less than ($ 5.00 ) five dollars in your account
> C.   You may request a welfare package by completing and Inmate Request Form and forwarding to the Booking Supervisor. We issue welfare packages to eligible inmates one each week.

**Inmate Identification Wristbands**

All Russell County inmates will be issued an ID wristband. The wristband will include the inmates name, name number, date of birth and a small picture. The issued wristband must be worn at all times. Inmates who have removed the wristband will be unable to receive personal mail, store orders or visitation privileges.  A $5.00 replacement fee will be charged to any inmate found to have removed the wristband.

**Permitted Items**

Personal clothing can be purchased from the commissary. Inmates are allowed up to three of any clothing items listed. Other permitted items are:

Prescription eyeglasses (approved by medical staff)
Religious literature
Legal documents pertaining to your case
Two paper back books
One periodical
One Wedding Band
One Wrist Watch (value not to exceed $ 15.00)

12

Inmates should not exceed the limit allowed or permitted, as well as issued items. Any items found in excess of allowed limits will be confiscated and destroyed.

## Contraband

Any item not approved for entry into housing units, listed on the inmate commissary order form, or not issued by the facility are considered contraband. This includes articles of clothing such as undergarments and footwear.

# INMATE COMMUNICATIONS

## Inmate Request Forms

To ensure quick and effective communications with the jail staff, an inmate request form is available to you. Inmate request forms are kept in each pod and can be obtained by asking the pod officer assigned to your area. Inmate request slips are picked up and reviewed at 7:00am and 7:00pm everyday. Forms submitted that are non-legible and unsigned will be discarded.

## Inmate Medical Forms

Inmate medical request forms are obtained in the same manner as obtaining inmate request forms. To obtain medical assistance a medical form must be filled out completely. Any request for non-prescribed medication must also be submitted on a medical request form. Medical request forms are picked up reviewed at 7:00am and 7:00pm everyday. **Any medical emergency should be reported immediately to the pod officer on duty.**

## Inmate Grievance Forms

An inmate wishing to resolve a problem must submit an inmate grievance form. Grievance forms can be obtained from the on duty pod officer. Inmates are allowed to file a grievance when they have been subjected to:

A criminal act by another inmate
A prohibited act by a staff member
Abuse
Harassment
Abridgement of civil rights
Denial of privileges without just cause

All grievance forms must be addressed to the Jail Administrator and should include the date, time, names of all persons involved, and all pertinent details of the incident including the names of any witnesses. Grievances are promptly and thoroughly investigated and a follow up report will be issued to the inmate. An inmate who files a grievance that is determined to be fabricated is subject to disciplinary action.

13

**Inmate Correspondence**

All inmates have access to the U.S. Postal Service; however, staff checks all incoming and outgoing mail before being delivered to the appropriate person. Incoming and outgoing mail is checked for content; cash, money orders, and any unauthorized items considered to be contraband.

Prohibited items received through the mail are returned to the sender at the sender's expense, or discarded. Any items that violate federal, state, or local statues or pose any threat to the safety, security, or orderly running of the facility are prohibited and subject to criminal prosecution.

Inmates have the right to correspond with counsel or courts without having correspondence read. The Jail Administrator must approve any correspondence from inmates of the Russell County Jail with inmates of other facilities.

Outgoing mail must have your full name that was used during booking, and the return address of:

> Russell County Jail
> P.O. Box 640
> Phenix City, AL
> 36868

Packages for inmates will not be accepted. All such packages will be returned unopened to the sender. If packages have no return address, the package will be destroyed.

**Inmate Communications with the Media**

Inmates are prohibited from communicating with the media without prior approval from the Sheriff or Chief Deputy. This includes telephone conversations, written correspondence and/or physical visitation.

<div align="center">

**INMATE PRIVILIGES
(A PRIVLIDGE IS NOT A RIGHT)**

</div>

**Telephone**

Inmate telephones are located in each housing unit and are made available daily excluding meal times and lockdown status. All calls are outgoing and collect calls. There will be a toll charge billed to the party accepting the call. All calls are subject to monitoring and recording. Inmate should be respectful of others by keeping calls to fifteen minutes and staying an arms length away from anyone using the telephone. Staff members will not transfer calls and will not take messages. Any inmates who damages telephones are subject to disciplinary action and or criminal prosecution.

