Case No. 3:07-CV-848 WKW

Clerk of Court,

My name is William Earl Wells Jr. And I have a case pending in your jurisdiction. I've recently been released from the Russell County Jail so I thought I'd re-write to notify you of the address change.

My new address:

William Earl Wells Jr.
1700 Electronics Drive Lot #10
Anniston, Alabama 36201

Thank you, and May God bless you!

Sincerely,
William Earl Wells Jr.

William Earl Wells Jr.
1700 Electronics BIRMINGHAM, AL Inmate Mail
Anniston, Alabama 36201   Calhoun Co. Jail
31 OCT 2007 PM   Anniston, AL

Office of the Clerk
United States Dist. Court
P.O. Box 711
Montgomery, AL. 36101-0711