IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM EARL WELLS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07-CV-848-WKW |
| | ) | |
| THOMAS F. BOSWELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before November 9, 2007 the defendants shall provide the plaintiff with a copy of their answer and special report at his current address - William Earl Wells, Jr., 1700 Electronics Drive, Lot No. 10, Anniston, Alabama 36201.

Done this 1st day of November, 2007.


       /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE