IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

| | |
|---|---|
| WILLIAM EARL WELLS, JR. ,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS F. BOSWELL, et al. ,<br><br>Defendants, | )<br>)<br>)<br>)<br>) CASE NO. 3:07-CV-848-WKW-WC<br>)<br>)<br>)<br>) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW _Danny Bussey_, a _Defendant_ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

1/21/2008
Date

(Signature) Scott W. Gosnell

Scott W. Gosnell
(Counsel's Name)

Thomas F. Boswell, Loetta Holland, Danny Bussey, Stephen Wurst, Greg Thomas, Tina Riley
Counsel for (print names of all parties)
Post Office Box 240909
Montgomery, Alabama 36124
Address, City, State Zip Code
(334) 262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Eastern_____ DIVISION

## CERTIFICATE OF SERVICE

I, Scott W. Gosnell_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 21_____day of January_____ 20 08, to:

William Earl Wells, Jr.

1700 Electronics Drive

Lot #10

Anniston, Alabama  36201


1/21/08
Date

_____
Signature