IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>EASTERN</u> DIVISION

WILLIAM EARL WELLS, JR. )
)
    Plaintiff, )
)
v. )  CASE NO. <u>3:07-CV-848-WKW-WC</u>
)
THOMAS F. BOSWELL, et al. )
)
    Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>Tina Riley</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>           <u>Relationship to Party</u>

_____    _____

_____    _____

_____    _____

<u>1/21/2008</u>                                        /s/ Scott W. Gosnell
Date                                                (Signature)

                                                      <u>Scott W. Gosnell</u>
                                                      (Counsel's Name)

                                                      Thomas F. Boswell, Loelta Holland, Danny Bussey, Stephen Wurst, Greg Thomas, Tina Riley
                                                      Counsel for (print names of all parties)
                                                      Post Office Box 240909
                                                      Montgomery, Alabama 36124
                                                      Address, City, State Zip Code
                                                      (334) 262-1850
                                                      Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Eastern _____ DIVISION

## CERTIFICATE OF SERVICE

I, Scott W. Gosnell _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail _____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 21 _____ day of January _____ 20 08 to:

William Earl Wells, Jr.

1700 Electronics Drive

Lot #10

Anniston, Alabama  36201


1/21/08
Date

[Signature]
Signature