IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN_____ DIVISION

WILLIAM EARL WELLS, JR._____,

    Plaintiff,

v.

THOMAS F. BOSWELL, et al._____,

    Defendants,

CASE NO. 3:07-CV-848-WKW-WC

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Greg Thomas, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

1/21/2008
Date

(Signature)

**Scott W. Gosnell**
(Counsel's Name)

Thomas F. Boswell, Loetta Holland, Danny Bussey, Stephen Wurst, Greg Thomas, Tina Riley

Counsel for (print names of all parties)
Post Office Box 240909
Montgomery, Alabama 36124
Address, City, State Zip Code
(334) 262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Eastern DIVISION

## CERTIFICATE OF SERVICE

I, Scott W. Gosnell, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 21 day of January 2008 to:

William Earl Wells, Jr.

1700 Electronics Drive

Lot #10

Anniston, Alabama  36201


1/21/08
Date

[Signature]
Signature