IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__EASTERN_____ DIVISION

WILLIAM EARL WELLS, JR. )
)
Plaintiff, )
)
v. ) CASE NO. 3:07-CV-848-WKW-WC
)
THOMAS F. BOSWELL, et al. )
)
Defendants, )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW _Stephen Wurst_____, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✔] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____               _____

_____               _____

_____               _____


1/21/2008                            _[signature]_
Date                                 (Signature)

                                     Scott W. Gosnell
                                     (Counsel's Name)

                                     Thomas F. Boswell, Loetta Holland, Danny Bussey, Stephen Wurst, Greg Thomas, Tina Riley
                                     Counsel for (print names of all parties)
                                     Post Office Box 240909
                                     Montgomery, Alabama 36124
                                     Address, City, State Zip Code
                                     (334) 262-1850
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Eastern DIVISION

## CERTIFICATE OF SERVICE

I, Scott W. Gosnell, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 21 day of January 2008 to:

William Earl Wells, Jr.

1700 Electronics Drive

Lot #10

Anniston, Alabama 36201

_____1/21/08_____    _____[signature]_____
Date                                    Signature