# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| WILLIAM EARL WELLS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:07-cv-848-WKW-WC |
| ) | |
| THOMAS F. BOSWELL, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

COMES NOW Joseph L. Hubbard, Jr. of the law firm of Webb & Eley, P.C., and files his Notice of Appearance as counsel of record for Thomas F. Boswell, Loetta Holland, Danny Bussey, Stephen Wurst, Greg Thomas and Tina Riley, Defendants in the above-styled cause.

Respectfully submitted this the 13th day of February, 2008.

s/Joseph L. Hubbard, Jr.
JOSEPH L. HUBBARD, JR. (HUB015)

OF COUNSEL:

WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama 36124
Telephone: (334) 262-1850
Fax: (334) 262-1889
E-mail: jhubbard@webbeley.com

## CERTIFICATE OF SERVICE

     I hereby certify that on this the 13th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and served the following by U.S. Mail:

William Earl Wells, Jr.
1700 Electronics Drive
Lot #10
Anniston, Alabama  36201

                                            **s/Joseph L. Hubbard, Jr.**
                                            OF COUNSEL