IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM EARL WELLS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:07-cv-848-WKW-WC |
| ) | |
| THOMAS F. BOSWELL, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW

COMES NOW Scott W. Gosnell of the law firm of Webb & Eley, P.C., and moves this Court for permission to withdraw from the representation of Thomas F. Boswell, Loetta Holland, Danny Bussey, Stephen Wurst, Greg Thomas and Tina Riley, Defendants in the above-styled cause. As grounds for this Motion, the undersigned states that he will no longer be employed with the firm of Webb & Eley, P.C..

WHEREFORE, Scott W. Gosnell respectfully requests an order from this Court that releases him from representation of said Defendants.

Respectfully submitted this the 13th day of February, 2008.

s/Scott W. Gosnell
SCOTT W. GOSNELL (GOS002)

OF COUNSEL:

WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama 36124
Telephone: (334) 262-1850
Fax: (334) 262-1889
E-mail: sgosnell@webbeley.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this the 13th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and served the following by U.S. Mail:

William Earl Wells, Jr.
1700 Electronics Drive
Lot #10
Anniston, Alabama  36201

                 **s/Scott W. Gosnell**
                 OF COUNSEL