IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM EARL WELLS, JR., #166763, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:07-CV-848-WKW |
| | ) |
| THOMAS F. BOSWELL, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to withdraw as counsel for the defendants filed by Scott W. Gosnell on February 13, 2008 (Court Doc. No. 33), and for good cause, it is

ORDERED that the motion to withdraw be and is hereby GRANTED.

Done this 14th day of February, 2008.

                                                /s/ Wallace Capel, Jr.
                                              WALLACE CAPEL, JR.
                                              UNITED STATES MAGISTRATE JUDGE