IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MELVIN MASON,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 1:07-cv-00601-KS |
| ) | |
| **WILLIAM E. CASSADY, et al.,** ) | |
| ) | |
|     **Defendants.** ) | |

### NOTICE OF APPEARANCE

COMES NOW Jamie K. Hill, of the law firm of Webb & Eley, P.C., and files her notice of appearance as counsel of record for the Defendants in the above-captioned matter.

Respectfully submitted this 30th day of May, 2008.

                                         **s/Jamie K. Hill**
                                         Jamie K. Hill Bar No. HIL060
                                         Attorneys for Defendants
                                         WEBB & ELEY, P.C.
                                         7475 Halcyon Pointe Drive (36117)
                                         Post Office Box 240909
                                         Montgomery, Alabama 36124
                                         Telephone: (334) 262-1850
                                         Fax: (334) 262-1889
                                         E-mail: jhill@webbeley.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 30th day of May, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

      Melvin Mason
      P.O. Box 991
      Pine Hill, Alabama   36769

      **s/Jamie K. Hill**
      OF COUNSEL