**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Wells v. Boswell et al

**Case Number:** 3:07-cv-00848-WKW

**Referenced Pleading:** NOTICE of Appearance  - **Doc. 40**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM EARL WELLS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:07-cv-848-WKW-WC |
| | ) |
| THOMAS F. BOSWELL, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COMES NOW Jamie K. Hill, of the law firm of Webb & Eley, P.C., and files her notice of appearance as counsel of record for the Defendants in the above-captioned matter.

Respectfully submitted this 30th day of May, 2008.

> **s/Jamie K. Hill**
> Jamie K. Hill Bar No.  HIL060
> Attorneys for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  jhill@webbeley.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 30th day of May, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

William Earl Wells, Jr.
1700 Electronics Drive
Lot #10
Anniston, Alabama  36201

                                              **s/Jamie K. Hill**
                                              OF COUNSEL