**Television**

Televisions are provided in each housing unit. Televisions may be removed or turned off

14

for disciplinary reasons. Any inmate who damages or destroys a television is responsible for the cost of replacement and is subject to disciplinary action and or criminal prosecution. To avoid conflict among inmate's staff may dictate programming.

**Commissary**

The commissary is made available to inmates once a week. Commissary order forms are passed out weekly. You are not allowed to make exchanges on store items after your transaction has been processed. To ensure that you receive all items ordered, do not exceed the amount of money you have in your account. The commissary officer will make any needed adjustments. Orders from inmates in any form of special housing will be evaluated before being processed. All items must be kept in an orderly fashion, keep this in mind when ordering. Any inmate who is found to be ordering and or receiving commissary in another inmates name will have their commissary privileges suspended and may face criminal prosecution. The staff will notify you in writing if we restrict your commissary purchases for disciplinary or medical reasons.

**Visitation**

Inmate incarcerated in the Russell County Jail will be permitted to receive one thirty minute visit every two weeks. Visitation will be granted to inmates based on the first letter of their last name. All inmates with the last name starting with the letters A-Mc will have visitation together and inmate with the last name starting with the letters N-Z will have visitation together. No inmate incarcerated less than fourteen days will be permitted a visit. All inmates must complete a pre-approved visitation form prior to receiving any visits. Inmates may include up to six people they wish to be eligible to visit them. The persons listed will be the only persons allowed to visit the inmate excluding attorneys and clergy. Any person who has been incarcerated in the Russell County Jail within two years of the date they attempt to visit will be denied. Visitation will begin at 0900 a.m. on Wednesdays and Saturdays only. No appointment will be necessary. Visitors will be accepted on a first come, first served basis. All visitors must report to the jail fifteen minutes prior to their visit. Visitation hours will be from 9:00 a.m. to 11:00 a.m. and 1:00 p.m. to 3:00 p.m. on Wednesdays and Saturdays. Each visit will be for thirty minutes.

# INMATE SERVICES AND PROGRAMS

**Meals**

All inmates are served at least three meals a day. All meals are served at regular times during 24-hour periods. All inmates are required, during this time, to be properly dressed

15

the required uniform. Any inmate caught taking more than one tray, will be subject to disciplinary action. After completion of each meal, inmates are required to return his/her food tray and cup. Any inmate who damages food service items will be subject to disciplinary action and any fees acquired for replacement of the damaged items.

Meals at the Russell County Jail are prepares with special emphasis on nutrition, variety and quality. Special menus are available to inmates with serious medical conditions as determined by the jail medical staff

### Laundry

Inmate laundry will be washed twice per week. Each housing unit will be provided with laundry bags. All laundry should be placed in these bags. All laundry will be washed in the evening and returned by 6:00am. The laundry schedule is subject to be changed at anytime.

## HEALTH CARE

Medical care is available twenty-four hour a day for emergencies and on a regular scheduled basis for non-emergencies.

Sick call is conducted Monday thru Friday. You must submit a request for medical evaluation to be seen during sick call. If you fail to turn in a request, or miss sick call for any reason you must wait until the next scheduled sick call. Medical requests are distributed by medical and jail staff. Sick call is conducted by a licensed practical nurse or a registered nurse. To see the doctor, a nurse must refer you. If you become ill, you should notify the on-duty officer in order to receive prompt medical attention.

The Russell County Jail provides certain medical services at no charge. The medical services provided are listed below:

        Admitting physical screening
        Admitting dental screening
        Mental health screening

Other medical services requiring payment will be deducted from the inmate's account. These services are:

        Sick Call          $5.00
        Doctor Visit       $5.00
        Dentist Visit      $5.00
        Prescription       $5.00
        Non-Prescription   $0.75

Medical/Staff deliver needed medication on a daily basis. If you are receiving medications you must respond to the medical staff/officer immediately after having your name called. You must receive your own medications from the nurse/officer. In the event that you send another inmate to your name call or do not respond to your name call, you forfeit your medication for that day. In the event that any inmate is caught taking other persons

16

medication, that inmate is subject to disciplinary action or criminal prosecution.

## Religious Services

Inmates have the opportunity to participate in practices of their faith subject to the limitations necessary to maintain order and security. Clergy visits are scheduled on a regular basis and as time permits. Inmates who desire to see a particular community visitor minister may contact that minister and request that he or she make arrangements with the jail. All special visits must be cleared through the Jail Administrator.

## Notary Services

The service of a notary public is available free of charge to inmates upon request. Only items relating to your legal case will be approved for notarization. Request for this service must be submitted on an inmate request form that can be obtained from an on-duty officer.

## Inmate Worker Program

Inmates who are interested in becoming an Inmate Worker must submit an inmate request slip requesting consideration. Inmates selected are those that are considered to be low security risks, show a promise of good behavior and consistent work habits. All inmates are eligible for inmate worker status consideration except for the following categories:

    A.   Inmates not yet sentenced
    B.   Inmates with major medical problems
    C.   Inmates with serious mental problems
    D.   Suicidal inmates
    E.   Violent inmates
    F.   Escape risk inmates
    G.   Inmates with active holds from other agencies
    H.   Inmates charged with crimes of violence or sexual offences

## Work Release Program

The following minimum requirements must be met to qualify for the work release program:

    1.   The inmate must be sentenced on all charges.
    2.   The inmate must be clear of any holds for other agencies.
    3.   The inmate must be sentenced to serve their time in the Russell County Jail.
    4.   The inmate must never have been charged with escape, sodomy, rape or any sale of drug charge.
    5.   The inmate must have an employer willing to sign a work release contract.

If you meet these requirements, please have your employer pick up a work release contract at the Russell County Jail.

17

# DAILY ACTIVITIES

## Inmate Dress Code

Monday thru Friday
Upon wake-up call at 8:00am, all inmates are required to dress in Russell County Jail attire. This includes shirt, pants and shoes all in unaltered state. Inmates are to remain in full dress until the time of lockdown for the night.

Saturday thru Sunday
Upon wake-up call at 8:00am all inmates are required to be dressed in basic attire. This requires, at the very least, pants and t-shirt. At no time will any inmate be allowed to wear skullcaps, dew-rags, or any other items on their head.

## Inmate Movement

When exiting cells, on any given day, for any destination other than recreation areas, inmates must be fully clothed in Russell County Jail attire. Any clothing altered by inmates, both privately owned and issued, may be confiscated. When outside the confines of the cell block being escorted through the facility, inmates will walk in a single file on the right side of the hallway between the yellow line and the wall at all times.

## Emergency Movement

During times of an emergency, inmates are to follow the instructions given by the staff. Staff are trained to supervise the evacuation of the jail should the need arise. Failure to follow evacuation procedures and orders as given by staff can result in disciplinary action and or criminal prosecution. Fire emergency evacuation routes are posted throughout the jail. Emergency doors are clearly labeled throughout the jail. Fire drills are to be treated as if an actual fire exists. Remember, if a fire is started by a careless or irresponsible person your life, as well as others, may be endangered.

## Cleaning Housing Units

Inmates share the responsibility of cleaning individual housing units. In each dorm, the inmates should come up with a working schedule for cleaning. Each morning the on duty officer for cleanliness will inspect the dorms. The officer will determine if the dorm is clean so that the dorm will receive telephone and television privileges.

## Morning Wake Up Call and Lockdown

Upon wake up call, all inmates are required to be fully dressed and all beds are to be made and the living and dayroom areas cleaned. This must be done before any privileges are given for the day. During free time all individual cell doors in all dorms will be closed and inmates will be locked out of their rooms. Inmates will not be allowed to take their beds or sheets out of their rooms.

18

**Inmate Hygiene**

Inmates are allowed to shower at any time, with the exclusion of lockdown status. It is recommended that inmates shower daily, but at least one shower per week is required. Inmates are able to purchase hygiene products from the commissary once a week. Indigent inmates are allowed to receive one (1) care package once a month, upon request and approval.

**Inmate Recreation**

The jail provides a recreation area available for daily exercise, as weather and staff levels permit. Inmates are not required to participate in any exercise, recreation or leisure time activity. Inmates are also encouraged to utilize the indoor dayrooms for walking and or aerobic exercise at all times and especially in the event of unfavorable weather conditions or insufficient staff levels.

## INMATE DISCILPINARY PROCEDURES

Disciplinary procedures are designed to maintain security, insure the safety of inmates, staff, the public, and promote order within the facility. Violation of rules and regulations outline in this appendix will be processed in accordance with the following procedures.

Any corrections officer or deputy of the Russell County Jail may charge an inmate with a rule violation. From any charge of rule violation, the inmate may appear before an inmate disciplinary committee, be criminally charged, and or both.

An inmate disciplinary committee will be established to provide a fair and impartial hearing and consistent formal means of determining inmate guilt or innocence in the event of an alleged infraction of facility rules and regulations. Guidelines will be completed without unreasonable delay, unless there are exceptional circumstances for a delay.

A.  When an inmate is alleged to have committed a violation of the law, the case will be referred to the criminal investigation division for follow-ups.

B.  When an alleged rule violation is reported, an appropriate Investigation will begin within 24 hours of the time the violation is reported and be completed without unreasonable delay, unless there are exceptional circumstances of a delay.

C.  Inmates charged with a rule violation shall receive a written statement of the charges including a description of the incident and the specific rules violated, no less than 24 hours prior to the disciplinary hearing. The hearing may be held within 24 hours with the inmate's written consent.

D.  Inmates charged with rule violation shall be present at the hearing, unless they waive that right in writing or through behavior. Inmates may be excluded during the testimony of any inmate whose testimony must be given to confidence. The reasons for the inmate's absence of exclusion will be documented.

19

E.  Inmates charged with a rules violation shall have a disciplinary hearing as soon as it is practicable but no later than five (5) days, excluding weekends and holidays, after the alleged violation. Inmates shall also be notified of the hearing at least 24 hours in advance of the hearing.

F.  Postponement or continuance of a disciplinary hearing may occur for a reasonable period and for good cause

G.  An impartial person or panel of person's and a permanent record of the procedure being made and maintained in the inmates file shall conduct all disciplinary hearings.

H.  The inmate will be given the opportunity to make a statement and present documentary evidence, and to have in attendance at a disciplinary hearing any person who have relevant and not unduly cumulative information, except when doing so may jeopardize the life or safety of any person or the security or order of the facility. Such reasons for denial will be documented.

I.  A staff member may assist inmates at disciplinary hearing if requested. A staff representative shall be appointed to assist an inmate when it is apparent that the inmate is incapable of collecting and presenting evidence effectively on his or her own behalf.

J.  The inmate disciplinary committee's decision shall be based on information obtained during the hearing process, including staff reports, the statement of the inmate charged, and evidence derived from witnesses and relevant documents.

K.  A written record will be made of the disciplinary hearing decision and a copy given to the inmate. Hearing records and supporting document will be kept in the inmates file and in disciplinary committee's records.

L.  The Jail Administrator or designee, in order to ensure conformity, may conduct a review of all disciplinary hearing and dispositions.

M.  Inmates will have the right to appeal decisions of the Jail Administrator who shall either affirm or reverse the decision with five working days of the appeal. Inmates have the right to appeal the ruling of the committee within 15 days of the verdict.

N.  Any guilty verdict of major rule violation shall be sent to other county, state and or federal institutions along with the inmate.

## TYPES OF SANCTIONS

**CATEGORY ONE OFFENSE**- INMATES ARE SUBJECT TO A VERBAL OR WRITTEN REPRIMAD AND OR SEVEN DAYS LOSS OF PRIVELEDGE.
**CATEGORY TWO OFFESNES**- INMATES ARE SUBJECT TO A VERBAL OR WRITTEN REPRIMAND AND OR 8 TO 14 DAYS LOSS OF PRIVILEGES

20

**CATEGORY THREE OFFENSES**- INMATES ARE SUBJECT TO 15 TO 21DAYS LOSS OF PRIVILEGES AND WILL BE SUBJECT TO DICIPLINARY CONFINEMENT.

**CATEGORY FOUR OFFENSES**- INMATES ARE SUBJUCT TO 22 TO 30 DAYS LOSS OF PRIVILEGES AND WILL BE PLACED IN DICIPLINARY CONFINEMENT. INMATES MAY ALSO BE SUBJECT TO POSSIBLE CRIMINAL PROSECUTION.

### RULE VIOLATIONS

**RULE VIOLATIONS INCLUDE THE FOLLOWING BUT ARE NOT LIMITED TO THOSE LISTED BELOW**

### CATEGORY ONE OFFENSE

A. Wearing a disguise or mask.
B. Failure to follow safety or sanitation regulations.
C. Gambling, preparing or conducting a gambling pool, possession of gambling paraphernalia.
D. Being unsanitary or untidy; failing to keep one's person and one's quarters in accordance with set standards.

### CATEGORY TWO OFFENSES

A. Indecent exposure
B. Mutilating or altering issued clothing
C. Unexcused absence from any work assignment (inmate workers)
D. Malingering of feigning as illness
E. Failure to perform work as instructed by any officer or supervisor
F. Being in an unauthorized area
G. Using abusive or obscene language
H. Unauthorized use of mail or telephone
I. Unauthorized contacts with the public
J. Correspondence or conduct with a visitor in violation of set regulations
K. Refusing to work
L. Creating a disturbance

### CATEGORY THREE OFFENSES

A. Destroying altering or damaging government property or the property of another
B. Stealing (theft)
C. Misuse of authorized medications
D. Loaning of property or anything of value for profit or increased return
E. Possession of anything not authorized for detention or receipt by the inmate and not issued to him or her through regular institutional channel's
F. Encouraging other to refuse to work or participating in a work stoppage
G. Refusing to obey an order of any staff member
H. Insolence toward a staff member
I. Lying or providing a false statement to a staff member

21

    J.   Counterfeiting forging or unauthorized reproduction of any documents, articles, identification, money, security, or official paper
    K.   Participating in an unauthorized meeting or gathering
    L.   Failure to stand count
    M.   Interfering with the taking of count
    N.   Making intoxicants of being intoxicated
    O.   Tattooing or self mutilation
    P.   Refusing to provide a urine or breath sample

## CATEGORY FOUR OFFENSES

    A.   Murder
    B.   Assaulting any person
    C.   Fighting with another person
    D.   Threatening another with bodily harm, or any offense against his or her person or property
    E.   Acting in a way that disrupts or interferes with security or orderly running of the jail
    F.   Extortion, blackmail protection, demanding or receiving money or anything or value in return for protection against other to avoid bodily harm or under threat of informing
    G.   Violating a condition of furlough, pass, or any other conditional or temporary release
    H.   Engaging in sexual acts with others and or anything considered as sexual misconduct
    I.   Making sexual proposals or threats to another
    J.   Leaving the jail without authorization
    K.   Escape, attempted, planning or conspiracy
    L.   Setting fire
    M.   Tampering with or blocking any alarm , safety, electrical or locking device
    N.   Adulteration of any food or drink
    O.   Possession or introduction of an explosive or any ammunition
    P.   Possession of contraband
    Q.   Smoking inside the jail
    R.   Engaging in or encouraging a group demonstration
    S.   Rioting or encouraging other to riot
    T.   Giving or offering any official or staff member a bribe, or anything of value
    U.   Giving money or anything of value to, or accepting money or anything of value form an inmate, a member of his or her family of his or her friends

## RELEASE PROCEDURES

**Return of Jail Property**

Upon initial release from the Russell County Jail, the inmate shall return all jail property that was issued at the time of admission. Any item of value not return or damaged shall be deducted accordingly from the inmate's account.

22

**Return of Inmate Personal Property**

All personal property shall be returned unless previously released. If property is left at the Russell County Jail longer than five (5) days after an inmate has been released or transferred to another facility, the property will be discarded.

Personal medication/prescriptions shall be released with the inmate. The jail will only keep medication for a period up to one (1) week before destroying them, after an inmate's release.

**Inmate Funds**

Inmate funds will be returned to the inmate upon his/her release from the facility. Funds are returned in the form of a check only.

**Transportation**

Public transportation services are available based on set schedules. These services include buses or taxis

**Shelters:**

**If needed, the following services are available:**

**Red Cross:**       West Central Georgia Chapter
                    3940 Rosemont Drive
                    Columbus, Georgia 31907    (706) 323-5614

                    24-Hour Emergency Service

**Salvation Army:**  1718 2nd Avenue
                    Columbus, Georgia 31901  (706) 327-0275

**Soup Kitchen & Lodge:**  Office open Monday-Friday 8:45 AM-4:30PM
                          (706) 327-0275

23